# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re

    **Donald Duane Rose**
    **Janice Marie Rose**

)
)
)
)    Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:     **November 2, 2019**        **/s/ Donald Duane Rose**
                                      Debtor's Signature

DATED:     **November 2, 2019**        **/s/ Janice Marie Rose**
                                      Joint Debtor's (if any) Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 6/20/17)

Donald Duane Rose and Janice Marie Rose

A E Welding inc.
1110 N Cain
Visalia, CA 93292

A&E Welding Inc.
1110 N Cain
Visalia, CA 93292

A&G Telephone Service Inc.
2266 W Linda Vista Ave.
Porterville, CA 93257

A-Ped, Inc.
1840 E Saginaw
Fresno, CA 93726

AAA Quality Services Inc.
PO Box 535
Farmersville, CA 93223-0535

Accounttemps
PO Box 743295
Los Angeles, CA 90074-3295

ACH Captial as agent for
Kings Cash Group
11 Broadway, Suite 814
New York, NY 10004

Act-1 Personnel Services
1999 West 190th Str.
Torrance, CA 90504

Administrative Solutions Inc.
555 West Shaw Ave., Suite C-1
Fresno, CA 93704

Advanced Emission Control
Soulutions, LP
PO Box 12907
Fresno, CA 93779-2907

Aetna
PO Box 894938
Los Angeles, CA 90189-4938

Aetna Inc.
c/o Aaron McCollough
77 W Wacker Dr. #4100
Chicago, IL 60601

```
Aflac
Remit Processing Services
1932 Wynnton Road
Columbus, GA 31993-0797

Aguirre Printing & Embroidery
9610 W Nicholas
Visalia, CA 93291

Air Mobile Communications, Inc.
360 N Cain Street
Visalia, CA 93292

Airgas Specialty Products
PO Box 934434
Atlanta, GA 31193-4434

Al's Distributing Inc.
1530 Pearl Street
Fresno, CA 93721

Alien Lawncare
PO Box 4185
Visalia, CA 93278

Alliance Petroluem Corp.
PO Box 1507
Visalia, CA 93292

Allied Affiliated Funding LP
5151 Deltline Rd.
Suite 500
Dallas, TX 75254

Allied Communications
Aircall of Calif., Inc.
PO Box 100165
Pasadena, CA 91189-0165

Allied Insurance
PO Box 514540
Los Angeles, CA 90051-4540

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438

Alna Envelope Company, Inc
1567 East 25th Street
Los Angeles, CA 90011

ALS Distributing Inc.
1530 Pearl Str.
Fresno, CA 93721
```

Alternative Hose Inc.
1251 Sunshine Way
Anaheim, CA 92806

Amalie Oil Co.
PO Box 99744
Chicago, IL 60690-7544

American Arbriration Association
6795 N Palm Ave. 2nd Fl
Fresno, CA 93704

American Business Machines
PO Box 2737
Bakersfield, CA 93303

American Express
PO Box 0001
Los Angeles, CA 90096

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Management Corp
PO Box 2020
Conway, AR 72033-2020

American Tire Depot
14407 Alondra Blvd.
La Mirada, CA 90638

American Truck Parts
19229 Avenue 152
Porterville, CA 93257

American Welding & Tank Co.
PO Box 532872
Atlanta, GA 30353-2872

Amerigas Propane
PO Box 310
Fowler, CA 93625

Ameritas Life Insurance Co.
PO Box 81889
Lincoln, NE 68501-1889

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amur Equipment Finance
Attn: Karla Beran, Peralegal
308 N Locust St., Ste. 100
Grand Island, NE 68801

Amur Equipment Finance Inc.
PO Box 911685
Denver, CO 80291-1685

Analysts, Inc
PO Box 2955
Torrance, CA 90509-2955

Andre L Robindoux
3716 Three Bars Street
Bakersfield, CA 93314

Andreini and Company
220 W. 20th Ave
San Mateo, CA 94403-1383

Andrew K Alper
1000 Wilshire Blvd. 19th Floor
Los Angeles, CA 90017-2457

Angie Cornwell Ins. Agency Inc.
PO Box 201004
Stockton, CA 95201

Anja Inc.
913 W Center St.
Visalia, CA 93291

Anthem Blue Cross
PO Box 51001
Los Angeles, CA 90051

Anthem Blue Cross Life &
Health Insurance Company, Inc.
PO Box 92420
Cleveland, OH 44193

Apex Oil Company, Inc.
PO Box 71708
Chicago, IL 60694-1708

ARB/Cargo Tank
1001 "I" Street
PO Box 1955
Sacramento, CA 95814-1955

Arco Products Company
333 S Hope Street
Los Angeles, CA 90071

```
Arrival Communications
Dept. LA 22286
Pasadena, CA 91185-2286

ARS National Service Inc.
PO Box 469046
Escondido, CA 92046

Ascentium Capital LLC
Dept. LA 22286
Pasadena, CA 91185-2286

Ascentium Capital LLC
23970 HWY 59N
Kingwood, TX 77339

ASI Administrative Soultions
PO Box 5890
Fresno, CA 93755

Assets Apraisals
PO Box 1120
Dallas, TX 75267-2032

Associates Commercial Corp.
PO Box 672032
Dallas, TX 75267-2032

AT&T Corp
PO Box 5025
Carol Stream, IL 60197-5025

AT&T Corp
% AT&T Services, Inc.
Karen A Cavagnaro
One AT&T Way, Room 3A104
Bedminster, NJ 07921

AT&T Wireless Services-Fresno
PO Box 78110
Phoenix, AZ 85062-8110

Austin P Nagel
111 Deerwood Rd. 305
San Ramon, CA 94583-1530

Auto Club
ACSC
PO Box 25406
Santa Ana, CA 92799-5406

Auto Stiegler Collision Center
6700 Reseda Blvd.
Reseda, CA 91335
```

Autoglass Central
832 N Ben Maddox
Visalia, CA 93292

Avran Industrial, Inc.
PO Box 7000
Visalia, CA 93290

Axis Capital Inc.
308 N Locust Street Suite 100
Grand Island, NE 68801

B&L Farms
16000 Grangeville
Hanford, CA 93230

Bacon Law Group
Thomas Bacon
1601 N Sepulveda #349
Manhattan Beach, CA 90266

Bagby Gage Stick, Inc.
PO Box 70
Pinson, AL 35126

Bakersfield Pipe & Supply Inc.
Dept 9932
Los Angeles, CA 90084-9932

Bakersfield Truck Center
PO Box 80057
Bakersfield, CA 93380

Baldwin Heating & Cooling
702 N Ben Maddox Way
Visalia, CA 93292

Balersfield Truck Center
PO Box 80057
Bakersfield, CA 93380

Bamford Dairy
3212 Ave 352
Traver, CA 93673

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Bank of Sierra
128 W Main Street
Visalia, CA 93291

Bank of the Sierra
PO Box 790408
Saint Louis, MO 63179-0408

Bank of the Wesat
2527 Camino Roman, NC-B07-3-F-v
San Ramon, CA 94583

Bank of the West
PO Box 515274
Los Angeles, CA 90051

Bank One
Cardmember Service
PO Box 94014
Palatine, IL 60094-4014

Bankcard Center
Bank of the West
PO Box 84043
Columbus, GA 31908-4043

Banks & Co Petro Equipment., Inc.
PO Box 6543
Fresno, CA 93703

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899

Basaic Industries
PO Box 255
Pixley, CA 93256

Battery Systems Inc.
12322 Monarch Street
Garden Grove, CA 92841-2909

Battery Systems Inc.
12322 Monarch St.
Garden Grove, CA 92841

Bayshore Truck Equipment Co.
Truck Parts-PTO Sales
28121 Network Place
Chicago, IL 60673-1281

Beal Corporation
PO Box 4687
Portland, OR 97208

Beall Financial West, Inc.
PO Box 17095
Portland, OR 97217-0095

Belden Blaine Raytis LLP
5016 California Ave., Suite 3
Bakersfield, CA 93309

Ben-E-Lect
PO Box7809
Visalia, CA 93290

Benjamin T Morton
101 W Broadway 1600
San Diego, CA 92101-8217

Betts Truck Parts and Services
Betts Springs Company
File 50413
Los Angeles, CA 90074-0413

Big West of Cal-Flying 3
2436 Fruitvale Ave.
Bakersfield, CA 93308

Blue Sheild of California
PO Box 51827
Los Angeles, CA 90051-6127

Blue Shield of California
PO Box 51827
Los Angeles, CA 90051-6127

BMO Harris Bank
300 E John Carpenter FWY
Irving, TX 75062

BMO Harris Bank N.A.
1010 Thomas Edison Blvd. SW
Cedar Rapids, IA 52404

BMO Harris Bank NA
PO Box 71951
Chicago, IL 60694

Board of Equilization
Cashier Unit MTC:13
PO Box 71951
Chicago, IL 60694-1951

Bob Moore
2404 S Beech Dr
Visalia, CA 93292

BP West Coast Prod. AG
333 S Hope Street
19th Floor
Los Angeles, CA 90007-1000

Bro Barte LLC
205 N Ben MAddox Way
Visalia, CA 93292

Brown Armstrong
4200 Truxtun Ave. Ste 300
Bakersfield, CA 93309

BSE Rents
6319 District Blvd.
Bakersfield, CA 93313-2143

Buford Oil Co
PO Box 104
Hanford, CA 93232-2000

Butane-Propance News
Weekly Propane Newsletter
PO Box 660698
Arcadia, CA 91066-0698

California Business Machines
4260 N Fresno St.
Fresno, CA 93726-3115

California Cartridge Company
211 S Duworth
Visalia, CA 93292

California Department of Tax and Fee
Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

California Dept. of Tax & Fee
Administraive
Special Ops MIC:55
PO Box  942879
Sacramento, CA 94279-0055

California HWY Patrol Bit Program
Fiscal Management Section
PO Box 942902
Sacramento, CA 94298

California Industrial Rubber
PO Box 2456
Fresno, CA 93745-2456

California Water Service Co.
PO Box 940001
San Jose, CA 95194-0001

Calitornia Attorney General
PO Box 944255
Sacramento, CA 94298

Cam2 Inernational LLC
PO Box 863
Jackson, MS 39205-0863

Cambria Products Corporation
PO Box 2054
Atascadero, CA 93423

Canon Financial Services Inc.
Howard N. Sobel PA
507 Kresson Rd.
Voorhees, NJ 08043

Canon Financial Services Inc.
14904 Collections Ctr Dr.
Chicago, IL 60693-0149

Canon Financial Services, Inc.
14904 Collections Ctr. Dr.
Chicago, IL 60693-0149

Capcall LLC
122 E 42nd Streeet. Suite 2112
New York, NY 10168

Capital Drum, Inc.
749 Galleria Blvd.
Roseville, CA 95678

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

Carroll's Tire Warehouae
1143 E Main Street
Visalia, CA 93292

Castellucci Trust
5740 Kana Dume Road
Malibu, CA 90265

Castle Energy, Inc.
5740 Kanan Dum Rd.
Malibu, CA 90265

Castle Energy, Inc.
205 N Ben Maddox
Visalia, CA 93292

Cellco Partnership d/b/a/ Verizon
Wireless, on behalf of its affiliates
and William Vermette
22001 Loundoun County Pkwy
Ashburn, VA 20147

Cen Cal Distributing Inc.
1230 N Santa Fe. Street
Visalia, CA 93292

Central California LP
10042 Yukon River Dr.
Rancho Cordova, CA 95670

Central Valley Business Forms
7500 W Sunnyview Ave.
PO Box 3850
Visalia, CA 93278

Central Valley Business Forms
7500 W Sunny Ave.
PO Box 3850

Central Valley Sweeping, LLC
PO Box 6787
Visalia, CA 93290

Central Valley Towing and Automotive
PO Box 1731
Visalia, CA 93279

Central Valley Truck  Center
2707 South East Avenue

Charles D Testerman
50976  Greenhill Rd.
Squaw Valley, CA 93675

Charles L Wilcox DDS
1140 N Chinowth Ave.
Visalia, CA 93291

Charlie's Custom Gardening
5310 W Cherry Ave.
Visalia, CA 93277

Chase
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101

Chase
PO box  1608
Southgate, MI 48195

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chem Vista Products LLC
5025 Hartford Street
Tampa, FL 33619

Chief Counsel Region IX
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220

Christenson Law Firm LLP
Vonn R. Christenson, Esq
Porterville, CA 93257

Cintas Corporation  #621
PO Box 29059
Porterville, CA 93257

Cioma
3831 No Freeway Blvd.
Suite 130
Sacramento, CA 95834-1933

Citgo Petroleum Corporation
Attn: Karen Duty
PO Box 4969
Houston, TX 77210-4969

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

CitiBank USA
PO Box 8034
South Hackensack, NJ 07606-8034

CitiCorp Del Lease Inc
PO Box 7247 - 7778
Philadelphia, PA 19170

```
City of Farmersville
909 West Visalia Rd.
Farmersville, CA 93223

City of Fresno
PO Box 45017
Fresno, CA 93718-5017

City of Porterville
291 N Main Street
Porterville, CA 93257

City of Tulare
Finance Department
411 East Kern Ave.
Tulare, CA 93274

City of Visalia
PO Box 4002
Visalia, CA 93278-4002

City of Visalia
PO Box 51159
Los Angeles, CA 90051

Cliff Web ATTY Services
6722 W Damsen Ave.
Visalia, CA 93291

Clovis Polycon Inc
915 Hoblitt Ave.
Clovis, CA 93612

CMA Business Service
Collection Division
PO Box 7740
Marcus, WA 99151-0774

Coast Appliance Parts Co.
A Don Erickson, Inc. Co.
10680 Mulberry Ave
Fontana, CA 92337

Cobra Services
National Services Center
PO Box 534099
Saint Petersburg, FL 33747-4099

Coloniel Life
Premium Processing
PO Box 534099
Saint Petersburg, FL 33747-4099

Comcast
PO Box 34744
Seattle, WA 98124-1744
```

```
Comdata Nertwork, Inc.
Trendar Merchant Services
PO Box 3389
Brentwood, TN 37024

Comenity Bank/Avenue
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/kingsize
Po Box 182789
Columbus, OH 43218

Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenitybank/coldwcmc
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 45318

Comerica Leasing Corp
29201

Commodity Futures Trading Commission
Three Lafayette Ctr
1155 21st St NW
Washington, DC 20581

Companion Property & Casualty
Freestone Payments
PO Box 100239
Columbia, SC 29202-3239

Conoco-Phillips Co
PO Box 52085
Phoenix, AZ 85072-2085

Conseco Life Insurance Co.
PO Box 371807
Pittsburgh, PA 15250-7807

Conslidated Resources, Inc.
c/o Vonn R Christenson
472 W Putnam Ave.
Porterville, CA 93257

Container Management Service
Dept. #1023-03
PO Box 61000
San Francisco, CA 94161
```

```
Coreagri, LLC
PO Box 1027
Arroyo Grande, CA 93421

Corporation Services Company
as Representative
PO Box  2576
Arroyo Grande, CA 93421

Costco Membership
PO Box 34783
Seattle, WA 98124-1783

Coveral North America, Inc.
2955 Momentum Place
Chicago, IL 60689-5329

Coverall North America INc.
350 SW 12th Ave
Deerfield Beach, FL 33442

Cox Petroleum Transport
7641 Edison Way
Bakersfield, CA 93307

Cranes Waste Oil, Inc.
15412 HWY 178
Weldon, CA 93283

CRC marketing, inc.
NGL Marketing Accounting
PO Box 745785
Los Angeles, CA 90074

Creative Financial
Staffing LLC
PO Box 95111
Chicago, IL 60694

Crestwood Services LLP
2 Brush Creek Blvd.
Dallas, TX 75395-1216

Crestwood West Coast LLC
PO Box 951216
Dallas, TX 75395-1216

Crismson Renwable Energy, LP
950 17th St. Suite 2650
Denver, CO 80202

Cruz Services Center
PO Box 298
Farmersville, CA 93223
```

Cummins Pacific LLC
PO Box 848731
Los Angeles, CA 90084-8731

Curry Copy
1117 South Mooney Blvd.
Visalia, CA 93277

Dale Motley
Ogden & Motley
1900 Ave. of the Stars
Los Angeles, CA 90067

Dan's A/C & Heating
1311 W Howard Ave.
Visalia, CA 93277

Darrel's Mini Storage, Inc.
800 Ben Maddox Way
Visalia, CA 93292

Dasco Inc. Inc.
9785 Maroon Circle Suite 110
Englewood, CO 80112

Dave's Heating & Air
685 Ave. 296
Farmersville, CA 93223

David M Riley
1251 Avenue of the Americas Fl 49
New York, NY 10020-1100

Davidson Enterprises Inc.
3223 Brittan Street
Bakersfield, CA 93308

Dean Industrial Enterprises
2525 South East Ave.
Fresno, CA 93706

Dean Writter
505 W Main Str.
Visalia, CA 93291

Delray Tire & Ret/Fresno
2544 S Cherry Ave
Fresno, CA 93706

Delta Supply and Equipment
1730 E Main Street
Bakersfield, CA 93384

```
Depart of the Treasury
Interal Revenue Service
ACS Support- Stop 813G
PO Box 145566
Cincinnati, OH 45250

Department of Child Support Services
P.O. Box 419064
Rancho Cordova, CA 95741-9064

Department of Industrial Relations
Cashier Accounting (PV)
PO Box 420603
San Francisco, CA 94142-0603

Department of Motor Vehicles
Motor Carrier MS:G875
PO Box 932370
Sacramento, CA 94297

Department of Motor Vehicles
PO Box 942897
Sacramento, CA 94297

Department of the Treasury of Service
ACS Support- Stop 813G
PO Box 145566
Cincinnati, OH 45250-5566

Dept of Motor Vehicles
PO Box 8253339
Sacramento, CA 94232-5339

Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

DFAS-DGG-CL
Garnishment Operations
PO Box 998002
Cleveland, OH 44199-8002

Discover Financial
Pob 15316
Wilmington, DE 19850

Dix Machine Shop, Inc.
1639 S Roeben Rd.
Visalia, CA 93277

Don Rose Oil Company
205 N Ben Maddox Way
Visalia, CA 93292
```

Dooley, Herr, Peltzer & Richardson, LLP
100 Willow Plaza Ste 300
Visalia, CA 93291

Dortha Bensaon
31932 Rd 60
Visalia, CA 93291

Douglass Screen Printing
2710 New Tampa HWY
Lakeland, FL 33815-3463

Downey Brand, LLP
Jaime P Dreher, Esq
621 Capitol Mall. 18th Floor
Lakeland, FL 33815

DTN Corp.
Attn Dtnergy
9110 W Dodge-Suite 200
Omaha, NE 68114-3316

Duane Morris-Suite 200
30 S. 17th Street
Philadelphia, PA 19103

Dunn's Sand Inc
DBA Dunn's Inc.
33 N Ben Maddox Way
Visalia, CA 93292

Eagle Energy Inc.
PO box 825
Santa Margarita, CA 93453

East Bay Tire Co
2200 Hunington Dr. Unit C
Fairfield, CA 94533

Echosat
250 W main Street
Suite 3100
Lexington, KY 40507-1700

EFS, LLC
PO Box 151068
Ogden, UT 84415

El Monte Gas
PO Box 57
Sultana, CA 93666

Empire Funding
Jason Gang, Esq.
1245 Hewlett Plaza #478
Hewlett, NY 11557

Empire Supply Co, Inc.
616 E Race Ave.
Visalia, CA 93292-3838

Employment Development Department
Bankruptcy Special Procedures Group
PO BOX 826880 MIC 92E
Sacramento, CA 94280

Employment Development Department
Bankruptcy Special Procedures Group
PO Box 826880 MIC 92E
Sacramento, CA 94280-0001

Enterprise Products Operation
PO Box 972866
Dallas, TX 75397-2866

Enterprise Rent A Car
Attn Accts Receivables
2222 S Dobson Rd Ste 502
Mesa, AZ 85202-6481

Enterprise Transportation Co
PO Box 972863
Dallas, TX 75397-2863

Equifax Credit Information Services, Inc
PO Box 740256
Atlanta, GA 30374

Ernest Packaging Solutions
2825 S Elm Ave. #103
Fresno, CA 93706-5460

Ethos Geological, inc.
7 Annette Park Drive
Bozeman, MT 59715

Euler Hermes North American Insurance
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Experian
PO Box 9554
Allen, TX 75013

Falcon Fuels
PO Box 347
Paramount, CA 90723

Fastenal Company
PO Box 1266
Winona, MN 55987-1286

```
Faunus Group International Inc.
80 Broad Street 22nd Floor
New York, NY 10004

FC&A
PO Box 2062
Peachtree City, GA 30269-0062

Federal Express Corp
PO Box 7221
Pasadena, CA 91109-7321

Finance Scholars Group
2 Theatre Square Ste 234
Orinda, CA 94563

Firestream Worldwide
18336 Edison Ave.
Chesterfield, MO 63005-3618

First Capital
5320 NW 58th St
Oklahoma City, OK 73112-1000

First National Capital LLC
1029 HWY 6 North Ste. 650-283
Houston, TX 77079

First USA
PO Box 50882
Henderson, NV 89016-0408

Fleet Card Fuels, Inc.
PO Box 81685
Bakersfield, CA 93380-1685

FleetPride
PO Box 847118
Dallas, TX 75284-7118

Flint Hills Resources LP
FHR Investments, LP
4111 E. 37th Street North
Wichita, KS 67220

Fluid Hills Resourses, LP
FHR Investments, LP
4111 E 37th Street North
Wichita, KS 67220

Fluid Lubrication & Chemical Company
1939 S Van Ness Ave.
Fresno, CA 93721
```

```
Flyers Energy LLP
2360 Lindergh Stre.
Auburn, CA 95602

Ford Credit
PO Box 552678
Detroit, MI 48255

Ford Motor Creddit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Forstmark Swervices
PO Box 2977
Omaha, NE 68103-2977

FPPF Chemical Co., Inc.
117 West Tupper Street
Buffalo, NY 14201

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Withholding Services
Compliance MS F182
PO Box 942867
Sacramento, CA 94267-0651

Frank Benson Accounting Corp
718 W Center Suite A
Visalia, CA 93291

Franzen-Hill Corp
1100 North J Street
Tulare, CA 93274

Fresno Mobile Radio Inc.
160 N Broadway Street
Fresno, CA 93701-1592

Fresno Oxygen
PO Box 1666
Fresno, CA 93717

Fresno T-T Welding
2093 E North Ave.
Fresno, CA 93725

Fresno Tank Repair Inc.
PO Box 1783
2695 So. Fourth Street
Fresno, CA 93717
```

```
Fresno Truck Center
PO Box 398430
San Francisco, CA 94139-8430

G& H Diesel Service
3304 E  Malaga Ave.
Fresno, CA 93725

Gary A Goldstein
1710 Lands Ends Road
Lake Worth, FL 33462

Gault Group LLC
21715 N 92nd Ave.
Peoria, AZ 85382

General Graphic Systems, Inc
110 East Turner Ave
Visalia, CA 93292

George McCann School
200 E Race Ave.
Visalia, CA 93292

Gettler-Ryan Inc.
6747 Sierra Court Suite J
Dublin, CA 94568-2611

GHX Industrial LLC
Dept 207
PO Box 4346
Houston, TX 77210

Giant Automotive Group
1001 S Ben Maddox Way
PO Box 2576
Visalia, CA 93279

Giant Automotive Group
1001 S Ben Maddox Way
PO Box 2576
Visalia, CA 93279-2576

Gibbs IdealLease
PO Box748062
Los Angeles, CA 90074

Gibbs International Inc
PO Box 748062
Los Angeles, CA 90074

Gifford's  Market, Inc.
35637 HWY 190
Springville, CA 93265
```

```
Gifford's Market Inc.
Attn: Al Hirani
35637 Highway 90
Springville, CA 93265

Glen Batdorf
2326 E. School St.
Visalia, CA 93292

Glenn Burdette
1150 Palm Street
Charlotte, NC 28290-5713

Global Equipment Company
PO BOX  905713
Charlotte, NC 28290-5713

Globe Distributors
559 #4 Campbell Tech PKWY
Campbell, CA 95008

Golden State Distriibutors
1720 22nd Street
Santa Monica, CA 90404

Goodyear Commercial Tires
7041 Ave. 304
Visalia, CA 93291-9479

Goodyear- Goodguys Tire Center
2478 S Goldenstate Blvd.
Fresno, CA 93706

Grant's A/C & Heating Inc.
750 E Race
Visalia, CA 93292

Graphic Technology, Inc. GTI
PO Box 410211
Kansas City, MO 64141

Graylift
PO Box 2808
Fresno, CA 93745

Greg's Petroleum Service
PO Box2808
Fresno, CA 93745

Grissom-Wallace Comm Inc.
1074 E Walnut Ave
Tulare, CA 93274

Gross & Stevens
11221 E Acequia Ave.
Visalia, CA 93292
```

Gubler, Koch, Degn & Gomez LLP
Attorneys at Law
1110 N Chinowth Street
Visalia, CA 93291

Hall Distributting Co.,Inc.
2645 S. Cherry Ave
Fresno, CA 93706

Hamilton Ranches, Inc.
31881 Rd. 160
Visalia, CA 93292

Hank Vanheeringen
33801 Road 124
Visalia, CA 93291

Hankook Tire America Corp.
PO Box 403172
Atlanta, GA 30384-3172

Happy Rock Merchant Solutions
149 West 36th Street 12th Floor
New York, NY 10018

Happy Rock Merchant Solutions LLC
c/o Hagop T Bedoyan
526 N Palm Ave., 201
Fresno, CA 93704

Happy Trails Riding Academy
PO Box 572
Visalia, CA 93279

Harbor Freight Tools
1835 S Mooney Blvd.
Visalia, CA 93277

Harris Exploration Drilling
PO Box 81805

Health & Human Services Agency
Publlic Social Services-Billing
5957 South Mooney Blvd.
Visalia, CA 93277

Hellenic Petroleum, LLC
9858 Glades Road Suite 219
Boca Raton, FL 33434

Hemar, Rousso & Heald LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Hilco Valuation Services LLC
Att: Jason Frank
5 Revere Drive
Northbrook, IL 60062-1566

Hilco Valuation Services, LLC
25285 Network Place
Chicago, IL 60673-1238

HireRight Solutions Inc.
23883 Network Place
Chicago, IL 60673-1238

Hitachi Capital America Corp
Solomon, Grindle, Lidstad & Wintringer
11682 El Camino Real #250
San Diego, CA 92130

Hitachi Capital America Corp.
21925 Network PLace
Norwalk, CT 06854

Howard's Pest Control Corp
1370 N Abby
Fresno, CA 93703-3644

Hurricane Products
A Kli Company
24899 Avenue
Valencia, CA 91355

Hurricane Products A Kli Company
24899 Ave. Rockefeller
Pasadena, CA 91189-0145

ICI Paints - Wilshire
PO Box 100145
Pasadena, CA 91185

ICW Group
PO Box 85563
San Diego, CA 92186-5563

IDEA Printing & Graphics
1921 E Main Street
Visalia, CA 93292

Idemitsu Apollo Corporatiion
a New York Corporation
c/n Downey Brand LLP
621 Capitaol Mall 18th Floor
Sacramento, CA 95814-4731

Industrial Container Service
PO Box 2067
Montebello, CA 90640

```
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

International Petro Products Products
and Additives Co., Inc.
7600 Dublin Blvd.  Suite 240
Dublin, CA 94568

Interstate Biling Service
Vicking Trailer Corp
PO Box 2208
Decatur, AL 35609

Interstate Billing Service, Inc
Kroger Equipment
PO Box 2208
Decatur, AL 35609

Interstate Billing Service, Inc
WE.M. Tharp, inc
PO Box 2208
Decatur, AL 35609

Interstate Oil Company
8221 Alpine Ave.
Sacramento, CA 95826

IPC
333 City Blvd., Ste. #650
Orange, CA 92868

IPC
333 City Blvd. , Suite #650
Orange, CA 92868

IPC (USA), Inc. 2
333 City Blvd., Ste. 650
Orange, CA 92868

Ironwood Consulting, Inc.
PO Box 10068
Visalia, CA 93292

Ironwood Consulting Inc.
Law Office of Betty Auton-Beck, PLC
300 E State, Ste. 600
Redlands, CA 92373

J B's Cement & Landscape Supplies
303 Ben Maddox Way
Visalia, CA 93292
```

Jack Benigno Tree Service
3347 S Akers Road
Visalia, CA 93277

Jameson Hydro Crane Services
27452 Road 180
Visalia, CA 93292

Janco Products, Inc.
830 E Babcock Court
Visalia, CA 93292

Jason Castellucci
2815 S Lovers Lane #E
Visalia, CA 93292

Jayson javitz Esq.
3775 N Freeway #101
Sacramento, CA 95834-1959

Jeffer Mangels Butler and Mitchell LLP
1900 Ave. of he Stars 7th Floor
Los Angeles, CA 90067

Jenkins Automotive, inc.
809 E Center Street
Visalia, CA 93292

Jensen and Pilegard, Inc.
1739 E Terrace Ave.
Fresno, CA 93703

JMBM
1801 W Olympic Blvd.
Pasadena, CA 91199-1263

Joe Russell Farms
13603 Ave. 932
Visalia, CA 93292

John Cardinal Parks
1700 Lincoln St. #4000
Denver, CO 80203

John Castellucci
5740 Kanan Dume Rd
Malibu, CA 90265

John Castelluci
5740 Kanan Dume Rd
Malibu, CA 90265

John Delellis Castellucci
5740 Kanan Dume Road
Malibu, CA 90265

```
John Graham
c/o John A Graham
1900 Ave. of the Stars 7th Floor
Los Angeles, CA 90067-4308

John Kim
535 Anton Blvd. 10th Floor
Costa Mesa, CA 92626

Johnson & Thomas
PO Box 892
Visalia, CA 93279

Johnstone Supply
of Bakersfield
2319 Western Ave.
Las Vegas, NV 89102

Johnstone Supply Fresno
5658 E Clinton Ave
Fresno, CA 93727

Jorgensen Company
PO Box 398655
San Francisco, CA 94139-8655

Joseph A Eisenberg
Jeffer Mangels Butler and Michell LLP
1900 Ave. of the Stars 7 th Floor
Los Angeles, CA 90067-4308

Joseph Rocha
1433 N Citrus Ct.
Visalia, CA 93292

KAMPS Wholesale
903 W Center St., Ste. #7
Manteca, CA 95337

Kamps Wholesale
903 West Center Street
Manteca, CA 95337

Kaweah Lift, Inc.
PO Box 4227
Visalia, CA 93278

Kelly Pipe
PO Box 2827
Santa Fe Springs, CA 90670-2827

Kern County Conatruction, Inc
PO Box 6095
Bakersfield, CA 93386
```

Kern Oil & Refining Co.
7724 E Panama Lane
Bakersfield, CA 93307-9210

Keuske Ekectruc
2485 S Cherry
Fresno, CA 93706

Kevin R Bonsigmore
400 Capital Mall 22nd Floor
Sacramento, CA 95814-4421

Kinder Morgan Energy Partners
4149 S Maple Ave.
Fresno, CA 93725

Kings Cash Group
The Rubin Law Firm PLLC
New York, NY 10004

Kings County Clerk/Recorder
Kings County Government Center
1400 W. Lacy Boulevard
Hanford, CA 93230

Kings County Sheriff's Office
Civil Division
144 W. Lacey Blvd.
PO BOX 986
Hanford, CA 93232

Kings County Tax Collector
1400 W. Lacey Blvd.
Hanford, CA 93230

Kiva Energy Transport-ca
1262 Dupont Crt.
Manteca, CA 95336

Kjug
1401 W Caldwell Ave.
Visalia, CA 93277

KJUG
1401 West Caldwell Ave.
Visalia, CA 93277

Knoch Tire Co.
936 N Ben Maddox
Visalia, CA 93292

Kodiak Mining & Minerals II, LLC
7000 W Palmetto Park Road
Suite 302
Boca Raton, FL 33433

```
Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

KOI "N" Country
27037 S Mooney Blvd.
Visalia, CA 93277

Kroonenberg Crane Service Inc.
30497 N Highway 99
Visalia, CA 93291

L A Data Systems, LLC
2828 Cochran St. #309
Simi Valley, CA 93065

LC Services
Petroleum Maintenance
3887 N Valentine
Fresno, CA 93722

Lebeau-Thelen, LLP
5001 E. Commercenter Dr.
Suite #300
Bakersfield, CA 93309

Lee Financial Services
PO Box 398424
San Francisco, CA 94139-8424

Lee Financial Services
2727 E Central
CA 93782-5242

Lee's Service
5829 N Golden State Blvd.
Fresno, CA 93722

Leisle Electric
2485 S. Cherry
Fresno, CA 93706

Levinson Arshonsky Kurtz
Scott H Siegel
15303 Ventura Blvd. Suite 1650
Sherman Oaks, CA 91403-6620

LMI Engineering LLC
PO Box 54977
Los Angeles, CA 90054-0977

Lorensen Propane, Inc.
2658 E. Pacheco Hwy
Los Banos, CA 93635-9524
```

Lovee D Sarenas
622 W 5th St. #4000
Los Angeles, CA 90071

Lubercating Specialties Co.
PO Box 31001-0858
Pasadena, CA 91110-0858

Mack Financial Services
a division of VFS U
PO Box 26131
Greensboro, NC 27402-6131

Marietta M. Gray
Property Management
P.O. Box 301
Exeter, CA 93221

Mark R Suflita
1286 Santa Cruz Ave
Tulare, CA 93274-7908

Mark's Upholstery/Auto Detail
810-A E. Center Ave
Visalia, CA 93292

Marshall Gas Control
DIV of S H Leggitt Co
1000 Civic Center Dr
San Marcos, TX 78666

Mass Mutual Ins.
Rudy E Facciani Co, Ins.
P.O. Box 4267
Fresno, CA 93744-4267

Massachusetts General Life
P.O. Box 19439
Springfield, IL 62794-9439

Matthew F. Bahr
Attorney at Law
P.O. Box 6848
Visalia, CA 93292-6848

McAlister's Automotive
822 N. Ben Maddox Way
Visalia, CA 93292

McCarty Equipment Co.. LTD
Dept 207
P.O. Box 4346
Houston, TX 77210-4346

McCoy's Truck Tire Service
1407 Lone Palm Ave
Modesto, CA 95351

MCI
P.O. Box 371838
Pittsburgh, PA 15250-7838

MCI Residental Service
MCI Small Business Service
P.O. Box 9644
Mission Hills, CA 91346-9644

MEA Capital Holdings Inc.
Matthew E Avruch
5823 Cardoza Drive
Thousand Oaks, CA 91362

Medallion Supply Inc
PO Box 980246
West Sacramento, CA 95798-0246

Meeder EQ Ramsom MFG
PO Box 12446
Fresno, CA 93777-2446

Mercedes-Benz Financial Ser. USA LLC
c/o Cooksey, Toolen, Gage, Duffy & Wong
535 Anton Blvd 10th Floor
Costa Mesa, CA 92626-1947

Merricmac Energey Group
1240 E. Wardlow Rd
Long Beach, CA 90807

Michael L Wil helm
205 E River Perk Circle
Fresno, CA 93720-1572

Michael W. Todd, D.C.
2037 East Noble Ave
Visalia, CA 93292

Midwest Hose & Specialty, Inc.
P.O. BOX 96558
Oklahoma City, OK 73143-6558

Midwest Meter Inc.
P.O. Box 376
Hampton, IA 50441

Midwest Pump & Meter Co. Inc.
2000 S Broadway
Saint Louis, MO 63104

```
Miller's Automotive
1510 E. Main St. Ste A
Visalia, CA 93292

Mills Electric
14911 Ave. 280
Visalia, CA 93292

ModuLar Space Corporation
ModSpace Attn: L Farell
1200 Swedesford Rd.
Berwyn, PA 19312-1172

Monica Carballo
11513 Zancara Dr
Bakersfield, CA 93311

Monumental Life Insurance Co.
P.O. Box 961019
Fort Worth, TX 76161-0019

Morgan Stanley
520 W. Main Street
Visalia, CA 93291-9912

Mosier Bros
PO Box 577
Woodlake, CA 93286-0577

MPC FuelMARC
1121 E Missouri Ave., Suite 115
Phoenix, AZ 85014-2709

MRM Capital Holdings & Investments Inc
5823 Cardoza Dr
Thousand Oaks, CA 91362-4107

Musket Corporation
P.O. Box 62610
Oklahoma City, OK 73126

Napa Auto Parts
File 56893
Los Angeles, CA 90074-6893

National Motor Freight Traffic
1001 N Fairgax
Alexandria, VA 22314-1798

National Pen
P.O. Box 847203
Dallas, TX 75284-7203

National Spencer Inc.
PO Box 57
Wichita, KS 67201-0057
```

```
National Tire Warehouse
PO Box 277612
Atlanta, GA 30384-7612

Nations Fund 1 LLC
501 Merritt Seven 6th Floor
Norwalk, CT 06851-7002

Nations Fund I, LLC
Russell W Reynolds, Esq.
Coleman & Horowitt LLP
499 West Shaw, Suite 116
Fresno, CA 93704

NCS
P.O. Box 24101
Cleveland, OH 44124

New Pig Corporation
One Pork Ave.
Tipton, PA 16684-0304

New Rez
PO Box 740039
Cincinnati, OH 45274

New West Petroleum Inc.
Drept. 3384
PO box 39000
San Francisco, CA 94139-0840

New York Life Insurance
and Annuity Corporation
75 Remittance Dr., Ste 3021
Chicago, IL 60675

Nextel Communications
PO Box 54977
Los Angeles, CA 90054-0977

NGL Crude Logistics LLC
6120 South Yale Ave., Suite 805
Tulsa, OK 74136

NGL Marketing Accounting
PO Box 745785
Los Angeles, CA 90074

North American Lubricants, Co.
7337 E Doubletree Ranch Road, Suite 180
Scottsdale, AZ 85258

Northwest Pump & Equipment Co.
2800 NW 31st Ave.
Portland, OR 97210
```

```
O'Reilly Automotive, Inc.
PO Box 9464
Springfield, MO 65801-9464

Occiental Energy  Marketing
PO Box 849129
Dallas, TX 75284

Office Depot
PO Box 88040
Chicago, IL 60680-1040

Office Source 360
1321 E Marinette Avre
Exeter, CA 93221

Office Team
PO Box 743295
Los Angeles, CA 90074-3295

OMNI Agri
PO Box 1077
Hanford, CA 93230

Onsy Said MD
515 W Acequia Ave.
Visalia, CA 93291

Ontrac
PO Box 841664
Los Angeles, CA 90081-1664

OPIS
PO Box 9407
Gaithersburg, MD 20898-9407

P S Trading, Inc.
AVFuel Corporation
PO Box 67000 Dept 135-01
Detroit, MI 48267-0135

PACIFIC Employees
306 N Willis St
Visalia, CA 93291-0506

Pacific Legacy Inc
2641 HWY 4
PO Box 6050
Arnold, CA 95223

Pacific Legacy Inc.
306 N Willis St
Visalia, CA 93291
```

ʟ

Pacific Management Services
1788 N Helm Ave. Ste 112
Brownsville, OR 97327

Pacific Pride Services Inc.
PO Box 2099
Salem, OR 97308-2099

Pacific Pride Services, LLC
c/o Sean C. Kirk
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219

Pacific Refining Co
Dept 1065 SCF
Pasadena, CA 91050

Pacific Supplieres Co
8541 Lankershim Blvd
Sun Valley, CA 91352

Pacific Truck Tank Inc.
7029 Florin-Perkins
Sacramento, CA 95828

Pamela D Anderson
308 N Locust Street
Grand Island, NE 68801-5969

Pan Pacific Petroleum
File 41899
Los Angeles, CA 90074

Paragon Business Service Inc
4360 Beltway Place #240
Arlington, TX 76018

Paramounrt Petroleum Corp
File 55760
Los Angeles, CA 90074-5760

Pat Galvan
115 Shasta Cove
Georgetown, TX 78633

Paul Oil Co., Inc
PO Box 248
Oakdale, CA 95361

Payment Remittance Center
PO Box 54349
Los Angeles, CA 90054-0349

```
Pearl Beta Funding, LLC
40 Exchange Place 3rd Floor
New York, NY 10005

Pennymac Loan Services, LLC
PO Box 30597
Los Angeles, CA 90030-0597

People's United Equipment Finance
10200 Mallard Creek Road, Suite 200
Charlotte, NC 28262

People's United Equipment Finance
10715 David Taylor Drive
Suite 550 (br10)
Charlotte, NC 28262

People's United Equipment Finance Corp
300 Frank W Burr Blvd., Suite 50
Teaneck, NJ 07666

Pers
PO Box 1560
Ogden, UT 84402-1560

Personal Computoers of America
PO Box 506
Visalia, CA 93279

Peter Ratican
The Ratican Group LLC
112 S Orange Grove #108
Pasadena, CA 91105

Petroleum Wholesale Gas Sa;es
America's Propane
PO Box 965
Valley Forge, PA 19482-0862

Petrosius Construction, Inc
1110 N Cain Street
Visalia, CA 93292

Philladelphia Insurance Companies
PO Box 70251
Philadelphia, PA 19176-0251

Pilot Automotive, Inc.
13000 Temple Ave
La Puente, CA 91746

Pinnacle Petroleum
7911 Professional Circle
Huntington Beach, CA 92648
```

Pinnacle Products
International Inc.
668 Stony Hill Rd., Ste. 302
Morrisville, PA 19067

Pixley Auto Parts
& Farm Supply, Inc.
PO Box 576
Pixley, CA 93256

Plains Marketing LLC
NW 5116
PO Box 1450
Minneapolis, MN 55485-5116

PLIC-SBD Grand Island
PO Box 10372
Des Moines, IA 50306-0372

Polution Control Dist.
1990 E Gettysburg Ave
Fresno, CA 93726-0244

Porterville Recorder
Business Office
PO Box 151
Porterville, CA 93258

Preeo Silverman Green & Egle PC
6465 Greenwood Plaza Blvd. Ste. 1025
Englewood, CO 80111

Pro Tow
PO Box 2592
Visalia, CA 93279

Propane Equipment Repairs, LLC
1211 W Vine Ave
Visalia, CA 93291-4000

PSI Equipment Sales
2643 E Church Ave.
Fresno, CA 93706-4511

Public Health Service HHS
Room 4A53 Parklawn Bldg
5600 Fishers Ln
Rockville, MD 20857

Pudential Overall Supply
PO Box 11210
Santa Ana, CA 92711-1210

Quality Muffler
8007 E Main Street
Visalia, CA 93292

Quinn Company
PO Box 849665
Los Angeles, CA 90084-9665

Qyuality Steel
PO Box 249
Cleveland, MS 38732-0249

Ral Company
144 W Walnut St., Unit A
Fullerton, CA 92832

Ramos Oil
PO Box 401
West Sacramento, CA 95691-1495

Ramos Oil Company
Dept 34335
PO Box 39000
San Francisco, CA 94139

Randye b Soref
2049 Century park East Ste. 2300
Los Angeles, CA 90067-3125

Rapid Advance- Eaglewood
7316 Wisconsin Ave., Suite 350
Bethesda, MD 20814

Raymond Handling Concepts Corp
41400 Boyce Road
Fremont, CA 94538

Raymond Leasing Corporation
PO Box 301590
Dallas, TX 75315-9000

Red Triangle Oil Company
PO Box 2625
Fresno, CA 93745

Regional Counsel
Department of Housing and Urban
Development
600 Harrison St 3rd Floor
San Francisco, CA 94107-1300

Regional Counsel
Medicare/Ctrs for M&M Svcs
US Dept of Health and Human Services
90 7th St Ste 4-500
San Francisco, CA 94103-6705

Regional Counsel
US Dept of Veterans Affairs
1301 Clay St Ste 1300N
Oakland, CA 94612-5209

Reliance Label Solutions Inc.
PO Box 25250
Overland Park, KS 66225

Relton Corporation
PO Box 25250
Overland Park, KS 66225

Rhino Container
3401 Etiwanda Ave., #731A
Mira Loma, CA 91752

Richard A Solomon
12651 High Bluff Dr. #250
San Diego, CA 92130-2094

Richard Bais
483 E Newport Dr.
Fresno, CA 93730

Richmond Capital Group
125 Maiden Lane, Ste. 501
New York, NY 10038

Riley C Walter
205 E River Park Circle, Ste 410
Fresno, CA 93720-1572

Rising Bird Inc.
3698 Third Street #316
San Rafael, CA 94901

River City Petroleum Inc.- AG
3775 N Freeway Blvd., Ste 101
Sacramento, CA 95834

RLI Insurance Company
PO Box 4726
Carol Stream, IL 60197-4726

Robert K Moore
2404 S Beech Drive
Visalia, CA 93292

Robert V Jensen, Inc.
PO Box 12907
Fresno, CA 93779

```
Roche Oil, Inc.
1120 East Paige
PO Box 89
Tulare, CA 93275-0089

Roe Oil Company
PO Box 581
Hanford, CA 93230

Roland Gary Jones
1745 Broadway 17th Fl
New York, NY 10019-4642

Ronald Greenall CPA
4806 W Mineral King
Visalia, CA 93291

Roth Industries, Inc.
Keybank (lockbox)
PO Box 901
Albany, NY 12201

RRE&E Corporation
616 E Race Ave
Visalia, CA 93292-3838

Russell Paving, Inc.
1110 N Cain Street
Visalia, CA 93292

S A Cassaday Service Inc.
PO Box 3935
Visalia, CA 93278

S C Unisource Maintenance Supply
Unisource- Fresno
PO Box 39000 Dept. 39044
San Francisco, CA 94139-9044

Sallyport Commercial Finance
14100 SW Freeway, Suite 21
Sugar Land, TX 77478

Sallyport Commercial Finance LLC
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Ste. 1650
Sherman Oaks, CA 91403

Sam Davis Towing of Visalia
1700 E Goshen Ave. #B
Visalia, CA 93292

San Joaquin Filter Recycling
1922 W Belmont Ave.
Fresno, CA 93728-2056
```

```
San Joaquin Lightinh Services
PO Box 4313
Visalia, CA 93278-4313

San Joaquin Pest Control
PO Box 6460
Visalia, CA 93290

San Joaquin Power Employees
Credit Union
PO Box 16039
Fresno, CA 93755-6039

San Joaquin Refining Co., Inc.
PO Box 840761
Los Angeles, CA 90084-0761

San Joaquin Valley Unified
Air Pollution Control District
1990 E Gettysburg Ave
Fresno, CA 93726-0244

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7  601 Penn St
Reading, PA 19601

Sawyer Petroleum
1543 W 16th Street
Long Beach, CA 90813

SBC Smart Pages.com
PO Box 650098
Dallas, TX 75260-2440

SBC Tax Collector
268 W Hospitality Lane
San Bernardino, CA 92415-0360

SC Fuel
PO Box 14215
Orange, CA 92863-1215

SC Fuels
PO Box 14215
Orange, CA 92863

SC Fuels AG

Schwebel Petroleum Company
PO Box 512
Bakersfield, CA 93302

Scott Belknap Well Drilling
38193 Rd. 76
Dinuba, CA 93618
```

```
Seaport Refining & Envirmental
423 Rim Rock Road
Nipomo, CA 93444

Secretary of State
1500 Pennsylvania Ave. NW
Washington, DC 20220

Securities & Exchange Commisions
Attn: Bankruptcy Counsel
444 South Flower Street, Ste. 900
Los Angeles, CA 90071-9591

Securities and Exchange Commission
Attention Bankruptcy Counsel
5670 Wilshire Blvd. Fl 11
Los Angeles, CA 90036

Seiberts
2919 N Parkway
PO Box 9543
Fresno, CA 93793

Selecrt Business Systems
4545 N Marty
Fresno, CA 93722

Select Business Systems
4545 N Marty
Portland, OR 97220

Select Business Systems
4545 N Marty
93722
Fresno, CA 93722

Sequoia Auto & Truck Parts
807 N Ben Maddox Way
Visalia, CA 93292

Sequoia Mailing Service Inc.
8020 W Doe Ave., Ste. B
Visalia, CA 93291

Sequoia Mailing Service Inc.
8020 W Doe Ave. Ste B
Visalia, CA 93291

Severina Mazorra
2446 Shoreline Rd.
Napa, CA 94558

Shanti M Katon
222 Delaware Ave. #1101
Wilmington, DE 19801-1621
```

```
Shields Harper & Co.
PO Box 2367
Martinez, CA 94553

Shields, Harper & Co.
PO Box 2367
Martinez, CA 94553

Shoreside Capital
12576 Venice Blvd. #208
Los Angeles, CA 90066

Siegel Oil Company
Titanb Laboragtories
PO Box 5332
Denver, CO 80217

Siena Lending Group
9 W Broad St., 5th Floor
Stamford, CT 06902

Sierra Sign Co.
330 N Santa Fe
Visalia, CA 93292

Signal Fluid Solutions, Inc.
3403 Niki Way
Riverside, CA 92507

Silvas Oil Company, Inc.
PO Box 1048
Fresno, CA 93714

Small Busainess Administration
PO Box 740192
Atlanta, GA 30374-0192

Smart Produce
700 W Hillsboro Blvd., St. 4-100
Deerfield Beach, FL 33441

Smith's Auto Parts, Inc.
216 South Bridge Street
Visalia, CA 93291

Social Security Administration
Office of the General Counsel, Region IX
160 Spear St. Ste 800
San Francisco, CA 94105-1545

Software Support Services
1965 SW Airport Ave
PO Box 3012
Corvallis, OR 97339-3012
```

```
Southern Advertising
14 Bill Drive
Greenville, SC 29610

Southern Calif. Edision
PO Box 600
Rosemead, CA 91771-0001

Southern Pacific Trans. Co.
PO Box 3705
Omaha, NE 68103-2487

Speedy Truck Wash LLC
3846 S Front Ave.
Fresno, CA 93725

Spherion Staffing LLC
PO Box 742487
Los Angeles, CA 90074-2487

Stan Boyett & Son Inc.
Kathleen H Hollowell
601 McHenry Ave.
Modesto, CA 95350-5411

Stan Boyett & Son, Inc.
Bonnie J Anderson
1101 Standiford Ave. #B1
Modesto, CA 95350-0981

Stanton Office Machines
4312 N Selland Ave.
Fresno, CA 93722

Staples Contract & Commercial
PO Box 414524
Boston, MA 02241

Staples Credit Plan
Dept. 51- 7813271110
PO Box 78004
Phoenix, AZ 85062-8004

Star Petroleum
PO Box 387
Bakersfield, CA 93302

State Board of Equalization
PO Box 942879
Sacramento, CA 94279

State Compensation Ins.
PO Box 7854
Bakersfield, CA 93302
```

State of Califonia
Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011

State Water Res Control Board
Calif Technology Trade
PO Box 1402
Sacramento, CA 95812-1402

State Wide Opacity Testing
PO Box 1774
Tulare, CA 93275

Staunited, Inc
Dept 177
PO Box 21228
Tulsa, OK 74121-1228

Steve Young
225 N Akers #302
Visalia, CA 93292

Steven Kurtz
15303 Ventura Blvd Suite 1650
Sherman Oaks, CA 91403-6620

StoneBridge Analytics, LLC
PO Box 25405
Saint Paul, MN 55125

Suburban Pipe & Steel, Incl
721 E Acequia Avenue
Visalia, CA 93292

Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381

Sun Valley Oil Company
3940 Rosedale HWY
Bakersfield, CA 93308

Suncell Electric & Construction
Dave Lindsay
PO Box 4451
Visalia, CA 93278

Sunnova Solar
20 E Green Way Plaza, Suite 475
Houston, TX 77046

Sunnova Solar
20 E Green Way Plaza Suite 475
Houston, TX 77046

```
Sunny Truck & RV Wash Inc.
2713 Vinyard Place
Fowler, CA 93625

Sunset Commuication
2831 W Caldwell
Visalia, CA 93277

Superior Press
11930 Hamden Place
Santa Fe Springs, CA 90670

Synchrony Bank
c/o PRA Receivables Mngmt., LLC
PO Box 410212
Norfolk, VA 23541

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Tank Specialties of California
PO Box 12907
Fresno, CA 93779-2907

Targa Liquids Marketing
PO Box 7300155
Fresno, CA 93779-2907

Targray Industries, Inc.
31 Glenn St.
Massena, NY 13662

TBS Plus, LLC
PO Box 25070
Fresno, CA 93729-5070

TCF Equipment Finance
11100 Wayzata Blvd., Suite 801
Hopkins, MN 55305-5503

Team Green
Raul Rodriguez
PO Box 4185
Visalia, CA 93278

Tech Distribution & Tire Supply
28300 Industrial Blvd. #E
PO Box 56747
Hayward, CA 94545

Ted C & Mary A. Terry
2073 N. Famersville Blvd.
Farmersville, CA 93223
```

Ted Levine Drum Company
PO Box 3246
South El Monte, CA 91733-0246

Teeco Products, Inc.
PO Box 3246
South El Monte, CA 91733-0246

Telepacific Communications
PO Box 526015
Sacramento, CA 95852-6015

Televent DTN LLC
26385 Network Place
Chicago, IL 60673-1263

Terminal Air Brake Supply Inc
2475 S Cherry Ave
Fresno, CA 93706-5098

Tesie Petroleum Inc.
PO Box 390
Lukeville, AZ 85341

Tesoro REFG. MKTG & Supply
300 Concord Plaza Drive
San Antonio, TX 78216

Texaco Refining and Marketing
Dept 7877
Los Angeles, CA 90088-7877

TF Tire & Service, Inc.
Central Accounting
837 Industrial Ave.
Tulare, CA 93274

The Alignment Specialist
PO Box 1829
Tulare, CA 93275

The Diesel Doctor, Inc.
4789 South K Street
Tulare, CA 93274

The Fresno Bee
1626 E Street
PO Box 12466
Fresno, CA 93778-2466

The Gas Company
PO Box C
Monterey Park, CA 91756-0001

```
The Good New Center
1638 N Dinuba Blvd.
Visalia, CA 93291

The Home CRC
Dept. 32 2149252789
PO Box 9001030
Louisville, KY 40290-1030

The Lakes HOA
PO Box 15007
Vallejo, CA 94591

The Ratican Group LLC
Peter Ratican
112 S Orange Grove Blvd., Ste. 108
Pasadena, CA 91105

The Villas at Lovers Lane
2803 S Lovers Lane
Visalia, CA 93292

Thomas K Wedell
Accountcy
PO Box 22485
Bakersfield, CA 93390

Timothy J Donahue Inc.
Attorney at Law
1612 West Mineral King A
Visalia, CA 93291-2111

Tires To Go
PO Box 3609
Visalia, CA 93278

TLC Ttransportation MGT
Safety Consultants
4709 N El Capitan #207
Fresno, CA 93722

Togin-Branch Stationers
116 E Main Street
Visalia, CA 93291

TOH
1535-A E Acequia
Visalia, CA 93292

Tom R Ward Inc.
Alliance Petroleum Products
PO Box 427
Visalia, CA 93292
```

```
TOSCO- Conocophillips Co
PO Box 52085
Firebaugh, CA 93622

Total Benefits Services Inc.
PO Box 25070
Visalia, CA 93279-5070

Total Knowledge Computer Inc.
1212 W Murry Ave
Visalia, CA 93291-4712

Total Office Producrts
1212 W Murry Ave.
Visalia, CA 93291

Tower Energy Group
1983 W 190th Street Suite 100
Torrance, CA 90504

Trammo Petroleum Inc
1111 Bagby Suite 1920
Houston, TX 77002

TransUnion
PO Box 6790
Fullerton, CA 92834

Transunion LLC
555 West Adams
Chicago, IL 60661

Travelers Indemnity
& Affiliates
PO Box 660307
Dallas, TX 75266

Travis L Clark
1298 Santa Cruz Ave.
Tulare, CA 93274-7908

Trench Plate Rental Co.
13217 Laureldale Ave
Downey, CA 90242

Trinity Indusstries
PO Box 9517115
Dallas, TX 75395-1716

Truck Parts & Service Co., Inc.
PO Box 1310
Visalia, CA 93279

Truck Tub International Inc.
PO Box 2111
Pismo Beach, CA 93448-2111
```

Tucoemas Federal Credit Union
PO Box 5011
Visalia, CA 93279

Tul County AG Commissioner
4437 S Spina St., Suite A
Tulare, CA 93274

Tulare Co. Family Support Div.
PO Box 6000
San Francisco, CA 94160-9394

Tulare County AG Commissioner
Sealer of WTS and Measure
4437 S LaSpina Street, Suite A
Tulare, CA 93274-9585

Tulare County Health & Human Ser.
1845 N Dinuba Blvd.
PO Box 5059
Visalia, CA 93278

Tulare County Sheriff's Office
Civil Division
221 S. Mooney Blvd. Room 102
Visalia, CA 93291

Tulare County Tax Collector
Attn: Cass Cook, Auditor-Controller
Treasurer-Tax Collector
221 S Mooney Blvs., Room 104-E
Visalia, CA 93291-4593

Turner Gas Co.
PO Box 26554
Salt Lake City, UT 84126-0554

UHL Rubber Company Inc.
701 E Main Street
Visalia, CA 93292

Union Bank of California, N.A.
Remittance Banking
PO Box 85400
San Diego, CA 92186-5400

Union Pacific Railroad
12567 Collections Center
Chicago, IL 60693

Unisource
PO Box 57006
Los Angeles, CA 90074-7006

```
United Communications Group
PO Box 90608
Washington, DC 20077-7637

United Pacific Energy
PO Box 6976
Auburn, CA 95604-6976

United States Attorney
For Internal Revenue Service)
2500 Tulare Street, Ste 4401
Fresno, CA 93721

United States Attorney
for Internal Revenue Service
2500 Tulare Street Ste. 4401
Fresno, CA 93721-1318

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

United States Department of Justice
Civil Trail Section, Western Rejion
Box 683 Ben Franklin Station
Washington, DC 20044

United States Treasury
PO Box 1236
Charlotte, NC 28201-1236

United Textile, Inc.
14275 Catalina St
San Leandro, CA 94577

Univar USA Inc.
PO Box 740896
Los Angeles, CA 90074

US Capital Equipment
Leasing, Inc.
14742 Plaza Dr., Ste. 203
Tustin, CA 92780

US Department of Education
Bankruptcy Section
50 Beale Street Ste 900
San Francisco, CA 94105-1863

US Department of the Treasury
Bureau of the Fiscal Service
PO Box 1686
Birmingham, AL 35201-1686
```

US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel ORC-3
75 Hawthorne St.
San Francisco, CA 94105

Utility Trailer Sales
of Central CA. Inc.
2680 S East Ave.
Fresno, CA 93760

Valero Refining Co
PO Box 500
San Antonio, TX 78292-0500

Valley Electrical Suppliers Inc.
300 N Cain
Visalia, CA 93292

Valley Ind. & Fam. Med. GRP
225 S Chinowth Rd.
Alpaugh, CA 93201

Valley Indsustrial Services Inc.
335 Washington Street
PO Box 70577
Bakersfield, CA 93387-0577

Valley Lube Equipment
2381 S Sarah St
Fresno, CA 93706-4524

Valley Pacific Petroleum Services, Inc.
PO Box 1245
French Camp, CA 95231-1245

Valley Tool & Abrasive, Inc
216 S Dunworth Str.
Visalia, CA 93292

Valley Voice Newspaper, Inc.
PO Box 571
Visalia, CA 93279-0571

Valley Yellow Pages Dept Dept. 33302
PO Box 39000
San Francisco, CA 94139-3302

Van De Pol Enterprises, Inc.
Rathmann Oil Company
PO Box  1107
Stockton, CA 95201

Venter Real Estate
235 Sylvan Way
Redwood City, CA 94062

Verizon
by American Info Source LP as Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

VICNRG, LLC
1670 Keller Parkway
Suite 247
Keller, TX 76248-3777

VIS Pipe-Use
DIV of Hajoca Corp
Depat. LA 21143
Pasadena, CA 91185-1143

Visa Petroleum Inc.
PO Box 1392
Fresno, CA 93716-1392

Visalia Lumber Co
PO Box 70
Visalia, CA 93279-0070

Visalia Lumber Co
PO Box 70
Visalia, CA 93279

Visalia Pipe & Supply
PO Box 845768
Los Angeles, CA 90084-5768

Visalia Radiator Service
1119 E main Street
Visalia, CA 93292

Visalia Times Delta
PO Box 677393
Dallas, TX 75267-7393

Vitol Inc. AG
1100 Louisana St., Ste. 5500
Houston, TX 77062

Vollemer Excavation Inc.
19760 Rd 222
Strathmore, CA 93267

Volvo Construction Equipment
PO Box 7247-6563
Philadelphia, PA 19170-6263

WA Murry Inc.
PO Box 4607
El Monte, CA 91734-0607

Wageworks Inc.
PO Box 8363
Pasadena, CA 91109-8363

Warehouse Systems
PO Box 2808
Fresno, CA 93745

Wawona Packing
12133 Ave 408
Cutler, CA 93615-2056

Wellls Fargo Bank
MAC A0187-081
PO Box 7674
San Francisco, CA 94120-9729

Wells Fargo Bank
MAC 01187-081
PO Box 7674
San Francisco, CA 94120-7674

Wells Fargo Bank N.A.
PO Box 29482
Phoenix, AZ 85038

Wells Fargo Card Services
PO Box 51963
Los Angeles, CA 90051-6263

Wells Fargo Equipment Financig Inc.
733 Marquette Ave., Ste. 700
Minneapolis, MN 55402

Wells Fargo Home Mortgage
POBox 30427
Los Angeles, CA 90030-0427

West America Bank
PO Box 1260
Suisun City, CA 94585

West Mark Service CCenters
PO Box 100
Los Angeles, CA 90030-0427

Westar Transportation
9220 E South Ave.
Selma, CA 93662

```
Western Manufaturing Corp
2476 S Railroad Ave
Fresno, CA 93706-5109

Western Propane Gas Association
2131 Capital Ave. #206
Sacramento, CA 95816-5755

Williams Broderson Pritchtt & Burke LLP
2222 West Main Street
Visalia, CA 93291

Wingfoo Comm Tire Systems LLC
7041 Ave 304
Visalia, CA 93291

Winston Tire Co
Accounts Receivables
PO Box 7749
Burbank, CA 91510-7749

Wise Engineering Inc.
PO Box 709
Visalia, CA 93279

World Fuel Services, Inc.
9800 N.W. 41st Street, Suite 400
Miami, FL 33178

World Wide Alternator
1730 E Main Street
Visalia, CA 93292

Worthington Cylinder Corp.
PO Box 751621
Charlotte, NC 28275-1621

Yellowstone Capital
160 Pearl St. 5th Fl
New York, NY 10005-1631

YP
PO Box 5021
Carol Stream, IL 60197-5021

Zions Managment Srvc C
2200 So 3270 West
Salt Lake City, UT 84119

ZNew West Petroleum Inc.
Dept 33084
PO Box 39000
San Francisco, CA 94139-3084
```