| Fill in this information to identify your case: | |
|---|---|
| **Debtor 1** | *Donald Duane Rose* |
| | First Name          Middle Name          Last Name |
| **Debtor 2** | *Janice Marie Rose* |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | *19-14644-A-7* |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:     Summarize Your Assets

|  |  | **Your assets** <br> Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $          532,648.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $          34,550.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $          567,198.00 |

### Part 2:     Summarize Your Liabilities

|  |  | **Your liabilities** <br> Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          345,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $          0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $          228,031.00 |
| | **Your total liabilities** | $          573,031.00 |

### Part 3:     Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) <br> Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $          3,962.63 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) <br> Copy your monthly expenses from line 22c of *Schedule J*....................................................................... | $          3,414.00 |

### Part 4:     Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number *(if known)*　**19-14644-A-7**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **864.13**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Donald Duane Rose** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Janice Marie Rose** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | **19-14644-A-7** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                                     12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**5438 W Prospect Ave.**
Street address, if available, or other description

**Visalia        CA        93291-0000**
City        State        ZIP Code

**Tulare**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$532,648.00** | **$532,648.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**none**

■ Check if this is community property (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>**

| |
|---|
| **$532,648.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number *(if known)* | **19-14644-A-7** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>

|  |
|---|
| *$0.00* |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| *primary household* | *$1,500.00* |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| *primary clothing* | *$200.00* |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| *wedding bands* | *$250.00* |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number *(if known)* | *19-14644-A-7* |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
- ■ No
- ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

<div style="border:1px solid">*$1,950.00*</div>

---

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No
- ☐ Yes...............................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | *Checking* | *Tulare County Federal Credit Union* <br> *6000* | *$800.00* |
| 17.2. | *Checking* | *West America Bank* <br> *4546* | *$1,800.00* |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ■ No
- ☐ Yes..................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ■ No
- ☐ Yes. Give specific information about them...................    Name of entity:        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
- ■ No
- ☐ Yes. Give specific information about them     Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ■ No
- ☐ Yes. List each account separately.     Type of account:     Institution name:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number *(if known)* | **19-14644-A-7** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.
       Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number *(if known)* | *19-14644-A-7* |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
  ■ No
  ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ■ No
  ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
  ■ No
  ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**......................................................................................................      *$2,600.00*

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
  ■ No. Go to Part 6.
  ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ■ No. Go to Part 7.
  ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
  ☐ No
  ■ Yes. Give specific information.........

| *Solar Panels* | *$30,000.00* |
|---|---|

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .....................................      *$30,000.00*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| **55. Part 1: Total real estate, line 2** .................................................................................... | | | *$532,648.00* |
| **56. Part 2: Total vehicles, line 5** | *$0.00* | | |
| **57. Part 3: Total personal and household items, line 15** | *$1,950.00* | | |
| **58. Part 4: Total financial assets, line 36** | *$2,600.00* | | |
| **59. Part 5: Total business-related property, line 45** | *$0.00* | | |
| **60. Part 6: Total farm- and fishing-related property, line 52** | *$0.00* | | |
| **61. Part 7: Total other property not listed, line 54** | + | *$30,000.00* | |
| **62. Total personal property.** Add lines 56 through 61... | *$34,550.00* | Copy personal property total | *$34,550.00* |
| **63. Total of all property on Schedule A/B.** Add line 55 + line 62 | | | *$567,198.00* |

| | |
|---|---|
| **Fill in this information to identify your case:** | |

| | |
|---|---|
| Debtor 1 | **_Donald Duane Rose_** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **_Janice Marie Rose_** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | **_19-14644-A-7_** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5438 W Prospect Ave. Visalia, CA 93291  Tulare County**<br>Line from *Schedule A/B*: **1.1** | **$532,648.00** | ■ $125,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **primary household**<br>Line from *Schedule A/B*: **6.1** | **$1,500.00** | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **primary clothing**<br>Line from *Schedule A/B*: **11.1** | **$200.00** | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **wedding bands**<br>Line from *Schedule A/B*: **12.1** | **$250.00** | ■ $8,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Checking: Tulare County Federal Credit Union 6000**<br>Line from *Schedule A/B*: **17.1** | **$800.00** | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Donald Duane Rose** | | | |
|----------|-----------------------|--|--|--|
| Debtor 2 | **Janice Marie Rose** | | Case number (if known) | **19-14644-A-7** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Checking: West America Bank 4546**<br><br>Line from *Schedule A/B*: **17.2** | **$1,800.00** | ■       **$1,800.00**<br><br>☐   100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐   No

   ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■   No

        ☐   Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| | First Name            Middle Name            Last Name |

| Debtor 2 | **Janice Marie Rose** |
|---|---|
| (Spouse if, filing) | First Name            Middle Name            Last Name |

| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
|---|---|

| Case number | **19-14644-A-7** |
|---|---|
| (if known) | |

☐ Check if this is an
   amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

| 2.1 | **New Rez** | Describe the property that secures the claim: | $315,000.00 | $532,648.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**5438 W Prospect Ave. Visalia, CA 93291  Tulare County**

**PO Box 740039
Cincinnati, OH 45274**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

| 2.2 | **Sunnova Solar** | Describe the property that secures the claim: | $30,000.00 | $30,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Solar Panels**

**20 E Green Way Plaza
Suite 475
Houston, TX 77046**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | *Donald Duane Rose* | | | Case number (if known) | *19-14644-A-7* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | *Janice Marie Rose* | | | | |
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | *$345,000.00* |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | *$345,000.00* |

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Donald Duane Rose* |
| | First Name        Middle Name        Last Name |
| Debtor 2 | *Janice Marie Rose* |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | *19-14644-A-7* |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | *California Department of Tax and Fee* | Last 4 digits of account number _____ | | |
| | *Administration* | | | |
| | *Account Information Group, MIC: 29* | | | |
| | *P.O. Box 942879* | | | |
| | *Sacramento, CA 94279-0029* | | | |

2.1 — Total claim *$0.00*   Priority amount *$0.00*   Nonpriority amount *$0.00*

When was the debt incurred? _____

Priority Creditor's Name
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____   *Notice for possible and potential taxes owed*

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (*if known*)　**19-14644-A-7**

| 2.2 | **Chief Counsel Region IX** | Last 4 digits of account number | | *$0.00* | *$0.00* | *$0.00* |

Priority Creditor's Name
**Secretary of the Treasury**
**1500 Pennsylvania Ave NW**
**Washington, DC 20220**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
*Notice for possible and potential taxes owed*

---

| 2.3 | **Department of Child Support Services** | Last 4 digits of account number | | *$0.00* | *$0.00* | *$0.00* |

Priority Creditor's Name
**P.O. Box 419064**
**Rancho Cordova, CA 95741-9064**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
*Notice for possible and potential arrears owed for past and/or present domestic support obligations*

---

| 2.4 | **Employment Development Department** | Last 4 digits of account number | | *$0.00* | *$0.00* | *$0.00* |

Priority Creditor's Name
**Bankruptcy Special Procedures Group**
**PO Box 826880 MIC 92E**
**Sacramento, CA 94280-0001**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
*Notice for possible and potential unemployment taxes owed.*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 2.5 | | | |
|---|---|---|---|

**Franchise Tax Board**
Priority Creditor's Name
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   *$0.00*   *$0.00*   *$0.00*

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

*Notice for any possible and potential priority taxes owed*

---

| 2.6 | | | |
|---|---|---|---|

**Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   *$0.00*   *$0.00*   *$0.00*

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

*Notice for any possible and potential priority taxes owed*

---

| 2.7 | | | |
|---|---|---|---|

**Kings County Clerk/Recorder**
Priority Creditor's Name
**Kings County Government Center**
**1400 W. Lacy Boulevard**
**Hanford, CA 93230**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   *$0.00*   *$0.00*   *$0.00*

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

*Notice purposes only*

---

Debtor 1  *Donald Duane Rose*
Debtor 2  *Janice Marie Rose*

Case number (if known)   *19-14644-A-7*

| 2.8 | *Kings County Tax Collector* | Last 4 digits of account number | | *$0.00* | *$0.00* | *$0.00* |

Priority Creditor's Name
*1400 W. Lacey Blvd.*
*Hanford, CA 93230*
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

*Notice for possible and potential taxes owed.*

---

| 2.9 | *Secretary of State* | Last 4 digits of account number | | *$0.00* | *$0.00* | *$0.00* |

Priority Creditor's Name
*1500 Pennsylvania Ave. NW*
*Washington, DC 20220*
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

*Notice Purposes Only*

---

| 2.10 | *United States Attorney* | Last 4 digits of account number | | *$0.00* | *$0.00* | *$0.00* |

Priority Creditor's Name
*(For Internal Revenue Service)*
*2500 Tulare Street, Ste 4401*
*Fresno, CA 93721*
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

*Notice for possible and potential taxes owed.*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

| 2.1 1 | **United States Department of Justice** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | _____ | **$0.00** | **$0.00** | **$0.00** |

**United States Department of Justice**

Priority Creditor's Name

**Civil Trial Section, Western Region**
**Box 683, Ben Franklin Station**
**Washington, DC 20044**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      **$0.00**      **$0.00**      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify ____ *Notice for possible and potential taxes owed*

---

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **A E Welding inc.** | Last 4 digits of account number | _____ | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 N Cain**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify ____ *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.2 | **A&E Welding Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1110 N Cain**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.3 | **A&G Telephone Service Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2266 W Linda Vista Ave.**
**Porterville, CA 93257**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.4 | **A-Ped, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1840 E Saginaw**
**Fresno, CA 93726**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

| 4.5 | **AAA Quality Services Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 535**
**Farmersville, CA 93223-0535**                When was the debt incurred?  _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed

■ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**                                ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                ■ Other. Specify    **Notice of possible and potential debts**
                                            **owed**

| 4.6 | **Accounttemps** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 743295**
**Los Angeles, CA 90074-3295**                When was the debt incurred?  _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed

■ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**                                ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                ■ Other. Specify    **Notice of possible and potential debts**
                                            **owed**

| 4.7 | **ACH Captial as agent for** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Kings Cash Group**
**11 Broadway, Suite 814**
**New York, NY 10004**                    When was the debt incurred?  _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed

■ **Check if this claim is for a community**        **Type of NONPRIORITY unsecured claim:**
**debt**                                ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                report as priority claims
■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                ■ Other. Specify    **Notice of possible and potential debts**
                                            **owed**

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.8 | **Act-1 Personnel Services** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1999 West 190th Str.**
**Torrance, CA 90504**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.9 | **Administrative Solutions Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**555 West Shaw Ave., Suite C-1**
**Fresno, CA 93704**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.10 | **Advanced Emission Control** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Soulutions, LP**
**PO Box 12907**
**Fresno, CA 93779-2907**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                    Case number (if known)  **19-14644-A-7**

| 4.1 1 | **Aetna** | | |
|---|---|---|---|

**Aetna**

Nonpriority Creditor's Name
**PO Box 894938**
**Los Angeles, CA 90189-4938**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

**4.1 2  Aetna Inc.**

Nonpriority Creditor's Name
**c/o Aaron McCollough**
**77 W Wacker Dr. #4100**
**Chicago, IL 60601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

**4.1 3  Aflac**

Nonpriority Creditor's Name
**Remit Processing Services**
**1932 Wynnton Road**
**Columbus, GA 31993-0797**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

**4.14**

**Aguirre Printing & Embroidery**
Nonpriority Creditor's Name
**9610 W Nicholas**
**Visalia, CA 93291**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.15**

**Air Mobile Communications, Inc.**
Nonpriority Creditor's Name
**360 N Cain Street**
**Visalia, CA 93292**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.16**

**Airgas Specialty Products**
Nonpriority Creditor's Name
**PO Box 934434**
**Atlanta, GA 31193-4434**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| | |
|---|---|
| Debtor 1 **Donald Duane Rose** | |
| Debtor 2 **Janice Marie Rose** | |
| | Case number (if known) **19-14644-A-7** |

---

**4.17**

**Al's Distributing Inc.**
Nonpriority Creditor's Name
**1530 Pearl Street**
**Fresno, CA 93721**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice of possible and potential debts owed**

---

**4.18**

**Alien Lawncare**
Nonpriority Creditor's Name
**PO Box 4185**
**Visalia, CA 93278**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice of possible and potential debts owed**

---

**4.19**

**Alliance Petroluem Corp.**
Nonpriority Creditor's Name
**PO Box 1507**
**Visalia, CA 93292**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice of possible and potential debts owed**

---

| | |
|---|---|
| Debtor 1 **Donald Duane Rose** | |
| Debtor 2 **Janice Marie Rose** | |
| | Case number *(if known)* **19-14644-A-7** |

---

<table>
<tr><td>4.2 0</td><td colspan="2">

**Allied Affiliated Funding LP**

Nonpriority Creditor's Name
**5151 Deltline Rd.**
**Suite 500**
**Dallas, TX 75254**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes
</td></tr>
</table>

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**Allied Communications**

Nonpriority Creditor's Name
**Aircall of Calif., Inc.**
**PO Box 100165**
**Pasadena, CA 91189-0165**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**Allied Insurance**

Nonpriority Creditor's Name
**PO Box 514540**
**Los Angeles, CA 90051-4540**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.23**

**Ally Financial**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 380901**
**Bloomington, MN 55438**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **8310**                    **$0.00**

When was the debt incurred?    **Opened 04/12  Last Active 11/08/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
**Notice of possible and potential debts owed**
**024919037566**
**024909918865**
**024908142507**
**085908400929**

---

**4.24**

**Alna Envelope Company, Inc**
Nonpriority Creditor's Name

**1567 East 25th Street**
**Los Angeles, CA 90011**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
**Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.2 5 | | |
|---|---|---|

**ALS Distributing Inc.**

Nonpriority Creditor's Name

**1530 Pearl Str.**
**Fresno, CA 93721**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.2 6 | | |
|---|---|---|

**Alternative Hose Inc.**

Nonpriority Creditor's Name

**1251 Sunshine Way**
**Anaheim, CA 92806**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.2 7 | | |
|---|---|---|

**Amalie Oil Co.**

Nonpriority Creditor's Name

**PO Box 99744**
**Chicago, IL 60690-7544**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

---

| 4.2 8 | **American Arbritration Association** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**6795 N Palm Ave. 2nd Fl**
**Fresno, CA 93704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.2 9 | **American Business Machines** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2737**
**Bakersfield, CA 93303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.3 0 | **American Express** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 0001**
**Los Angeles, CA 90096**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Notice of possible and potential debts owed**
**031000**
**61003**
☐ Yes                                       ■ Other. Specify    **91007**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

**4.3 1**

**American Express Bank FSB**
Nonpriority Creditor's Name
**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.3 2**

**American Management Corp**
Nonpriority Creditor's Name
**PO Box 2020**
**Conway, AR 72033-2020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.3 3**

**American Tire Depot**
Nonpriority Creditor's Name
**14407 Alondra Blvd.**
**La Mirada, CA 90638**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**
                                        Case number (if known)   **19-14644-A-7**

---

| 4.3 4 | **American Truck Parts** | Last 4 digits of account number _____  | $0.00 |

Nonpriority Creditor's Name
**19229 Avenue 152**
**Porterville, CA 93257**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.3 5 | **American Welding & Tank Co.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 532872**
**Atlanta, GA 30353-2872**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.3 6 | **Amerigas Propane** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 310**
**Fowler, CA 93625**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.3 7 | **Ameritas Life Insurance Co.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 81889**
**Lincoln, NE 68501-1889**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

| 4.3 8 | **Amex** | Last 4 digits of account number  **0783** | | $0.00 |

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?  **Opened  5/06/14  Last Active 3/13/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*  **3499923536293383**

---

| 4.3 9 | **Amur Equipment Finance** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**Attn: Karla Beran, Peralegal**
**308 N Locust St., Ste. 100**
**Grand Island, NE 68801**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.40 | | | |
|---|---|---|---|

**Amur Equipment Finance Inc.**
Nonpriority Creditor's Name
**PO Box 911685**
**Denver, CO 80291-1685**
Number Street City State Zip Code

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.41 | | | |
|---|---|---|---|

**Analysts, Inc**
Nonpriority Creditor's Name
**PO Box 2955**
**Torrance, CA 90509-2955**
Number Street City State Zip Code

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.42 | | | |
|---|---|---|---|

**Andre L Robindoux**
Nonpriority Creditor's Name
**3716 Three Bars Street**
**Bakersfield, CA 93314**
Number Street City State Zip Code

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** |
|----------|------------------------|
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)          **19-14644-A-7**

---

**4.4 3**

**Andreini and Company**

Nonpriority Creditor's Name

**220 W. 20th Ave**
**San Mateo, CA 94403-1383**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     *Notice of possible and potential debts owed*

---

**4.4 4**

**Andrew K Alper**

Nonpriority Creditor's Name

**1000 Wilshire Blvd. 19th Floor**
**Los Angeles, CA 90017-2457**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     *Notice of possible and potential debts owed*

---

**4.4 5**

**Angie Cornwell Ins. Agency Inc.**

Nonpriority Creditor's Name

**PO Box 201004**
**Stockton, CA 95201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     *Notice of possible and potential debts owed*

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

**4.4 6**

**Anja Inc.**
Nonpriority Creditor's Name
**913 W Center St.**
**Visalia, CA 93291**
Number Street City State Zip Code

Last 4 digits of account number _____　　$0.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

Is the claim subject to offset?
■ No
☐ Yes

---

**4.4 7**

**Anthem Blue Cross**
Nonpriority Creditor's Name
**PO Box 51001**
**Los Angeles, CA 90051**
Number Street City State Zip Code

Last 4 digits of account number _____　　$0.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

Is the claim subject to offset?
■ No
☐ Yes

---

**4.4 8**

**Anthem Blue Cross Life & Health Insurance Company, Inc.**
Nonpriority Creditor's Name
**PO Box 92420**
**Cleveland, OH 44193**
Number Street City State Zip Code

Last 4 digits of account number _____　　$0.00

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (*if known*)  **19-14644-A-7**

---

| 4.4 9 | **Apex Oil Company, Inc.** | Last 4 digits of account number _____ | _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 71708**
**Chicago, IL 60694-1708**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

| 4.5 0 | **ARB/Cargo Tank** | Last 4 digits of account number _____ | _____ | $0.00 |

Nonpriority Creditor's Name
**1001 "I" Street**
**PO Box 1955**
**Sacramento, CA 95814-1955**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

| 4.5 1 | **Arco Products Company** | Last 4 digits of account number _____ | _____ | $0.00 |

Nonpriority Creditor's Name
**333 S Hope Street**
**Los Angeles, CA 90071**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Donald Duane Rose** |
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)     **19-14644-A-7**

---

| 4.5 2 | **Arrival Communications** | Last 4 digits of account number | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Dept. LA 22286**
**Pasadena, CA 91185-2286**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.5 3 | **ARS National Service Inc.** | Last 4 digits of account number | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 469046**
**Escondido, CA 92046**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.5 4 | **Ascentium Capital LLC** | Last 4 digits of account number | | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Dept. LA 22286**
**Pasadena, CA 91185-2286**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.5 5 | **Ascentium Capital LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**23970 HWY 59 N**
**Kingwood, TX 77339**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.5 6 | **ASI Administrative Soultions** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 5890**
**Fresno, CA 93755**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.5 7 | **Assets Appraisals** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 1120**
**Dallas, TX 75267-2032**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| | | | |
|---|---|---|---|
| 4.58 | **Associates Commercial Corp.** | Last 4 digits of account number _____ | *$0.00* |

Nonpriority Creditor's Name
**PO Box 672032**
**Dallas, TX 75267-2032**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| | | | |
|---|---|---|---|
| 4.59 | **AT&T Corp** | Last 4 digits of account number _____ | *$0.00* |

Nonpriority Creditor's Name
**PO Box 5025**
**Carol Stream, IL 60197-5025**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| | | | |
|---|---|---|---|
| 4.60 | **AT&T Corp** | Last 4 digits of account number _____ | *$0.00* |

Nonpriority Creditor's Name
**% AT&T Services, Inc.**
**Karen A Cavagnaro**
**One AT&T Way, Room 3A104**
**Bedminster, NJ 07921**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.6<br>1 | **AT&T Wireless Services-Fresno** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 78110**
**Phoenix, AZ 85062-8110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.6<br>2 | **Austin P Nagel** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**111 Deerwood Rd. 305**
**San Ramon, CA 94583-1530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.6<br>3 | **Auto Club** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**ACSC**
**PO Box 25406**
**Santa Ana, CA 92799-5406**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.6 4 | **Auto Stiegler Collision Center** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**6700 Reseda Blvd.**
**Reseda, CA 91335**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.6 5 | **Autoglass Central** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**832 N Ben Maddox**
**Visalia, CA 93292**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.6 6 | **Avran Industrial, Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 7000**
**Visalia, CA 93290**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

---

| 4.6 7 | **Axis Capital Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**308 N Locust Street Suite 100**
**Grand Island, NE 68801**                     When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                 ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another       ☐ Disputed
                                                **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                              **owed**

---

| 4.6 8 | **B&L Farms** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**16000 Grangeville**
**Hanford, CA 93230**                           When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                 ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another       ☐ Disputed
                                                **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                              **owed**

---

| 4.6 9 | **Bacon Law Group** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Thomas Bacon**
**1601 N Sepulveda #349**
**Manhattan Beach, CA 90266**                   When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                 ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another       ☐ Disputed
                                                **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                              **owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.70 | **Bagby Gage Stick, Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 70**
**Pinson, AL 35126**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.71 | **Bakersfield Pipe & Supply Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Dept 9932**
**Los Angeles, CA 90084-9932**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.72 | **Bakersfield Truck Center** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 80057**
**Bakersfield, CA 93380**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.7 3 | **Baldwin Heating & Cooling** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**702 N Ben Maddox Way**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.7 4 | **Balersfield Truck Center** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 80057**
**Bakersfield, CA 93380**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.7 5 | **Bamford Dairy** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3212 Ave 352**
**Traver, CA 93673**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.7 6 | **Bank of America** | Last 4 digits of account number | **5448** | **$16,894.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred?  **Opened 12/99  Last Active 4/09/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases 4400665695572303**

---

| 4.7 7 | **Bank of Sierra** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**128 W Main Street**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.7 8 | **Bank of the Sierra** | Last 4 digits of account number | **5437** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 790408**
**Saint Louis, MO 63179-0408**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

| 4.7 9 | **Bank of the Wesat** | **Last 4 digits of account number** _____ | *$0.00* |

Nonpriority Creditor's Name
**2527 Camino Roman, NC-B07-3-F-v**
**San Ramon, CA 94583**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ Contingent
☐ At least one of the debtors and another
☐ Unliquidated
☐ Disputed
■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.8 0 | **Bank of the West** | **Last 4 digits of account number** _____ | *$0.00* |

Nonpriority Creditor's Name
**PO Box 515274**
**Los Angeles, CA 90051**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ Contingent
☐ At least one of the debtors and another
☐ Unliquidated
☐ Disputed
■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.8 1 | **Bank One** | **Last 4 digits of account number** _____ | *$0.00* |

Nonpriority Creditor's Name
**Cardmember Service**
**PO Box 94014**
**Palatine, IL 60094-4014**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ Contingent
☐ At least one of the debtors and another
☐ Unliquidated
☐ Disputed
■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| | |
|---|---|
| 4.8<br>2 | **Bankcard Center** |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____    $0.00 |
| **Bank of the West**<br>**PO Box 84043**<br>**Columbus, GA 31908-4043** | When was the debt incurred? _____ |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only          ☐ Unliquidated

☐ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Notice of possible and potential debts owed**

---

| | |
|---|---|
| 4.8<br>3 | **Banks & Co Petro Equipment., Inc.** |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____    $0.00 |
| **PO Box 6543**<br>**Fresno, CA 93703** | When was the debt incurred? _____ |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

■ Debtor 1 and Debtor 2 only          ☐ Unliquidated

☐ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Notice of possible and potential debts owed**

---

| | |
|---|---|
| 4.8<br>4 | **Barclays Bank Delaware** |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number    9478    $16,670.00 |
| **Attn: Correspondence**<br>**Po Box 8801**<br>**Wilmington, DE 19899** | When was the debt incurred?    **Opened 11/16  Last Active 3/13/18** |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only          ☐ Unliquidated

☐ At least one of the debtors and another          ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.8 5 | | |
|---|---|---|

**Basaic Industries**
Nonpriority Creditor's Name
**PO Box 255**
**Pixley, CA 93256**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　　　　　　$0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.8 6 | | |
|---|---|---|

**Battery Systems Inc.**
Nonpriority Creditor's Name
**12322 Monarch Street**
**Garden Grove, CA 92841-2909**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　　　　　　$0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.8 7 | | |
|---|---|---|

**Battery Systems Inc.**
Nonpriority Creditor's Name
**12322 Monarch St.**
**Garden Grove, CA 92841**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____　　　　　　$0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                          Case number (if known)   **19-14644-A-7**

---

| 4.8 8 | **Bayshore Truck Equipment Co.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Truck Parts-PTO Sales**
**28121 Network Place**
**Chicago, IL 60673-1281**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.8 9 | **Beal Corporation** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 4687**
**Portland, OR 97208**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.9 0 | **Beall Financial West, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 17095**
**Portland, OR 97217-0095**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.9 1 | |
|---|---|

**Belden Blaine Raytis LLP**

Nonpriority Creditor's Name

**5016 California Ave., Suite 3**
**Bakersfield, CA 93309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1086**        **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.9 2 | |
|---|---|

**Ben-E-Lect**

Nonpriority Creditor's Name

**PO Box7809**
**Visalia, CA 93290**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**        **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.9 3 | |
|---|---|

**Benjamin T Morton**

Nonpriority Creditor's Name

**101 W Broadway 1600**
**San Diego, CA 92101-8217**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**        **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.9 4 | **Betts Truck Parts and Services** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Betts Springs Company**
**File 50413**
**Los Angeles, CA 90074-0413**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.9 5 | **Big West of Cal-Flying 3** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2436 Fruitvale Ave.**
**Bakersfield, CA 93308**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.9 6 | **Blue Sheild of California** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 51827**
**Los Angeles, CA 90051-6127**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.9 7 | | | |
|---|---|---|---|

**Blue Shield of California**

Nonpriority Creditor's Name

**PO Box 51827**
**Los Angeles, CA 90051-6127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.9 8 | | | |
|---|---|---|---|

**BMO Harris Bank**

Nonpriority Creditor's Name

**300 E John Carpenter FWY**
**Irving, TX 75062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.9 9 | | | |
|---|---|---|---|

**BMO Harris Bank N.A.**

Nonpriority Creditor's Name

**1010 Thomas Edison Blvd. SW**
**Cedar Rapids, IA 52404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.1 00 | |
|---|---|

**BMO Harris Bank NA**

Nonpriority Creditor's Name
**PO Box 71951**
**Chicago, IL 60694**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                 **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 01 | |
|---|---|

**Board of Equilization**

Nonpriority Creditor's Name
**Cashier Unit MTC:13**
**PO Box 71951**
**Chicago, IL 60694-1951**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                 **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 02 | |
|---|---|

**Bob Moore**

Nonpriority Creditor's Name
**2404 S Beech Dr**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                 **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.1 03**

**BP West Coast Prod. AG**

Nonpriority Creditor's Name

**333 S Hope Street**
**19th Floor**
**Los Angeles, CA 90007-1000**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.1 04**

**Bro Barte LLC**

Nonpriority Creditor's Name

**205 N Ben MAddox Way**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.1 05**

**Brown Armstrong**

Nonpriority Creditor's Name

**4200 Truxtun Ave. Ste 300**
**Bakersfield, CA 93309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

**4.106**    **BSE Rents**

Nonpriority Creditor's Name

**6319 District Blvd.**
**Bakersfield, CA 93313-2143**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.107**    **Buford Oil Co**

Nonpriority Creditor's Name

**PO Box 104**
**Hanford, CA 93232-2000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.108**    **Butane-Propance News**

Nonpriority Creditor's Name

**Weekly Propane Newsletter**
**PO Box 660698**
**Arcadia, CA 91066-0698**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**
Case number (*if known*)  **19-14644-A-7**

| 4.1 09 | **California Business Machines** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4260 N Fresno St.**
**Fresno, CA 93726-3115**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

| 4.1 10 | **California Cartridge Company** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**211 S Duworth**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

| 4.1 11 | **California Dept. of Tax & Fee** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Administraive**
**Special Ops MIC:55**
**PO Box  942879**
**Sacramento, CA 94279-0055**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (*if known*)　**19-14644-A-7**

---

| 4.1 12 | | |
|---|---|---|

**California HWY Patrol Bit Program**

**Last 4 digits of account number** _____　　　　　　**$0.00**

Nonpriority Creditor's Name
**Fiscal Management Section**
**PO Box 942902**
**Sacramento, CA 94298**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　***Notice of possible and potential debts owed***

---

| 4.1 13 | | |
|---|---|---|

**California Industrial Rubber**

**Last 4 digits of account number** _____　　　　　　**$0.00**

Nonpriority Creditor's Name
**PO Box 2456**
**Fresno, CA 93745-2456**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　***Notice of possible and potential debts owed***

---

| 4.1 14 | | |
|---|---|---|

**California Water Service Co.**

**Last 4 digits of account number** _____　　　　　　**$0.00**

Nonpriority Creditor's Name
**PO Box 940001**
**San Jose, CA 95194-0001**

**When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　***Notice of possible and potential debts owed***

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.1 15 | **Calitornia Attorney General** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 944255**
**Sacramento, CA 94298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 16 | **Cam2 Inernational LLC** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 863**
**Jackson, MS 39205-0863**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 17 | **Cambria Products Corporation** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 2054**
**Atascadero, CA 93423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

| 4.1 18 | **Canon Financial Services Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Howard N. Sobel PA**
**507 Kresson Rd.**
**Voorhees, NJ 08043**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.1 19 | **Canon Financial Services Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**14904 Collections Ctr Dr.**
**Chicago, IL 60693-0149**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.1 20 | **Canon Financial Services, Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**14904 Collections Ctr. Dr.**
**Chicago, IL 60693-0149**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| | |
|---|---|
| Debtor 1 **Donald Duane Rose** | |
| Debtor 2 **Janice Marie Rose** | |
| | Case number (if known) **19-14644-A-7** |

---

**4.1 21**

**Capcall LLC**
Nonpriority Creditor's Name
**122 E 42nd Streeet. Suite 2112**
**New York, NY 10168**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____           **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 22**

**Capital Drum, Inc.**
Nonpriority Creditor's Name
**749 Galleria Blvd.**
**Roseville, CA 95678**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____           **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 23**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **6867**        **$6,065.00**

When was the debt incurred?   *Opened 12/18  Last Active 09/19*

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit card purchases 479124709590 8692*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.1<br>24 | **Capital One** | Last 4 digits of account number | **8692** | **$6,065.00** |

Nonpriority Creditor's Name
**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.1<br>25 | **Cardmember Service** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**PO Box 790408**
**Saint Louis, MO 63179-0408**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1<br>26 | **Carroll's Tire Warehouae** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**1143 E Main Street**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** |
|----------|----------------------|
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)    **19-14644-A-7**

---

| 4.1 27 | **Castellucci Trust** | Last 4 digits of account number | | **$0.00** |
|--------|----------------------|--------------------------------|--|-----------|

Nonpriority Creditor's Name
**5740 Kana Dume Road**
**Malibu, CA 90265**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.1 28 | **Castle Energy, Inc.** | Last 4 digits of account number | | **$0.00** |
|--------|------------------------|--------------------------------|--|-----------|

Nonpriority Creditor's Name
**5740 Kanan Dum Rd.**
**Malibu, CA 90265**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.1 29 | **Castle Energy, Inc.** | Last 4 digits of account number | | **$0.00** |
|--------|------------------------|--------------------------------|--|-----------|

Nonpriority Creditor's Name
**205 N Ben Maddox**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| | |
|---|---|
| Debtor 1 **Donald Duane Rose** | |
| Debtor 2 **Janice Marie Rose** | Case number (if known) **19-14644-A-7** |

---

**4.1 30**

**Cellco Partnership d/b/a/ Verizon**

Nonpriority Creditor's Name

**Wireless, on behalf of its affiliates and William Vermette**
**22001 Loudoun County Pkwy**
**Ashburn, VA 20147**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 31**

**Cen Cal Distributing Inc.**

Nonpriority Creditor's Name

**1230 N Santa Fe. Street**
**Visalia, CA 93292**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 32**

**Central California LP**

Nonpriority Creditor's Name

**10042 Yukon River Dr.**
**Rancho Cordova, CA 95670**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.1 33 | **Central Valley Business Forms** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**7500 W Sunnyview Ave.**
**PO Box 3850**
**Visalia, CA 93278**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 34 | **Central Valley Business Forms** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**7500 W Sunny Ave.**
**PO Box 3850**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.1 35 | **Central Valley Sweeping, LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 6787**
**Visalia, CA 93290**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (*if known*)  **19-14644-A-7**

---

<table>
<tr><td>4.1<br>36</td><td colspan="2"><b>Central Valley Towing and Automotive</b></td></tr>
</table>

Nonpriority Creditor's Name
**PO Box 1731**
**Visalia, CA 93279**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

<table>
<tr><td>4.1<br>37</td><td><b>Central Valley Truck  Center</b></td></tr>
</table>

Nonpriority Creditor's Name

**2707 South East Avenue**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

<table>
<tr><td>4.1<br>38</td><td><b>Charles D Testerman</b></td></tr>
</table>

Nonpriority Creditor's Name
**50976  Greenhill Rd.**
**Squaw Valley, CA 93675**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.1 39**

**Charles L Wilcox DDS**

Nonpriority Creditor's Name
**1140 N Chinowth Ave.**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

**4.1 40**

**Charlie's Custom Gardening**

Nonpriority Creditor's Name
**5310 W Cherry Ave.**
**Visalia, CA 93277**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

**4.1 41**

**Chase**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 901076**
**Fort Worth, TX 76101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **5400**      **$0.00**

When was the debt incurred?   **Opened 01/09  Last Active 1/24/14**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.1 42 | **Chase** |
|---|---|

Nonpriority Creditor's Name
**PO box  1608**
**Southgate, MI 48195**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 43 | **Chase Card Services** |
|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No



☐ Yes

**Last 4 digits of account number** **3142**                    **$0.00**

**When was the debt incurred?**  **Opened 11/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**
**421156610540**
**426684127728**
**441712115016**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

---

| 4.1 44 | | | |
|---|---|---|---|

**Chem Vista Products LLC**

Last 4 digits of account number _____                    *$0.00*

Nonpriority Creditor's Name
**5025 Hartford Street**
**Tampa, FL 33619**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
■ Debtor 1 and Debtor 2 only                       ☐ Unliquidated
☐ At least one of the debtors and another          ☐ Disputed

■ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?                    ☐ Student loans

■ No                                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                   ■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 45 | | | |
|---|---|---|---|

**Christenson Law Firm LLP**

Last 4 digits of account number _____                    *$0.00*

Nonpriority Creditor's Name
**Vonn R. Christenson, Esq**
**Porterville, CA 93257**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
■ Debtor 1 and Debtor 2 only                       ☐ Unliquidated
☐ At least one of the debtors and another          ☐ Disputed

■ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?                    ☐ Student loans

■ No                                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                   ■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 46 | | | |
|---|---|---|---|

**Cintas Corporation  #621**

Last 4 digits of account number _____                    *$0.00*

Nonpriority Creditor's Name
**PO Box 29059**
**Porterville, CA 93257**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
■ Debtor 1 and Debtor 2 only                       ☐ Unliquidated
☐ At least one of the debtors and another          ☐ Disputed

■ **Check if this claim is for a community debt**   **Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?                    ☐ Student loans

■ No                                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                   ■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.1 47**

**Cioma**
Nonpriority Creditor's Name
**3831 No Freeway Blvd.**
**Suite 130**
**Sacramento, CA 95834-1933**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.1 48**

**Citgo Petroleum Corporation**
Nonpriority Creditor's Name
**Attn: Karen Duty**
**PO Box 4969**
**Houston, TX 77210-4969**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                                      Case number (if known)  **19-14644-A-7**

---

| 4.1 49 | **Citibank** | Last 4 digits of account number | **8323** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/17**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 50 | **CitiBank USA** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**PO Box 8034**
**South Hackensack, NJ 07606-8034**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 51 | **CitiCorp Del Lease Inc** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**PO Box 7247 - 7778**
**Philadelphia, PA 19170**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.1 52 | | |
|---|---|---|

**City of Farmersville**
Nonpriority Creditor's Name

**909 West Visalia Rd.**
**Farmersville, CA 93223**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 53 | | |
|---|---|---|

**City of Fresno**
Nonpriority Creditor's Name

**PO Box 45017**
**Fresno, CA 93718-5017**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 54 | | |
|---|---|---|

**City of Porterville**
Nonpriority Creditor's Name

**291 N Main Street**
**Porterville, CA 93257**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.1 55 | **City of Tulare** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Finance Department**
**411 East Kern Ave.**
**Tulare, CA 93274**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 56 | **City of Visalia** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4002**
**Visalia, CA 93278-4002**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.1 57 | **City of Visalia** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 51159**
**Los Angeles, CA 90051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

| 4.1 58 | **Cliff Web ATTY Services** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6722 W Damsen Ave.**
**Visalia, CA 93291**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only                     **As of the date you file, the claim is:** Check all that apply
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only        ☐ Contingent
☐ At least one of the debtors and another   ☐ Unliquidated
■ **Check if this claim is for a community**    ☐ Disputed
**debt**                            **Type of NONPRIORITY unsecured claim:**
**Is the claim subject to offset?**     ☐ Student loans
■ No                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    ***Notice of possible and potential debts owed***

| 4.1 59 | **Clovis Polycon Inc** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**915 Hoblitt Ave.**
**Clovis, CA 93612**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only                     **As of the date you file, the claim is:** Check all that apply
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only        ☐ Contingent
☐ At least one of the debtors and another   ☐ Unliquidated
■ **Check if this claim is for a community**    ☐ Disputed
**debt**                            **Type of NONPRIORITY unsecured claim:**
**Is the claim subject to offset?**     ☐ Student loans
■ No                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    ***Notice of possible and potential debts owed***

| 4.1 60 | **CMA Business Service** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Collection Division**
**PO Box 7740**
**Marcus, WA 99151-0774**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only                     **As of the date you file, the claim is:** Check all that apply
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only        ☐ Contingent
☐ At least one of the debtors and another   ☐ Unliquidated
■ **Check if this claim is for a community**    ☐ Disputed
**debt**                            **Type of NONPRIORITY unsecured claim:**
**Is the claim subject to offset?**     ☐ Student loans
■ No                                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                               ■ Other. Specify    ***Notice of possible and potential debts owed***

| | | |
|---|---|---|
| Debtor 1 | *Donald Duane Rose* | |
| Debtor 2 | *Janice Marie Rose* | |
| | Case number (*if known*) | **19-14644-A-7** |

---

### 4.1 61

**Coast Appliance Parts Co.**

Nonpriority Creditor's Name

**A Don Erickson, Inc. Co.**
**10680 Mulberry Ave**
**Fontana, CA 92337**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    *Notice of possible and potential debts owed*

---

### 4.1 62

**Cobra Services**

Nonpriority Creditor's Name

**National Services Center**
**PO Box 534099**
**Saint Petersburg, FL 33747-4099**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    *Notice of possible and potential debts owed*

---

### 4.1 63

**Coloniel Life**

Nonpriority Creditor's Name

**Premium Processing**
**PO Box 534099**
**Saint Petersburg, FL 33747-4099**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    *Notice of possible and potential debts owed*

---

| | |
|---|---|
| Debtor 1 **Donald Duane Rose** | |
| Debtor 2 **Janice Marie Rose** | |
| | Case number (if known) **19-14644-A-7** |

---

**4.1 64**

**Comcast**

Nonpriority Creditor's Name

**PO Box 34744**
**Seattle, WA 98124-1744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 65**

**Comcast**

Nonpriority Creditor's Name

**PO Box 34744**
**Seattle, WA 98124-1744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 66**

**Comdata Nertwork, Inc.**

Nonpriority Creditor's Name

**Trendar Merchant Services**
**PO Box 3389**
**Brentwood, TN 37024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.1 67 | **Comenity Bank/Avenue** | Last 4 digits of account number | **6780** | | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?　**Opened 08/10　Last Active 6/05/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.1 68 | **Comenity Bank/kingsize** | Last 4 digits of account number | **2278** | | $0.00 |

Nonpriority Creditor's Name

**Po Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?　**Opened 01/18　Last Active 01/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.1 69 | **Comenity Bank/Lane Bryant** | Last 4 digits of account number | **9721** | | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?　**Opened 05/11　Last Active 11/07/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** |
|----------|----------------------|
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)   **19-14644-A-7**

---

**4.1 70**

**Comenitybank/coldwcmc**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 182125**
**Columbus, OH 45318**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **3740**          $0.00

When was the debt incurred?   **Opened 11/11  Last Active 03/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice of possible and potential debts owed**

---

**4.1 71**

**Comerica Leasing Corp**
Nonpriority Creditor's Name

**29201**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number          $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.1 72**

**Commodity Futures Trading Commission**
Nonpriority Creditor's Name
**Three Lafayette Ctr**
**1155 21st St NW**
**Washington, DC 20581**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number          $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice for possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                         Case number (if known)   **19-14644-A-7**

| 4.1 73 | **Companion Property & Casualty** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Freestone Payments**
**PO Box 100239**                                When was the debt incurred?
**Columbia, SC 29202-3239**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                 ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                               **owed**

---

| 4.1 74 | **Conoco-Phillips Co** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 52085**                                 When was the debt incurred?
**Phoenix, AZ 85072-2085**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                 ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                               **owed**

---

| 4.1 75 | **Conseco Life Insurance Co.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 371807**                                When was the debt incurred?
**Pittsburgh, PA 15250-7807**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                     ☐ Disputed

☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                 ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                               **owed**

---

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| Debtor 2 | **Janice Marie Rose** |

Case number (*if known*)　**19-14644-A-7**

---

| 4.1 76 | **Conslidated Resources, Inc.** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Vonn R Christenson**
**472 W Putnam Ave.**
**Porterville, CA 93257**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.1 77 | **Container Management Service** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Dept. #1023-03**
**PO Box 61000**
**San Francisco, CA 94161**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.1 78 | **Coreagri, LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1027**
**Arroyo Grande, CA 93421**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

---

| 4.1 79 | **Corporation Services Company** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**as Representative**
**PO Box  2576**
**Arroyo Grande, CA 93421**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 80 | **Costco Membership** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 34783**
**Seattle, WA 98124-1783**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 81 | **Coveral North America, Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2955 Momentum Place**
**Chicago, IL 60689-5329**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.1 82 | **Coverall North America INc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**350 SW 12th Ave**
**Deerfield Beach, FL 33442**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   ***Notice of possible and potential debts owed***

☐ Yes

---

| 4.1 83 | **Cox Petroleum Transport** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**7641 Edison Way**
**Bakersfield, CA 93307**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   ***Notice of possible and potential debts owed***

☐ Yes

---

| 4.1 84 | **Cranes Waste Oil, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**15412 HWY 178**
**Weldon, CA 93283**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   ***Notice of possible and potential debts owed***

☐ Yes

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

**4.185**

**CRC marketing, inc.**
Nonpriority Creditor's Name
**NGL Marketing Accounting**
**PO Box 745785**
**Los Angeles, CA 90074**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.186**

**Creative Financial**
Nonpriority Creditor's Name
**Staffing LLC**
**PO Box 95111**
**Chicago, IL 60694**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.187**

**Crestwood Services LLP**
Nonpriority Creditor's Name
**2 Brush Creek Blvd.**
**Dallas, TX 75395-1216**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                              Case number (if known)   **19-14644-A-7**

---

| 4.1 88 | **Crestwood West Coast LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 951216**
**Dallas, TX 75395-1216**                       When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed

■ **Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**
                                                 ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Credit card purchases**

---

| 4.1 89 | **Crismson Renwable Energy, LP** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**950 17th St. Suite 2650**
**Denver, CO 80202**                             When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed

■ **Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**
                                                 ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.1 90 | **Cruz Services Center** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 298**
**Farmersville, CA 93223**                       When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed

■ **Check if this claim is for a community**    **Type of NONPRIORITY unsecured claim:**
**debt**
                                                 ☐ Student loans
**Is the claim subject to offset?**              ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**

Case number (if known) **19-14644-A-7**

---

**4.1 91**

**Cummins Pacific LLC**
Nonpriority Creditor's Name
**PO Box 848731**
**Los Angeles, CA 90084-8731**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 92**

**Curry Copy**
Nonpriority Creditor's Name
**1117 South Mooney Blvd.**
**Visalia, CA 93277**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.1 93**

**Dale Motley**
Nonpriority Creditor's Name
**Ogden & Motley**
**1900 Ave. of the Stars**
**Los Angeles, CA 90067**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

---

| 4.1 94 | **Dan's A/C & Heating** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**1311 W Howard Ave.**
**Visalia, CA 93277**                              **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                     ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   ***Notice of possible and potential debts***
                                                                        ***owed***

---

| 4.1 95 | **Darrel's Mini Storage, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**800 Ben Maddox Way**
**Visalia, CA 93292**                              **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                     ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   ***Notice of possible and potential debts***
                                                                        ***owed***

---

| 4.1 96 | **Dasco Inc. Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**9785 Maroon Circle Suite 110**
**Englewood, CO 80112**                            **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                     ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**        ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   ***Notice of possible and potential debts***
                                                                        ***owed***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

| 4.1 97 | **Dave's Heating & Air** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**685 Ave. 296**
**Farmersville, CA 93223**                                    **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                          **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                               ☐ Contingent
■ Debtor 1 and Debtor 2 only                                  ☐ Unliquidated
☐ At least one of the debtors and another                     ☐ Disputed
■ **Check if this claim is for a community**                  **Type of NONPRIORITY unsecured claim:**
debt                                                          ☐ Student loans
**Is the claim subject to offset?**                           ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                             report as priority claims
                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify  *Notice of possible and potential debts owed*

| 4.1 98 | **David M Riley** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**1251 Avenue of the Americas Fl 49**
**New York, NY 10020-1100**                                   **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                          **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                               ☐ Contingent
☐ Debtor 1 and Debtor 2 only                                  ☐ Unliquidated
☐ At least one of the debtors and another                     ☐ Disputed
■ **Check if this claim is for a community**                  **Type of NONPRIORITY unsecured claim:**
debt                                                          ☐ Student loans
**Is the claim subject to offset?**                           ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                             report as priority claims
                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify  *Notice of possible and potential debts owed*

| 4.1 99 | **Davidson Enterprises Inc.** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**3223 Brittan Street**
**Bakersfield, CA 93308**                                     **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.                          **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                               ☐ Contingent
■ Debtor 1 and Debtor 2 only                                  ☐ Unliquidated
☐ At least one of the debtors and another                     ☐ Disputed
■ **Check if this claim is for a community**                  **Type of NONPRIORITY unsecured claim:**
debt                                                          ☐ Student loans
**Is the claim subject to offset?**                           ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                             report as priority claims
                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify  *Notice of possible and potential debts owed*

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.2 00 | **Dean Industrial Enterprises** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2525 South East Ave.**
**Fresno, CA 93706**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.2 01 | **Dean Writter** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**505 W Main Str.**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.2 02 | **Delray Tire & Ret/Fresno** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2544 S Cherry Ave**
**Fresno, CA 93706**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

| 4.2 03 | **Delta Supply and Equipment** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**1730 E Main Street**
**Bakersfield, CA 93384**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.2 04 | **Depart of the Treasury** | Last 4 digits of account number | **5819** | $12,766.00 |

Nonpriority Creditor's Name
**Interal Revenue Service**
**ACS Support- Stop 813G**
**PO Box 145566**
**Cincinnati, OH 45250**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **taxes owed for the year 2013**

---

| 4.2 05 | **Department of Industrial Relations** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**Cashier Accounting (PV)**
**PO Box 420603**
**San Francisco, CA 94142-0603**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.2 06 | **Department of Motor Vehicles** | | Last 4 digits of account number _____ | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Motor Carrier MS:G875**
**PO Box 932370**
**Sacramento, CA 94297**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

---

| 4.2 07 | **Department of Motor Vehicles** | | Last 4 digits of account number _____ | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 942897**
**Sacramento, CA 94297**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

---

| 4.2 08 | **Department of the Treasury of Service** | | Last 4 digits of account number _____ | | **$22,279.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ACS Support- Stop 813G**
**PO Box 145566**
**Cincinnati, OH 45250-5566**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***taxes owed for the year of 2015***

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.2 09**

**Dept of Motor Vehicles**
Nonpriority Creditor's Name
**PO Box 8253339**
**Sacramento, CA 94232-5339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 10**

**Deptartment Store National Bank/Macy's**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**9111 Duke Boulevard**
**Mason, OH 45040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **9100**     **$0.00**

When was the debt incurred?   **Opened 1/11/13 Last Active 10/06/13**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 11**

**DFAS-DGG-CL**
Nonpriority Creditor's Name
**Garnishment Operations**
**PO Box 998002**
**Cleveland, OH 44199-8002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice for possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)    **19-14644-A-7**

---

**4.2 12**

**Discover Financial**
Nonpriority Creditor's Name

**Pob 15316**
**Wilmington, DE 19850**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0243**                    **$10,211.00**

When was the debt incurred?    **Opened 11/17  Last Active 5/01/18**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Credit card purchases*

---

**4.2 13**

**Dix Machine Shop, Inc.**
Nonpriority Creditor's Name

**1639 S Roeben Rd.**
**Visalia, CA 93277**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                    **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

**4.2 14**

**Don Rose Oil Company**
Nonpriority Creditor's Name

**205 N Ben Maddox Way**
**Visalia, CA 93292**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                    **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*
*Don Rose Profit Sharing*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

---

| 4.2<br>15 | **Dooley, Herr, Peltzer & Richardson, LLP** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**100 Willow Plaza Ste 300**
**Visalia, CA 93291**
Number Street City State Zip Code

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

| 4.2<br>16 | **Dortha Bensaon** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**31932 Rd 60**
**Visalia, CA 93291**
Number Street City State Zip Code

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

| 4.2<br>17 | **Douglass Screen Printing** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**2710 New Tampa HWY**
**Lakeland, FL 33815-3463**
Number Street City State Zip Code

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   *Donald Duane Rose*
Debtor 2   *Janice Marie Rose*                    Case number (*if known*)   *19-14644-A-7*

| 4.2 18 | **Downey Brand, LLP** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
*Jaime P Dreher, Esq*
*621 Capitol Mall. 18th Floor*
*Lakeland, FL 33815*
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.2 19 | **DTN Corp.** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
*Attn Dtnergy*
*9110 W Dodge-Suite 200*
*Omaha, NE 68114-3316*
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.2 20 | **Duane Morris-Suite 200** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
*30 S. 17th Street*
*Philadelphia, PA 19103*
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**

Case number (if known) **19-14644-A-7**

---

**4.2 21**

**Dunn's Sand Inc**
Nonpriority Creditor's Name
**DBA Dunn's Inc.**
**33 N Ben Maddox Way**
**Visalia, CA 93292**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 22**

**Eagle Energy Inc.**
Nonpriority Creditor's Name
**PO box 825**
**Santa Margarita, CA 93453**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 23**

**East Bay Tire Co**
Nonpriority Creditor's Name
**2200 Hunington Dr. Unit C**
**Fairfield, CA 94533**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.2 24 | **Echosat** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**250 W main Street**
**Suite 3100**
**Lexington, KY 40507-1700**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.2 25 | **EFS, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 151068**
**Ogden, UT 84415**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.2 26 | **El Monte Gas** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 57**
**Sultana, CA 93666**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Notice of possible and potential debts owed**

---

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number *(if known)* | *19-14644-A-7* |

---

**4.2 27**

**Empire Funding**

Nonpriority Creditor's Name

**Jason Gang, Esq.**
**1245 Hewlett Plaza #478**
**Hewlett, NY 11557**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.2 28**

**Empire Supply Co, Inc.**

Nonpriority Creditor's Name

**616 E Race Ave.**
**Visalia, CA 93292-3838**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1 ***Donald Duane Rose***
Debtor 2 ***Janice Marie Rose***
Case number (if known) ***19-14644-A-7***

4.2 29

***Employment Development Department***
Nonpriority Creditor's Name
***Bankruptcy Special Procedures Group***
***PO BOX 826880 MIC 92E***
***Sacramento, CA 94280***
Number Street City State Zip Code

**Last 4 digits of account number** ***$0.00***

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify ***Notice for any possible and potential unemployment compensation overpayments owed***

---

4.2 30

***Enterprise Products Operation***
Nonpriority Creditor's Name
***PO Box 972866***
***Dallas, TX 75397-2866***
Number Street City State Zip Code

**Last 4 digits of account number** ***$0.00***

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify ***Notice of possible and potential debts owed***

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

---

| 4.2 31 | **Enterprise Rent A Car** | Last 4 digits of account number | _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn Accts Receivables**
**2222 S Dobson Rd Ste 502**
**Mesa, AZ 85202-6481**          **When was the debt incurred?** _____

Number Street City State Zip Code
                                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only
                                    ☐ Contingent
☐ Debtor 2 only
                                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only
                                    ☐ Disputed
☐ At least one of the debtors and another
                                    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    ***Notice of possible and potential debts***
                                                       ***owed***

---

| 4.2 32 | **Enterprise Transportation Co** | Last 4 digits of account number | _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 972863**
**Dallas, TX 75397-2863**          **When was the debt incurred?** _____

Number Street City State Zip Code
                                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only
                                    ☐ Contingent
☐ Debtor 2 only
                                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only
                                    ☐ Disputed
☐ At least one of the debtors and another
                                    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    ***Notice of possible and potential debts***
                                                       ***owed***

---

| 4.2 33 | **Equifax Credit Information Services, Inc** | Last 4 digits of account number | _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 740256**
**Atlanta, GA 30374**          **When was the debt incurred?** _____

Number Street City State Zip Code
                                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only
                                    ☐ Contingent
☐ Debtor 2 only
                                    ☐ Unliquidated
■ Debtor 1 and Debtor 2 only
                                    ☐ Disputed
☐ At least one of the debtors and another
                                    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    ***Notice purposes only***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                    Case number (if known)    **19-14644-A-7**

| 4.2 34 | **Ernest Packaging Solutions** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2825 S Elm Ave. #103**
**Fresno, CA 93706-5460**                    When was the debt incurred?
Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                      ☐ Contingent
■ Debtor 1 and Debtor 2 only                         ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed
                                                      Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community             ☐ Student loans
debt
Is the claim subject to offset?                      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                      ■ Other. Specify    **Notice of possible and potential debts**
☐ Yes                                                                     **owed**

| 4.2 35 | **Ethos Geological, inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7 Annette Park Drive**
**Bozeman, MT 59715**                                When was the debt incurred?
Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                      ☐ Contingent
■ Debtor 1 and Debtor 2 only                         ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed
                                                      Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community             ☐ Student loans
debt
Is the claim subject to offset?                      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                      ■ Other. Specify    **Notice of possible and potential debts**
☐ Yes                                                                     **owed**

| 4.2 36 | **Euler Hermes North American Insurance** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**800 Red Brook Blvd.**
**Owings Mills, MD 21117-1008**                      When was the debt incurred?
Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                      ☐ Contingent
■ Debtor 1 and Debtor 2 only                         ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed
                                                      Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community             ☐ Student loans
debt
Is the claim subject to offset?                      ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                      ■ Other. Specify    **Notice of possible and potential debts**
☐ Yes                                                                     **owed**

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (*if known*) | **19-14644-A-7** |

---

| 4.2 37 | *Experian* | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 9554**
**Allen, TX 75013**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  *Notice purposes only.*

---

| 4.2 38 | *Falcon Fuels* | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 347**
**Paramount, CA 90723**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  *Notice of possible and potential debts owed*

---

| 4.2 39 | *Fastenal Company* | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1266**
**Winona, MN 55987-1286**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.2 40 | **Faunus Group International Inc.** | | |

Nonpriority Creditor's Name
**80 Broad Street 22nd Floor**
**New York, NY 10004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.2 41 | **FC&A** | | |

Nonpriority Creditor's Name
**PO Box 2062**
**Peachtree City, GA 30269-0062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.2 42 | **Federal Express Corp** | | |

Nonpriority Creditor's Name
**PO Box 7221**
**Pasadena, CA 91109-7321**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                    Case number (*if known*)   **19-14644-A-7**

| 4.2 43 | **Finance Scholars Group** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2 Theatre Square Ste 234**
**Orinda, CA 94563**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.2 44 | **Firestream Worldwide** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**18336 Edison Ave.**
**Chesterfield, MO 63005-3618**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.2 45 | **First Capital** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5320 NW 58th St**
**Oklahoma City, OK 73112-1000**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                        Case number (if known)   **19-14644-A-7**

| 4.2 46 | **First National Capital LLC** | Last 4 digits of account number _____ | _____ | **$0.00** |

Nonpriority Creditor's Name
**1029 HWY 6 North Ste. 650-283**
**Houston, TX 77079**                                When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                                  **owed**

| 4.2 47 | **First USA** | Last 4 digits of account number _____ | _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 50882**
**Henderson, NV 89016-0408**                       When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                                  **owed**

| 4.2 48 | **Fleet Card Fuels, Inc.** | Last 4 digits of account number _____ | _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 81685**
**Bakersfield, CA 93380-1685**                     When was the debt incurred?  _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community          ☐ Student loans
debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   **Notice of possible and potential debts**
☐ Yes                                                                  **owed**

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

**4.2 49** | **FleetPride**

Nonpriority Creditor's Name
**PO Box 847118**
**Dallas, TX 75284-7118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.2 50** | **Flint Hills Resources LP**

Nonpriority Creditor's Name
**FHR Investments, LP**
**4111 E. 37th Street North**
**Wichita, KS 67220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.2 51** | **Fluid Hills Resourses, LP**

Nonpriority Creditor's Name
**FHR Investments, LP**
**4111 E 37th Street North**
**Wichita, KS 67220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.2 52 | **Fluid Lubrication & Chemical Company** | | **$0.00** |

Nonpriority Creditor's Name

**1939 S Van Ness Ave.**
**Fresno, CA 93721**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Credit card purchases*

---

| 4.2 53 | **Flyers Energy LLP** | | **$0.00** |

Nonpriority Creditor's Name

**2360 Lindergh Stre.**
**Auburn, CA 95602**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.2 54 | **Ford Credit** | | **$0.00** |

Nonpriority Creditor's Name

**PO Box 552678**
**Detroit, MI 48255**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.2 55 | **Ford Motor Creddit Company LLC** | Last 4 digits of account number | _____ | _____ | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 62180**
**Colorado Springs, CO 80962**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

■ **Check if this claim is for a community debt**

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.2 56 | **Forstmark Swervices** | Last 4 digits of account number | _____ | _____ | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2977**
**Omaha, NE 68103-2977**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.2 57 | **FPPF Chemical Co., Inc.** | Last 4 digits of account number | _____ | _____ | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**117 West Tupper Street**
**Buffalo, NY 14201**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.2 58 | **Franchise Tax Board** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice for possible and potential non-priority taxes owed*

---

| 4.2 59 | **Franchise Tax Board** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Withholding Services**
**Compliance MS F182**
**PO Box 942867**
**Sacramento, CA 94267-0651**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential taxes owed*

---

| 4.2 60 | **Frank Benson Accounting Corp** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**718 W Center Suite A**
**Visalia, CA 93291**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

<table>
<tr><td>4.2<br>61</td><td><b>Franzen-Hill Corp</b></td><td>Last 4 digits of account number</td><td><b>$0.00</b></td></tr>
</table>

Nonpriority Creditor's Name
**1100 North J Street**
**Tulare, CA 93274**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

<table>
<tr><td>4.2<br>62</td><td><b>Fresno Mobile Radio Inc.</b></td><td>Last 4 digits of account number</td><td><b>$0.00</b></td></tr>
</table>

Nonpriority Creditor's Name
**160 N Broadway Street**
**Fresno, CA 93701-1592**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

<table>
<tr><td>4.2<br>63</td><td><b>Fresno Oxygen</b></td><td>Last 4 digits of account number</td><td><b>$0.00</b></td></tr>
</table>

Nonpriority Creditor's Name
**PO Box 1666**
**Fresno, CA 93717**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (*if known*)   **19-14644-A-7**

---

| 4.2<br>64 | **Fresno T-T Welding** |
|---|---|

Nonpriority Creditor's Name
**2093 E North Ave.**
**Fresno, CA 93725**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.2<br>65 | **Fresno Tank Repair Inc.** |
|---|---|

Nonpriority Creditor's Name
**PO Box 1783**
**2695 So. Fourth Street**
**Fresno, CA 93717**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.2<br>66 | **Fresno Truck Center** |
|---|---|

Nonpriority Creditor's Name
**PO Box 398430**
**San Francisco, CA 94139-8430**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                    Case number (if known)   **19-14644-A-7**

---

| 4.2 67 | **G& H Diesel Service** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**3304 E  Malaga Ave.**
**Fresno, CA 93725**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.2 68 | **Gary A Goldstein** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**1710 Lands Ends Road**
**Lake Worth, FL 33462**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.2 69 | **Gault Group LLC** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**21715 N 92nd Ave.**
**Peoria, AZ 85382**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**　　　　　　　　　Case number (if known)　**19-14644-A-7**

| | | |
|---|---|---|
| **4.2 70** | **General Graphic Systems, Inc** | **Last 4 digits of account number** _____　　　　**$0.00** |

Nonpriority Creditor's Name
**110 East Turner Ave**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| | | |
|---|---|---|
| **4.2 71** | **George McCann School** | **Last 4 digits of account number** _____　　　　**$0.00** |

Nonpriority Creditor's Name
**200 E Race Ave.**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| | | |
|---|---|---|
| **4.2 72** | **Gettler-Ryan Inc.** | **Last 4 digits of account number** _____　　　　**$0.00** |

Nonpriority Creditor's Name
**6747 Sierra Court Suite J**
**Dublin, CA 94568-2611**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (*if known*)　**19-14644-A-7**

---

| 4.2 73 | | |
|---|---|---|

**GHX Industrial LLC**
Nonpriority Creditor's Name

Last 4 digits of account number _____　　　**$0.00**

**Dept 207**
**PO Box 4346**
**Houston, TX 77210**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

---

| 4.2 74 | | |
|---|---|---|

**Giant Automotive Group**
Nonpriority Creditor's Name

Last 4 digits of account number _____　　　**$0.00**

**1001 S Ben Maddox Way**
**PO Box 2576**
**Visalia, CA 93279**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

---

| 4.2 75 | | |
|---|---|---|

**Giant Automotive Group**
Nonpriority Creditor's Name

Last 4 digits of account number _____　　　**$0.00**

**1001 S Ben Maddox Way**
**PO Box 2576**
**Visalia, CA 93279-2576**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.2 76**

**Gibbs IdealLease**

Nonpriority Creditor's Name

**PO Box748062**
**Los Angeles, CA 90074**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.2 77**

**Gibbs International Inc**

Nonpriority Creditor's Name

**PO Box 748062**
**Los Angeles, CA 90074**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.2 78**

**Gifford's Market, Inc.**

Nonpriority Creditor's Name

**35637 HWY 190**
**Springville, CA 93265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**

Case number (if known) **19-14644-A-7**

---

**4.2 79**

**Gifford's Market Inc.**
Nonpriority Creditor's Name
**Attn: Al Hirani**
**35637 Highway 90**
**Springville, CA 93265**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 80**

**Glen Batdorf**
Nonpriority Creditor's Name
**2326 E. School St.**
**Visalia, CA 93292**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 81**

**Glenn Burdette**
Nonpriority Creditor's Name
**1150 Palm Street**
**Charlotte, NC 28290-5713**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.2 82 | **Global Equipment Company** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX  905713**
**Charlotte, NC 28290-5713**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.2 83 | **Globe Distributors** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**559 #4 Campbell Tech PKWY**
**Campbell, CA 95008**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.2 84 | **Golden State Distriibutors** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1720 22nd Street**
**Santa Monica, CA 90404**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

**4.2 85**

**Goodyear Commercial Tires**

Nonpriority Creditor's Name

**7041 Ave. 304**
**Visalia, CA 93291-9479**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

**4.2 86**

**Goodyear- Goodguys Tire Center**

Nonpriority Creditor's Name

**2478 S Goldenstate Blvd.**
**Fresno, CA 93706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

**4.2 87**

**Grant's A/C & Heating Inc.**

Nonpriority Creditor's Name

**750 E Race**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

| 4.2 88 | **Graphic Technology, Inc. GTI** |
|---|---|

Last 4 digits of account number _____                          $0.00

Nonpriority Creditor's Name
**PO Box 410211**
**Kansas City, MO 64141**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

**Is the claim subject to offset?**
■ No
☐ Yes

| 4.2 89 | **Graylift** |
|---|---|

Last 4 digits of account number _____                          $0.00

Nonpriority Creditor's Name
**PO Box 2808**
**Fresno, CA 93745**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

**Is the claim subject to offset?**
■ No
☐ Yes

| 4.2 90 | **Greg's Petroleum Service** |
|---|---|

Last 4 digits of account number _____                          $0.00

Nonpriority Creditor's Name
**PO Box2808**
**Fresno, CA 93745**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**

Case number (if known) **19-14644-A-7**

---

**4.2 91**

**Grissom-Wallace Comm Inc.**
Nonpriority Creditor's Name
**1074 E Walnut Ave**
**Tulare, CA 93274**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 92**

**Gross & Stevens**
Nonpriority Creditor's Name
**11221 E Acequia Ave.**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.2 93**

**Gubler, Koch, Degn & Gomez LLP**
Nonpriority Creditor's Name
**Attorneys at Law**
**1110 N Chinowth Street**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.2 94 | **Hall Distributting Co.,Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2645 S. Cherry Ave**
**Fresno, CA 93706**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 95 | **Hamilton Ranches, Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**31881 Rd. 160**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.2 96 | **Hank Vanheeringen** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**33801 Road 124**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.2 97 | **Hankook Tire America Corp.** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 403172**
**Atlanta, GA 30384-3172**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _**Notice of possible and potential debts owed**_

---

| 4.2 98 | **Happy Rock Merchant Solutions** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**149 West 36th Street 12th Floor**
**New York, NY 10018**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _**Notice of possible and potential debts owed**_

---

| 4.2 99 | **Happy Rock Merchant Solutions LLC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**c/o Hagop T Bedoyan**
**526 N Palm Ave., 201**
**Fresno, CA 93704**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   _**Notice of possible and potential debts owed**_

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**
_____

Case number (if known)   **19-14644-A-7**

---

| 4.3 00 | **Happy Trails Riding Academy** | | |

Nonpriority Creditor's Name

**PO Box 572**
**Visalia, CA 93279**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 01 | **Harbor Freight Tools** | | |

Nonpriority Creditor's Name

**1835 S Mooney Blvd.**
**Visalia, CA 93277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 02 | **Harris Exploration Drilling** | | |

Nonpriority Creditor's Name

**PO Box 81805**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number (if known) | *19-14644-A-7* |

---

<table>
<tr><td>4.3<br>03</td><td colspan="4"><b><i>Health &amp; Human Services Agency</i></b></td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____　　*$0.00* |
| *Publlic Social Services-Billing* | |
| *5957 South Mooney Blvd.* | **When was the debt incurred?** _____ |
| *Visalia, CA 93277* | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify　*Notice of possible and potential debts owed* |
| ☐ Yes | |

---

<table>
<tr><td>4.3<br>04</td><td colspan="4"><b><i>Hellenic Petroleum, LLC</i></b></td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____　　*$0.00* |
| *9858 Glades Road Suite 219* | |
| *Boca Raton, FL 33434* | **When was the debt incurred?** _____ |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | ☐ Contingent |
| ■ Debtor 1 and Debtor 2 only | ☐ Unliquidated |
| ☐ At least one of the debtors and another | ☐ Disputed |
| ■ **Check if this claim is for a community debt** | **Type of NONPRIORITY unsecured claim:** |
| | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| | *Notice of possible and potential debts owed* |
| | *Capital Trade Finsnce LLC* |
| | *Kodiak Mining & Minerals* |
| | *XO Trading Inc.* |
| ☐ Yes | ■ Other. Specify　*Consolidated Resources Inc.* |

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (*if known*) | **19-14644-A-7** |

---

| 4.3 05 | **Hemar, Rousso & Heald LLP** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**15910 Ventura Blvd., 12th Floor**
**Encino, CA 91436**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 06 | **Hilco Valuation Services LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Att: Jason Frank**
**5 Revere Drive**
**Northbrook, IL 60062-1566**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 07 | **Hilco Valuation Services, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**25285 Network Place**
**Chicago, IL 60673-1238**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.3 08**

**HireRight Solutions Inc.**

Nonpriority Creditor's Name

**23883 Network Place**
**Chicago, IL 60673-1238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 09**

**Hitachi Capital America Corp**

Nonpriority Creditor's Name

**Solomon, Grindle, Lidstad & Wintringer**
**11682 El Camino Real #250**
**San Diego, CA 92130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Notice of possible and potential debts owed*

---

**4.3 10**

**Hitachi Capital America Corp.**

Nonpriority Creditor's Name

**21925 Network PLace**
**Norwalk, CT 06854**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.3 11 | **Howard's Pest Control Corp** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1370 N Abby**
**Fresno, CA 93703-3644**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 12 | **Hurricane Products** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**A Kli Company**
**24899 Avenue**
**Valencia, CA 91355**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 13 | **Hurricane Products A Kli Company** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**24899 Ave. Rockefeller**
**Pasadena, CA 91189-0145**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.3 14 | **ICI Paints - Wilshire** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**PO Box 100145**
**Pasadena, CA 91185**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.3 15 | **ICW Group** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**PO Box 85563**
**San Diego, CA 92186-5563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.3 16 | **IDEA Printing & Graphics** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**1921 E Main Street**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.3 17 | **Idemitsu Apollo Corporatiion** | **Last 4 digits of account number**   **4739** | **$0.00** |

Nonpriority Creditor's Name
**a New York Corporation
c/n Downey Brand LLP
621 Capitaol Mall 18th Floor
Sacramento, CA 95814-4731**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 18 | **Industrial Container Service** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 2067
Montebello, CA 90640**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 19 | **Internal Revenue Service** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice for possible and potential non-priority taxes owed*

---

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number (if known) | *19-14644-A-7* |

---

**4.3 20**

*International Petro Products Products*

Nonpriority Creditor's Name

*and Additives Co., Inc.*
*7600 Dublin Blvd. Suite 240*
*Dublin, CA 94568*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.3 21**

*Interstate Biling Service*

Nonpriority Creditor's Name

*Vicking Trailer Corp*
*PO Box 2208*
*Decatur, AL 35609*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

**4.3 22**

**Interstate Billing Service, Inc**

Nonpriority Creditor's Name

**Kroger Equipment**
**PO Box 2208**
**Decatur, AL 35609**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.3 23**

**Interstate Billing Service, Inc**

Nonpriority Creditor's Name

**WE.M. Tharp, inc**
**PO Box 2208**
**Decatur, AL 35609**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.3 24**

**Interstate Oil Company**

Nonpriority Creditor's Name

**8221 Alpine Ave.**
**Sacramento, CA 95826**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____      *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                   Case number (if known)    **19-14644-A-7**

---

| 4.3 25 | **IPC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**333 City Blvd., Ste. #650**
**Orange, CA 92868**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 26 | **IPC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**333 City Blvd. , Suite #650**
**Orange, CA 92868**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 27 | **IPC (USA), Inc. 2** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**333 City Blvd., Ste. 650**
**Orange, CA 92868**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**

Case number *(if known)*    **19-14644-A-7**

---

| 4.3 28 | | |
|---|---|---|

**Ironwood Conssulting, Inc.**
Nonpriority Creditor's Name
**PO Box 10068**
**Visalia, CA 93292**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 29 | | |
|---|---|---|

**Ironwood Consulting Inc.**
Nonpriority Creditor's Name
**Law Office of Betty Auton-Beck, PLC**
**300 E State, Ste. 600**
**Redlands, CA 92373**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 30 | | |
|---|---|---|

**J B's Cement & Landscape Supplies**
Nonpriority Creditor's Name
**303 Ben Maddox Way**
**Visalia, CA 93292**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

**4.3 31**

**Jack Benigno Tree Service**
Nonpriority Creditor's Name
**3347 S Akers Road**
**Visalia, CA 93277**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.3 32**

**Jameson Hydro Crane Services**
Nonpriority Creditor's Name
**27452 Road 180**
**Visalia, CA 93292**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.3 33**

**Janco Products, Inc.**
Nonpriority Creditor's Name
**830 E Babcock Court**
**Visalia, CA 93292**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| | |
|---|---|
| Debtor 1  **Donald Duane Rose** | |
| Debtor 2  **Janice Marie Rose** | Case number (*if known*)  **19-14644-A-7** |

---

**4.3 34**

**Jason Castellucci**
Nonpriority Creditor's Name

**2815 S Lovers Lane #E**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.3 35**

**Jason Castellucci**
Nonpriority Creditor's Name

**2815 S Lovers Lane #E**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.3 36**

**Jayson javitz Esq.**
Nonpriority Creditor's Name

**3775 N Freeway #101**
**Sacramento, CA 95834-1959**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                        Case number (if known)    **19-14644-A-7**

| 4.3 37 | **Jeffer Mangels Butler and Mitchell LLP** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**1900 Ave. of he Stars 7th Floor**
**Los Angeles, CA 90067**                                    When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated
☐ At least one of the debtors and another                    ☐ Disputed

■ **Check if this claim is for a community**                 **Type of NONPRIORITY unsecured claim:**
**debt**                                                     ☐ Student loans
**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                             ■ Other. Specify    *Notice of possible and potential debts owed*
☐ Yes

---

| 4.3 38 | **Jenkins Automotive, inc.** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**809 E Center Street**
**Visalia, CA 93292**                                        When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated
☐ At least one of the debtors and another                    ☐ Disputed

■ **Check if this claim is for a community**                 **Type of NONPRIORITY unsecured claim:**
**debt**                                                     ☐ Student loans
**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                        ■ Other. Specify _____

---

| 4.3 39 | **Jensen and Pilegard, Inc.** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**1739 E Terrace Ave.**
**Fresno, CA 93703**                                         When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated
☐ At least one of the debtors and another                    ☐ Disputed

■ **Check if this claim is for a community**                 **Type of NONPRIORITY unsecured claim:**
**debt**                                                     ☐ Student loans
**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                             ■ Other. Specify    *Notice of possible and potential debts owed*
☐ Yes

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

<table>
<tr><td>4.3<br>40</td><td colspan="2"><b>JMBM</b></td></tr>
</table>

Nonpriority Creditor's Name
**1801 W Olympic Blvd.**
**Pasadena, CA 91199-1263**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     ***Notice of possible and potential debts owed***

---

<table>
<tr><td>4.3<br>41</td><td colspan="2"><b>Joe Russell Farms</b></td></tr>
</table>

Nonpriority Creditor's Name
**13603 Ave. 932**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     ***Notice of possible and potential debts owed***

---

<table>
<tr><td>4.3<br>42</td><td colspan="2"><b>John Cardinal Parks</b></td></tr>
</table>

Nonpriority Creditor's Name
**1700 Lincoln St. #4000**
**Denver, CO 80203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     ***Notice of possible and potential debts owed***

---

| Debtor 1 | **Donald Duane Rose** |
|----------|------------------------|
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)    **19-14644-A-7**

---

**4.3 43**

**John Castellucci**
Nonpriority Creditor's Name
**5740 Kanan Dume Rd**
**Malibu, CA 90265**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.3 44**

**John Castelluci**
Nonpriority Creditor's Name
**5740 Kanan Dume Rd**
**Malibu, CA 90265**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.3 45**

**John Delellis Castellucci**
Nonpriority Creditor's Name
**5740 Kanan Dume Road**
**Malibu, CA 90265**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.3 46 | **John Graham** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

*c/o John A Graham*
*1900 Ave. of the Stars 7th Floor*
*Los Angeles, CA 90067-4308*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 47 | **John Kim** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

*535 Anton Blvd. 10th Floor*
*Costa Mesa, CA 92626*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.3 48 | **Johnson & Thomas** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

*PO Box 892*
*Visalia, CA 93279*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.3 49**

**Johnstone Supply**
Nonpriority Creditor's Name
**of Bakersfield**
**2319 Western Ave.**
**Las Vegas, NV 89102**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.3 50**

**Johnstone Supply Fresno**
Nonpriority Creditor's Name
**5658 E Clinton Ave**
**Fresno, CA 93727**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.3 51**

**Jorgensen Company**
Nonpriority Creditor's Name
**PO Box 398655**
**San Francisco, CA 94139-8655**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**　　　　　　　　　Case number (*if known*)　**19-14644-A-7**

---

| 4.3 52 | | |
|---|---|---|

**Joseph A Eisenberg**

Nonpriority Creditor's Name

**Jeffer Mangels Butler and Michell LLP**
**1900 Ave. of the Stars 7 th Floor**
**Los Angeles, CA 90067-4308**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____　　　　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.3 53 | | |
|---|---|---|

**Joseph Rocha**

Nonpriority Creditor's Name

**1433 N Citrus Ct.**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____　　　　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.3 54 | | |
|---|---|---|

**KAMPS Wholesale**

Nonpriority Creditor's Name

**903 W Center St., Ste. #7**
**Manteca, CA 95337**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____　　　　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                              Case number (if known)    **19-14644-A-7**

---

| 4.3 55 | **Kamps Wholesale** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**903 West Center Street**
**Manteca, CA 95337**                                When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                      ☐ Contingent
☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed
■ **Check if this claim is for a  community**         **Type of NONPRIORITY unsecured claim:**
**debt**                                             ☐ Student loans
**Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.3 56 | **Kaweah Lift, Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4227**
**Visalia, CA 93278**                                When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                      ☐ Contingent
☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed
■ **Check if this claim is for a  community**         **Type of NONPRIORITY unsecured claim:**
**debt**                                             ☐ Student loans
**Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.3 57 | **Kelly Pipe** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2827**
**Santa Fe Springs, CA 90670-2827**                  When was the debt incurred?
Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                      ☐ Contingent
■ Debtor 1 and Debtor 2 only                         ☐ Unliquidated
☐ At least one of the debtors and another            ☐ Disputed
■ **Check if this claim is for a  community**         **Type of NONPRIORITY unsecured claim:**
**debt**                                             ☐ Student loans
**Is the claim subject to offset?**                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                          Case number (if known)    **19-14644-A-7**

| 4.3 58 | **Kern County Conatruction, Inc** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 6095**
**Bakersfield, CA 93386**                              **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                  **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                        ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Notice of possible and potential debts owed**

| 4.3 59 | **Kern Oil & Refining Co.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**7724 E Panama Lane**
**Bakersfield, CA 93307-9210**                         **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                  **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                        ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Notice of possible and potential debts owed**

| 4.3 60 | **Keuske Ekectruc** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**2485 S Cherry**
**Fresno, CA 93706**                                   **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.                  **As of the date you file, the claim is:** Check all that apply
☐ Debtor 1 only
☐ Debtor 2 only                                        ☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Notice of possible and potential debts owed**

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.3 61 | **Kevin R Bonsigmore** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**400 Capital Mall 22nd Floor**
**Sacramento, CA 95814-4421**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

☐ Yes

---

| 4.3 62 | **Kinder Morgan Energy Partners** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**4149 S Maple Ave.**
**Fresno, CA 93725**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

☐ Yes

---

| 4.3 63 | **Kings Cash Group** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**The Rubin Law Firm PLLC**
**New York, NY 10004**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

☐ Yes

---

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| Debtor 2 | **Janice Marie Rose** |

Case number (*if known*)  **19-14644-A-7**

---

**4.3 64**

**Kings County Sheriff's Office**

Nonpriority Creditor's Name
**Civil Division**
**144 W. Lacey Blvd.**
**PO BOX 986**
**Hanford, CA 93232**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                   $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice for purposes of halting enforcement of any potential or ongoing wage orders.*

---

**4.3 65**

**Kiva Energy Transport-ca**

Nonpriority Creditor's Name
**1262 Dupont Crt.**
**Manteca, CA 95336**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                   $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

**4.3 66**

**Kjug**

Nonpriority Creditor's Name
**1401 W Caldwell Ave.**
**Visalia, CA 93277**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                   $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                    Case number (if known)  **19-14644-A-7**

| 4.3 67 | **KJUG** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1401 West Caldwell Ave.**
**Visalia, CA 93277**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

| 4.3 68 | **Knoch Tire Co.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**936 N Ben Maddox**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

| 4.3 69 | **Kodiak Mining & Minerals II, LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**7000 W Palmetto Park Road**
**Suite 302**
**Boca Raton, FL 33433**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.3 70 | **Kohls/Capital One** | Last 4 digits of account number   **8702** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Credit Administrator**
**Po Box 3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/07  Last Active 5/29/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 71 | **KOI "N" Country** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**27037 S Mooney Blvd.**
**Visalia, CA 93277**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.3 72 | **Kroonenberg Crane Service Inc.** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**30497 N Highway 99**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| | |
|---|---|
| Debtor 1 **Donald Duane Rose** | |
| Debtor 2 **Janice Marie Rose** | Case number (if known) **19-14644-A-7** |

---

<table>
<tr><td>4.3 73</td><td colspan="2">

**L A Data Systems, LLC**
_____
Nonpriority Creditor's Name
**2828 Cochran St. #309**
**Simi Valley, CA 93065**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes
</td>
<td>

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**
</td></tr>
</table>

---

<table>
<tr><td>4.3 74</td><td colspan="2">

**LC Services**
_____
Nonpriority Creditor's Name
**Petroleum Maintenance**
**3887 N Valentine**
**Fresno, CA 93722**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes
</td>
<td>

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**
</td></tr>
</table>

---

<table>
<tr><td>4.3 75</td><td colspan="2">

**Lebeau-Thelen, LLP**
_____
Nonpriority Creditor's Name
**5001 E. Commercenter Dr.**
**Suite #300**
**Bakersfield, CA 93309**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes
</td>
<td>

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**
</td></tr>
</table>

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                          Case number (if known)  **19-14644-A-7**

---

| 4.3 76 | **Lee Financial Services** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 398424**
**San Francisco, CA 94139-8424**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.3 77 | **Lee Financial Services** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2727 E Central**
**  CA 93782-5242**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.3 78 | **Lee's Service** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**5829 N Golden State Blvd.**
**Fresno, CA 93722**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.3 79**

**Leisle Electric**

Nonpriority Creditor's Name

**2485 S. Cherry**
**Fresno, CA 93706**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____ **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 80**

**Levinson Arshonsky Kurtz**

Nonpriority Creditor's Name

**Scott H Siegel**
**15303 Ventura Blvd. Suite 1650**
**Sherman Oaks, CA 91403-6620**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____ **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Notice of possible and potential debts owed*

---

**4.3 81**

**LMI Engineering LLC**

Nonpriority Creditor's Name

**PO Box 54977**
**Los Angeles, CA 90054-0977**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____ **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

---

| 4.3 82 | **Lorensen Propane, Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2658 E. Pacheco Hwy**
**Los Banos, CA 93635-9524**
Number Street City State Zip Code          When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only                              As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only                 ☐ Contingent

☐ At least one of the debtors and another    ☐ Unliquidated
                                             ☐ Disputed
■ Check if this claim is for a  community     Type of NONPRIORITY unsecured claim:
debt
                                             ☐ Student loans
Is the claim subject to offset?
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims

                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify _____

---

| 4.3 83 | **Lovee D Sarenas** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**622 W 5th St. #4000**
**Los Angeles, CA 90071**
Number Street City State Zip Code          When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only                              As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only                 ☐ Contingent

☐ At least one of the debtors and another    ☐ Unliquidated
                                             ☐ Disputed
■ Check if this claim is for a  community     Type of NONPRIORITY unsecured claim:
debt
                                             ☐ Student loans
Is the claim subject to offset?
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims

                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify   *Notice of possible and potential debts*
                                                                *owed*

---

| 4.3 84 | **Lubercating Specialties Co.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 31001-0858**
**Pasadena, CA 91110-0858**
Number Street City State Zip Code          When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only                              As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only                 ☐ Contingent

☐ At least one of the debtors and another    ☐ Unliquidated
                                             ☐ Disputed
■ Check if this claim is for a  community     Type of NONPRIORITY unsecured claim:
debt
                                             ☐ Student loans
Is the claim subject to offset?
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                           report as priority claims

                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify   *Notice of possible and potential debts*
                                                                *owed*

---

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| Debtor 2 | **Janice Marie Rose** |

Case number (*if known*)    **19-14644-A-7**

---

**4.3 85**

**Mack Financial Services**
Nonpriority Creditor's Name
**a division of VFS U**
**PO Box 26131**
**Greensboro, NC 27402-6131**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.3 86**

**Marietta M. Gray**
Nonpriority Creditor's Name
**Property Management**
**P.O. Box 301**
**Exeter, CA 93221**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 87**

**Mark R Suflita**
Nonpriority Creditor's Name
**1286 Santa Cruz Ave**
**Tulare, CA 93274-7908**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.3 88 | **Mark's Upholstery/Auto Detail** | Last 4 digits of account number | _____ | *$0.00* |
|---|---|---|---|---|

Nonpriority Creditor's Name
**810-A E. Center Ave**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 89 | **Marshall Gas Control** | Last 4 digits of account number | _____ | *$0.00* |
|---|---|---|---|---|

Nonpriority Creditor's Name
**DIV of S H Leggitt Co**
**1000 Civic Center Dr**
**San Marcos, TX 78666**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 90 | **Mass Mutual Ins.** | Last 4 digits of account number | _____ | *$0.00* |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Rudy E Facciani Co, Ins.**
**P.O. Box 4267**
**Fresno, CA 93744-4267**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                    Case number (if known)    **19-14644-A-7**

---

| 4.3 91 | **Massachusetts General Life** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 19439**
**Springfield, IL 62794-9439**          **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
                                             **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community debt**
                                             ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify _____

---

| 4.3 92 | **Matthew F. Bahr** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Attorney at Law**
**P.O. Box 6848**                            **When was the debt incurred?** _____
**Visalia, CA 93292-6848**
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
                                             **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community debt**
                                             ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify _____

---

| 4.3 93 | **McAlister's Automotive** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**822 N. Ben Maddox Way**
**Visalia, CA 93292**                        **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
                                             **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community debt**
                                             ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Yes                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify _____

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

<table>
<tr>
<td>4.3<br>94</td>
<td colspan="2">

**McCarty Equipment Co.. LTD**

Nonpriority Creditor's Name

**Dept 207**
**P.O. Box 4346**
**Houston, TX 77210-4346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

</td>
<td colspan="2">

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

</td>
</tr>
</table>

---

<table>
<tr>
<td>4.3<br>95</td>
<td colspan="2">

**McCoy's Truck Tire Service**

Nonpriority Creditor's Name

**1407 Lone Palm Ave**
**Modesto, CA 95351**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

</td>
<td colspan="2">

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

</td>
</tr>
</table>

---

<table>
<tr>
<td>4.3<br>96</td>
<td colspan="2">

**MCI**

Nonpriority Creditor's Name

**P.O. Box 371838**
**Pittsburgh, PA 15250-7838**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

</td>
<td colspan="2">

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

</td>
</tr>
</table>

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

<table>
<tr><td>4.3<br>97</td><td colspan="2"><b><i>MCI Residental Service</i></b></td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____     *$0.00* |
| **MCI Small Business Service** | |
| **P.O. Box 9644** | **When was the debt incurred?** _____ |
| **Mission Hills, CA 91346-9644** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify _____ |
| ☐ Yes | |

---

<table>
<tr><td>4.3<br>98</td><td colspan="2"><b><i>MEA Capital Holdings Inc.</i></b></td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____     *$0.00* |
| **Matthew E Avruch** | |
| **5823 Cardoza Drive** | **When was the debt incurred?** _____ |
| **Thousand Oaks, CA 91362** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify *Notice of possible and potential debts owed* |
| ☐ Yes | |

---

<table>
<tr><td>4.3<br>99</td><td colspan="2"><b><i>Medallion Supply Inc</i></b></td></tr>
</table>

| | |
|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number** _____     *$0.00* |
| **PO Box 980246** | |
| **West Sacramento, CA 95798-0246** | **When was the debt incurred?** _____ |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ **Check if this claim is for a community debt** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify *Notice of possible and potential debts owed* |
| ☐ Yes | |

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                    Case number *(if known)*  **19-14644-A-7**

---

| 4.4 00 | **Meeder EQ Ramsom MFG** | Last 4 digits of account number _____ _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 12446**
**Fresno, CA 93777-2446**                    **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

■ **Check if this claim is for a community      Type of NONPRIORITY unsecured claim:**
debt                                          ☐ Student loans
**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  *Notice of possible and potential debts owed*

---

| 4.4 01 | **Mercedes-Benz Financial Ser. USA LLC** | Last 4 digits of account number _____ _____ | $0.00 |

Nonpriority Creditor's Name
**c/o Cooksey, Toolen, Gage, Duffy & Wong**
**535 Anton Blvd 10th Floor**                 **When was the debt incurred?** _____
**Costa Mesa, CA 92626-1947**
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

■ **Check if this claim is for a community      Type of NONPRIORITY unsecured claim:**
debt                                          ☐ Student loans
**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  *Notice of possible and potential debts owed*

---

| 4.4 02 | **Merricmac Energey Group** | Last 4 digits of account number _____ _____ | $0.00 |

Nonpriority Creditor's Name
**1240 E. Wardlow Rd**
**Long Beach, CA 90807**                      **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

■ **Check if this claim is for a community      Type of NONPRIORITY unsecured claim:**
debt                                          ☐ Student loans
**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify  _____

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.4 03**

**Michael L Wil helm**

Nonpriority Creditor's Name

**205 E River Perk Circle**
**Fresno, CA 93720-1572**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     ***Notice of possible and potential debts owed***

---

**4.4 04**

**Michael W. Todd, D.C.**

Nonpriority Creditor's Name

**2037 East Noble Ave**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 05**

**Midwest Hose & Specialty, Inc.**

Nonpriority Creditor's Name

**P.O. BOX 96558**
**Oklahoma City, OK 73143-6558**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                          Case number (if known)   **19-14644-A-7**

| 4.4 06 | **Midwest Meter Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 376**
**Hampton, IA 50441**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 07 | **Midwest Pump & Meter Co. Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2000 S Broadway**
**Saint Louis, MO 63104**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 08 | **Miller's Automotive** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1510 E. Main St. Ste A**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.4 09**  **Mills Electric**

Nonpriority Creditor's Name

**14911 Ave. 280**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4 10**  **ModuLar Space Corporation**

Nonpriority Creditor's Name

**ModSpace Attn: L Farell**
**1200 Swedesford Rd.**
**Berwyn, PA 19312-1172**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.4 11**  **Monica Carballo**

Nonpriority Creditor's Name

**11513 Zancara Dr**
**Bakersfield, CA 93311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.4 12 | **Monumental Life Insurance Co.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 961019**
**Fort Worth, TX 76161-0019**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.4 13 | **Morgan Stanley** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**520 W. Main Street**
**Visalia, CA 93291-9912**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.4 14 | **Mosier Bros** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 577**
**Woodlake, CA 93286-0577**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                                 Case number (if known)  **19-14644-A-7**

---

| 4.4 15 | **MPC FuelMARC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1121 E Missouri Ave., Suite 115**
**Phoenix, AZ 85014-2709**           When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
■ Debtor 1 and Debtor 2 only               ☐ Unliquidated
☐ At least one of the debtors and another  ☐ Disputed

■ **Check if this claim is for a community**   Type of NONPRIORITY unsecured claim:
**debt**                                    ☐ Student loans

Is the claim subject to offset?            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                           report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   *Notice of possible and potential debts*
                                                               *owed*

---

| 4.4 16 | **MRM Capital Holdings & Investments Inc** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5823 Cardoza Dr**
**Thousand Oaks, CA 91362-4107**       When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
■ Debtor 1 and Debtor 2 only               ☐ Unliquidated
☐ At least one of the debtors and another  ☐ Disputed

■ **Check if this claim is for a community**   Type of NONPRIORITY unsecured claim:
**debt**                                    ☐ Student loans

Is the claim subject to offset?            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                           report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   *Notice of possible and potential debts*
                                                               *owed*

---

| 4.4 17 | **Musket Corporation** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 62610**
**Oklahoma City, OK 73126**            When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.           As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                            ☐ Contingent
■ Debtor 1 and Debtor 2 only               ☐ Unliquidated
☐ At least one of the debtors and another  ☐ Disputed

■ **Check if this claim is for a community**   Type of NONPRIORITY unsecured claim:
**debt**                                    ☐ Student loans

Is the claim subject to offset?            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                           report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify _____

---

| Debtor 1 | **Donald Duane Rose** |
|----------|----------------------|
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)    **19-14644-A-7**

---

**4.4**
**18**

**Napa Auto Parts**
Nonpriority Creditor's Name
**File 56893**
**Los Angeles, CA 90074-6893**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.4**
**19**

**National Motor Freight Traffic**
Nonpriority Creditor's Name
**1001 N Fairgax**
**Alexandria, VA 22314-1798**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.4**
**20**

**National Pen**
Nonpriority Creditor's Name
**P.O. Box 847203**
**Dallas, TX 75284-7203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.4 21 | **National Spencer Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 57**
**Wichita, KS 67201-0057**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4 22 | **National Tire Warehouse** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 277612**
**Atlanta, GA 30384-7612**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4 23 | **Nations Fund 1 LLC** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**501 Merritt Seven 6th Floor**
**Norwalk, CT 06851-7002**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.4 24 | **Nations Fund I, LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Russell W Reynolds, Esq.**
**Coleman & Horowitt LLP**
**499 West Shaw, Suite 116**
**Fresno, CA 93704**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

| 4.4 25 | **NCS** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 24101**
**Cleveland, OH 44124**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.4 26 | **New Pig Corporation** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**One Pork Ave.**
**Tipton, PA 16684-0304**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (*if known*)   **19-14644-A-7**

| 4.4 27 | **New West Petroleum Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**Drept. 3384**
**PO box 39000**
**San Francisco, CA 94139-0840**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.4 28 | **New York Life Insurance** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**and Annuity Corporation**
**75 Remittance Dr., Ste 3021**
**Chicago, IL 60675**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.4 29 | **Nextel Communications** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 54977**
**Los Angeles, CA 90054-0977**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** |
|----------|----------------------|
| Debtor 2 | **Janice Marie Rose** |

Case number (if known)    **19-14644-A-7**

---

**4.4 30**

**NGL Crude Logistics LLC**

Nonpriority Creditor's Name

**6120 South Yale Ave., Suite 805**
**Tulsa, OK 74136**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

**4.4 31**

**NGL Marketing Accounting**

Nonpriority Creditor's Name

**PO Box 745785**
**Los Angeles, CA 90074**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

**4.4 32**

**North American Lubricants, Co.**

Nonpriority Creditor's Name

**7337 E Doubletree Ranch Road, Suite 180**
**Scottsdale, AZ 85258**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                      Case number (*if known*)   **19-14644-A-7**

---

| 4.4 33 | **Northwest Pump & Equipment Co.** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**2800 NW 31st Ave.**
**Portland, OR 97210**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4 34 | **O'Reilly Automotive, Inc.** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 9464**
**Springfield, MO 65801-9464**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4 35 | **Occidental Energy  Marketing** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 849129**
**Dallas, TX 75284**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.4 36**

**Office Depot**

Nonpriority Creditor's Name
**PO Box 88040**
**Chicago, IL 60680-1040**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.4 37**

**Office Source 360**

Nonpriority Creditor's Name
**1321 E Marinette Avre**
**Exeter, CA 93221**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.4 38**

**Office Team**

Nonpriority Creditor's Name
**PO Box 743295**
**Los Angeles, CA 90074-3295**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

| 4.4 39 | **OMNI Agri** |
|---|---|

Nonpriority Creditor's Name
**PO Box 1077**
**Hanford, CA 93230**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

| 4.4 40 | **Onsy Said MD** |
|---|---|

Nonpriority Creditor's Name
**515 W Acequia Ave.**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

| 4.4 41 | **Ontrac** |
|---|---|

Nonpriority Creditor's Name
**PO Box 841664**
**Los Angeles, CA 90081-1664**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.4<br>42 | **OPIS** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 9407**
**Gaithersburg, MD 20898-9407**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4<br>43 | **P S Trading, Inc.** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**AVFuel Corporation**
**PO Box 67000 Dept 135-01**
**Detroit, MI 48267-0135**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4<br>44 | **PACIFIC Employees** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**306 N Willis St**
**Visalia, CA 93291-0506**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

| 4.4<br>45 | **Pacific Legacy Inc** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2641 HWY 4**
**PO Box 6050**
**Arnold, CA 95223**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.4<br>46 | **Pacific Legacy Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**306 N Willis St**
**Visalia, CA 93291**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.4<br>47 | **Pacific Management Services** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1788 N Helm Ave. Ste 112**
**Brownsville, OR 97327**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.4 48**

**Pacific Pride Services Inc.**

Nonpriority Creditor's Name
**PO Box 2099**
**Salem, OR 97308-2099**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.4 49**

**Pacific Pride Services, LLC**

Nonpriority Creditor's Name
**c/o Sean C. Kirk**
**Bone McAllester Norton PLLC**
**511 Union Street, Suite 1600**
**Nashville, TN 37219**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.4 50**

**Pacific Refining Co**

Nonpriority Creditor's Name
**Dept 1065 SCF**
**Pasadena, CA 91050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.4 51 | **Pacific Supplieres Co** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**8541 Lankershim Blvd**
**Sun Valley, CA 91352**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.4 52 | **Pacific Truck Tank Inc.** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7029 Florin-Perkins**
**Sacramento, CA 95828**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.4 53 | **Pamela D Anderson** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**308 N Locust Street**
**Grand Island, NE 68801-5969**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.4 54 | **Pan Pacific Petroleum** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**File 41899**
**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.4 55 | **Paragon Business Service Inc** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**4360 Beltway Place #240**
**Arlington, TX 76018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.4 56 | **Paramounrt Petroleum Corp** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**File 55760**
**Los Angeles, CA 90074-5760**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**

Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.4 57 | **Pat Galvan** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name

**115 Shasta Cove**

**Georgetown, TX 78633**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Notice of possible and potential debts owed*

---

| 4.4 58 | **Paul Oil Co., Inc** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 248**

**Oakdale, CA 95361**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Notice of possible and potential debts owed*

---

| 4.4 59 | **Payment Remittance Center** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 54349**

**Los Angeles, CA 90054-0349**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.4 60 | **Pearl Beta Funding, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**40 Exchange Place 3rd Floor**
**New York, NY 10005**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.4 61 | **Pennymac Loan Services, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 30597**
**Los Angeles, CA 90030-0597**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.4 62 | **People's United Equipment Finance** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**10200 Mallard Creek Road, Suite 200**
**Charlotte, NC 28262**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

| 4.4<br>63 | **People's United Equipment Finance** | |
|---|---|---|
| | Nonpriority Creditor's Name | |

**10715 David Taylor Drive**
**Suite 550 (br10)**
**Charlotte, NC 28262**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.4<br>64 | **People's United Equipment Finance Corp** | |
|---|---|---|
| | Nonpriority Creditor's Name | |

**300 Frank W Burr Blvd., Suite 50**
**Teaneck, NJ 07666**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.4<br>65 | **Pers** | |
|---|---|---|
| | Nonpriority Creditor's Name | |

**PO Box 1560**
**Ogden, UT 84402-1560**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.4 66 | **Personal Computoers of America** | Last 4 digits of account number _____ | _$0.00_ |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 506**
**Visalia, CA 93279**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.4 67 | **Peter Ratican** | Last 4 digits of account number _____ | _$0.00_ |
|---|---|---|---|

Nonpriority Creditor's Name
**The Ratican Group LLC**
**112 S Orange Grove #108**
**Pasadena, CA 91105**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.4 68 | **Petroleum Wholesale Gas Sa;es** | Last 4 digits of account number _____ | _$0.00_ |
|---|---|---|---|

Nonpriority Creditor's Name
**America's Propane**
**PO Box 965**
**Valley Forge, PA 19482-0862**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                   Case number (*if known*)    **19-14644-A-7**

| | | | |
|---|---|---|---|
| **4.4 69** | **Petrosius Construction, Inc** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**1110 N Cain Street**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice of possible and potential debts owed**

---

| | | | |
|---|---|---|---|
| **4.4 70** | **Philladelphia Insurance Companies** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 70251**
**Philadelphia, PA 19176-0251**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice of possible and potential debts owed**

---

| | | | |
|---|---|---|---|
| **4.4 71** | **Pilot Automotive, Inc.** | **Last 4 digits of account number** | **$0.00** |

Nonpriority Creditor's Name
**13000 Temple Ave**
**La Puente, CA 91746**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.4 72 | | |
|---|---|---|

**Pinnacle Petroleum**

Nonpriority Creditor's Name
**7911 Professional Circle**
**Huntington Beach, CA 92648**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.4 73 | | |
|---|---|---|

**Pinnacle Products**

Nonpriority Creditor's Name
**International Inc.**
**668 Stony Hill Rd., Ste. 302**
**Morrisville, PA 19067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.4 74 | | |
|---|---|---|

**Pixley Auto Parts**

Nonpriority Creditor's Name
**& Farm Supply, Inc.**
**PO Box 576**
**Pixley, CA 93256**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.4 75 | **Plains Marketing LLC** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**NW 5116**
**PO Box 1450**
**Minneapolis, MN 55485-5116**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Notice of possible and potential debts owed*

---

| 4.4 76 | **PLIC-SBD Grand Island** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**PO Box 10372**
**Des Moines, IA 50306-0372**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Notice of possible and potential debts owed*

---

| 4.4 77 | **Polution Control Dist.** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**1990 E Gettysburg Ave**
**Fresno, CA 93726-0244**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify *Notice of possible and potential debts owed*

---

Debtor 1　*Donald Duane Rose*
Debtor 2　*Janice Marie Rose*

Case number (*if known*)　**19-14644-A-7**

| | | |
|---|---|---|
| **4.4 78** | *Porterville Recorder* | |

Nonpriority Creditor's Name
*Business Office*
*PO Box 151*
*Porterville, CA 93258*
Number Street City State Zip Code

**Last 4 digits of account number** _____　$0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　*Notice of possible and potential debts owed*

---

| | | |
|---|---|---|
| **4.4 79** | *Preeo Silverman Green & Egle PC* | |

Nonpriority Creditor's Name
*6465 Greenwood Plaza Blvd. Ste. 1025*
*Englewood, CO 80111*
Number Street City State Zip Code

**Last 4 digits of account number** _____　$0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　*Notice of possible and potential debts owed*

---

| | | |
|---|---|---|
| **4.4 80** | *Pro Tow* | |

Nonpriority Creditor's Name
*PO Box 2592*
*Visalia, CA 93279*
Number Street City State Zip Code

**Last 4 digits of account number** _____　$0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　*Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.4 81 | **Propane Equipment Repairs, LLC** | Last 4 digits of account number _____ | _____ | $0.00 |

Nonpriority Creditor's Name
**1211 W Vine Ave**
**Visalia, CA 93291-4000**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4 82 | **PSI Equipment Sales** | Last 4 digits of account number _____ | _____ | $0.00 |

Nonpriority Creditor's Name
**2643 E Church Ave.**
**Fresno, CA 93706-4511**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.4 83 | **Public Health Service HHS** | Last 4 digits of account number _____ | _____ | $0.00 |

Nonpriority Creditor's Name
**Room 4A53 Parklawn Bldg**
**5600 Fishers Ln**
**Rockville, MD 20857**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   ***Notice for possible and potential debts owed.***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

| 4.4<br>84 | **Pudential Overall Supply** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 11210**
**Santa Ana, CA 92711-1210**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    **As of the date you file, the claim is:** Check all that apply
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only                       ☐ Contingent
☐ At least one of the debtors and another          ☐ Unliquidated
                                                   ☐ Disputed
■ **Check if this claim is for a community**       **Type of NONPRIORITY unsecured claim:**
**debt**
**Is the claim subject to offset?**                ☐ Student loans
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify    **Notice of possible and potential debts**
                                                                       **owed**

| 4.4<br>85 | **Quality Muffler** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**8007 E Main Street**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    **As of the date you file, the claim is:** Check all that apply
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only                       ☐ Contingent
☐ At least one of the debtors and another          ☐ Unliquidated
                                                   ☐ Disputed
■ **Check if this claim is for a community**       **Type of NONPRIORITY unsecured claim:**
**debt**
**Is the claim subject to offset?**                ☐ Student loans
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify    **Notice of possible and potential debts**
                                                                       **owed**

| 4.4<br>86 | **Quinn Company** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 849665**
**Los Angeles, CA 90084-9665**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    **As of the date you file, the claim is:** Check all that apply
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only                       ☐ Contingent
☐ At least one of the debtors and another          ☐ Unliquidated
                                                   ☐ Disputed
■ **Check if this claim is for a community**       **Type of NONPRIORITY unsecured claim:**
**debt**
**Is the claim subject to offset?**                ☐ Student loans
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims
                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify    **Notice of possible and potential debts**
                                                                       **owed**

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

| | | |
|---|---|---|
| 4.4 87 | **Qyuality Steel** | Last 4 digits of account number _____ _____ **$0.00** |

Nonpriority Creditor's Name
**PO Box 249**
**Cleveland, MS 38732-0249**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　***Notice of possible and potential debts owed***

| | | |
|---|---|---|
| 4.4 88 | **Ral Company** | Last 4 digits of account number _____ _____ **$0.00** |

Nonpriority Creditor's Name
**144 W Walnut St., Unit A**
**Fullerton, CA 92832**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　***Notice of possible and potential debts owed***

| | | |
|---|---|---|
| 4.4 89 | **Ramos Oil** | Last 4 digits of account number _____ _____ **$0.00** |

Nonpriority Creditor's Name
**PO Box 401**
**West Sacramento, CA 95691-1495**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　***Notice of possible and potential debts owed***

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | | |
| | | Case number (if known) | **19-14644-A-7** |

---

**4.4 90**

**Ramos Oil Company**                                Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**Dept 34335**                                        When was the debt incurred? _____
**PO Box 39000**
**San Francisco, CA 94139**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community**         ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify  ***Notice of possible and potential debts***
☐ Yes                                                                   ***owed***

---

**4.4 91**

**Randye b Soref**                                   Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**2049 Century park East Ste. 2300**                 When was the debt incurred? _____
**Los Angeles, CA 90067-3125**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community**         ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify  ***Notice of possible and potential debts***
☐ Yes                                                                   ***owed***

---

**4.4 92**

**Rapid Advance- Eaglewood**                         Last 4 digits of account number _____        **$0.00**

Nonpriority Creditor's Name

**7316 Wisconsin Ave., Suite 350**                   When was the debt incurred? _____
**Bethesda, MD 20814**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community**         ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify  ***Notice of possible and potential debts***
                                                                        ***owed***
☐ Yes                                                                   ***RFS-BF-Low, LLC***

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.4 93 | **Raymond Handling Concepts Corp** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**41400 Boyce Road**
**Fremont, CA 94538**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.4 94 | **Raymond Leasing Corporation** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 301590**
**Dallas, TX 75315-9000**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.4 95 | **Red Triangle Oil Company** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2625**
**Fresno, CA 93745**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (*if known*)  **19-14644-A-7**

---

<table>
<tr><td>4.4<br>96</td><td colspan="2"><b>Regional Counsel</b></td></tr>
</table>

Nonpriority Creditor's Name

**Department of Housing and Urban Development**
**600 Harrison St 3rd Floor**
**San Francisco, CA 94107-1300**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice for possible and potential debts owed.*

---

<table>
<tr><td>4.4<br>97</td><td colspan="2"><b>Regional Counsel</b></td></tr>
</table>

Nonpriority Creditor's Name

**Medicare/Ctrs for M&M Svcs**
**US Dept of Health and Human Services**
**90 7th St Ste 4-500**
**San Francisco, CA 94103-6705**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice for possible and potential debts owed.*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.4 98**

**Regional Counsel**

Nonpriority Creditor's Name

**US Dept of Veterans Affairs**
**1301 Clay St Ste 1300N**
**Oakland, CA 94612-5209**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice for possible and potential debts owed.*

---

**4.4 99**

**Reliance Label Solutions Inc.**

Nonpriority Creditor's Name

**PO Box 25250**
**Overland Park, KS 66225**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.5 00**

**Relton Corporation**

Nonpriority Creditor's Name

**PO Box 25250**
**Overland Park, KS 66225**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   *Notice of possible and potential debts owed*

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.5 01**

**Rhino Container**
Nonpriority Creditor's Name
**3401 Etiwanda Ave., #731A**
**Mira Loma, CA 91752**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

**4.5 02**

**Richard A Solomon**
Nonpriority Creditor's Name
**12651 High Bluff Dr. #250**
**San Diego, CA 92130-2094**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

**4.5 03**

**Richard Bais**
Nonpriority Creditor's Name
**483 E Newport Dr.**
**Fresno, CA 93730**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a **community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | |
|---|---|---|
| Debtor 2 | **Janice Marie Rose** | |
| | Case number (if known) | **19-14644-A-7** |

---

<table>
<tr><td>4.5<br>04</td><td><b>Richmond Capital Group</b></td><td>Last 4 digits of account number</td><td>$0.00</td></tr>
</table>

Nonpriority Creditor's Name

**125 Maiden Lane, Ste. 501**
**New York, NY 10038**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

<table>
<tr><td>4.5<br>05</td><td><b>Riley C Walter</b></td><td>Last 4 digits of account number</td><td>$0.00</td></tr>
</table>

Nonpriority Creditor's Name

**205 E River Park Circle, Ste 410**
**Fresno, CA 93720-1572**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

<table>
<tr><td>4.5<br>06</td><td><b>Rising Bird Inc.</b></td><td>Last 4 digits of account number</td><td>$0.00</td></tr>
</table>

Nonpriority Creditor's Name

**3698 Third Street #316**
**San Rafael, CA 94901**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.5 07 | **River City Petroleum Inc.- AG** | Last 4 digits of account number _____ | **$123,414.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**3775 N Freeway Blvd., Ste 101**
**Sacramento, CA 95834**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Collections**

---

| 4.5 08 | **RLI Insurance Company** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4726**
**Carol Stream, IL 60197-4726**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.5 09 | **Robert K Moore** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**2404 S Beech Drive**
**Visalia, CA 93292**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.5 10 | **Robert V Jensen, Inc.** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 12907**
**Fresno, CA 93779**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

| 4.5 11 | **Roche Oil, Inc.** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1120 East Paige**
**PO Box 89**
**Tulare, CA 93275-0089**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

| 4.5 12 | **Roe Oil Company** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 581**
**Hanford, CA 93230**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (*if known*)   **19-14644-A-7**

---

| 4.5<br>13 | **Roland Gary Jones** | | |

Nonpriority Creditor's Name
**1745 Broadway 17th Fl**
**New York, NY 10019-4642**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.5<br>14 | **Ronald Greenall CPA** | | |

Nonpriority Creditor's Name
**4806 W Mineral King**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.5<br>15 | **Roth Industries, Inc.** | | |

Nonpriority Creditor's Name
**Keybank (lockbox)**
**PO Box 901**
**Albany, NY 12201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (*if known*)　　**19-14644-A-7**

| 4.5<br>16 | **RRE&E Corporation** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**616 E Race Ave**
**Visalia, CA 93292-3838**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

| 4.5<br>17 | **Russell Paving, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**1110 N Cain Street**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

| 4.5<br>18 | **S A Cassaday Service Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**PO Box 3935**
**Visalia, CA 93278**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　***Notice of possible and potential debts owed***

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**                                   Case number (if known) **19-14644-A-7**

---

| 4.5 19 | **S C Unisource Maintenance Supply** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Unisource- Fresno**
**PO Box 39000 Dept. 39044**
**San Francisco, CA 94139-9044**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.5 20 | **Sallyport Commercial Finance** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**14100 SW Freeway, Suite 21**
**Sugar Land, TX 77478**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
■ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.5 21 | **Sallyport Commercial Finance LLC** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Levinson Arshonsky & Kurtz, LLP**
**15303 Ventura Blvd., Ste. 1650**
**Sherman Oaks, CA 91403**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.5 22 | |
|---|---|

**Sam Davis Towing of Visalia**

Last 4 digits of account number _____          *$0.00*

Nonpriority Creditor's Name
**1700 E Goshen Ave. #B**
**Visalia, CA 93292**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.5 23 | |
|---|---|

**San Joaquin Filter Recycling**

Last 4 digits of account number _____          *$0.00*

Nonpriority Creditor's Name
**1922 W Belmont Ave.**
**Fresno, CA 93728-2056**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.5 24 | |
|---|---|

**San Joaquin Lightinh Services**

Last 4 digits of account number _____          *$0.00*

Nonpriority Creditor's Name
**PO Box 4313**
**Visalia, CA 93278-4313**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

**4.5 25**

### San Joaquin Pest Control

Nonpriority Creditor's Name
**PO Box 6460**
**Visalia, CA 93290**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.5 26**

### San Joaquin Power Employees

Nonpriority Creditor's Name
**Credit Union**
**PO Box 16039**
**Fresno, CA 93755-6039**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

**4.5 27**

### San Joaquin Refining Co., Inc.

Nonpriority Creditor's Name
**PO Box 840761**
**Los Angeles, CA 90084-0761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.5 28**

**San Joaquin Valley Unified**
Nonpriority Creditor's Name
**Air Pollution Control District**
**1990 E Gettysburg Ave**
**Fresno, CA 93726-0244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.5 29**

**Santander Consumer USA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**10-64-38-Fd7  601 Penn St**
**Reading, PA 19601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1000**     **$13,667.00**

**When was the debt incurred?**   **Opened 06/17  Last Active 11/06/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Lease***

---

**4.5 30**

**Sawyer Petroleum**
Nonpriority Creditor's Name
**1543 W 16th Street**
**Long Beach, CA 90813**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.5 31 | **SBC Smart Pages.com** | Last 4 digits of account number _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 650098**
**Dallas, TX 75260-2440**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.5 32 | **SBC Tax Collector** | Last 4 digits of account number _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**268 W Hospitality Lane**
**San Bernardino, CA 92415-0360**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.5 33 | **SC Fuel** | Last 4 digits of account number _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 14215**
**Orange, CA 92863-1215**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.5 34 | | |
|---|---|---|

**SC Fuels**

Nonpriority Creditor's Name

**PO Box 14215**
**Orange, CA 92863**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.5 35 | | |
|---|---|---|

**SC Fuels AG**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.5 36 | | |
|---|---|---|

**Schwebel Petroleum Company**

Nonpriority Creditor's Name

**PO Box 512**
**Bakersfield, CA 93302**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    *$0.00*

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.5 37 | **Scott Belknap Well Drilling** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**38193 Rd. 76**
**Dinuba, CA 93618**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.5 38 | **Seaport Refining & Envirmental** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**423 Rim Rock Road**
**Nipomo, CA 93444**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.5 39 | **Securities & Exchange Commisions** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Counsel**
**444 South Flower Street, Ste. 900**
**Los Angeles, CA 90071-9591**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.5 40 | **Securities and Exchange Commission** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**Attention Bankruptcy Counsel**
**5670 Wilshire Blvd. Fl 11**
**Los Angeles, CA 90036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice for possible and potential debts owed.*

---

| 4.5 41 | **Seiberts** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**2919 N Parkway**
**PO Box 9543**
**Fresno, CA 93793**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.5 42 | **Selecrt Business Systems** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**4545 N Marty**
**Fresno, CA 93722**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                    Case number (if known)   **19-14644-A-7**

---

| 4.5<br>43 | **Select Business Systems** | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**4545 N Marty**
**Portland, OR 97220**                    When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                    ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another                    ☐ Disputed

■ **Check if this claim is for a community**                    Type of NONPRIORITY unsecured claim:
**debt**                    ☐ Student loans
Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ■ Other. Specify   **Notice of possible and potential debts**
**owed** _____

---

| 4.5<br>44 | **Select Business Systems** | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**4545 N Marty**
**93722**                    When was the debt incurred? _____
**Fresno, CA 93722**
Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                    ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another                    ☐ Disputed

■ **Check if this claim is for a community**                    Type of NONPRIORITY unsecured claim:
**debt**                    ☐ Student loans
Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ■ Other. Specify   **Notice of possible and potential debts**
**owed** _____

---

| 4.5<br>45 | **Sequoia Auto & Truck Parts** | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
**807 N Ben Maddox Way**
**Visalia, CA 93292**                    When was the debt incurred? _____
Number Street City State Zip Code

Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                    ☐ Contingent
■ Debtor 1 and Debtor 2 only                    ☐ Unliquidated
☐ At least one of the debtors and another                    ☐ Disputed

■ **Check if this claim is for a community**                    Type of NONPRIORITY unsecured claim:
**debt**                    ☐ Student loans
Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ■ Other. Specify   **Notice of possible and potential debts**
**owed** _____

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (*if known*)  **19-14644-A-7**

---

| 4.5 46 | | |
|---|---|---|

**Sequoia Mailing Service Inc.**

Nonpriority Creditor's Name

**8020 W Doe Ave., Ste. B**
**Visalia, CA 93291**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.5 47 | | |
|---|---|---|

**Sequoia Mailing Service Inc.**

Nonpriority Creditor's Name

**8020 W Doe Ave. Ste B**
**Visalia, CA 93291**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.5 48 | | |
|---|---|---|

**Severina Mazorra**

Nonpriority Creditor's Name

**2446 Shoreline Rd.**
**Napa, CA 94558**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

| | | |
|---|---|---|
| 4.5 49 | **Shanti M Katon** | |

Nonpriority Creditor's Name

**222 Delaware Ave. #1101**
**Wilmington, DE 19801-1621**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| | | |
|---|---|---|
| 4.5 50 | **Shields Harper & Co.** | |

Nonpriority Creditor's Name

**PO Box 2367**
**Martinez, CA 94553**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| | | |
|---|---|---|
| 4.5 51 | **Shields, Harper & Co.** | |

Nonpriority Creditor's Name

**PO Box 2367**
**Martinez, CA 94553**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                                              Case number (*if known*)  **19-14644-A-7**

---

| 4.5<br>52 | **Shoreside Capital** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**12576 Venice Blvd. #208**
**Los Angeles, CA 90066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  ***Notice of possible and potential debts owed***

---

| 4.5<br>53 | **Siegel Oil Company** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**Titanb Laboragtories**
**PO Box 5332**
**Denver, CO 80217**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  ***Notice of possible and potential debts owed***

---

| 4.5<br>54 | **Siena Lending Group** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**9 W Broad St., 5th Floor**
**Stamford, CT 06902**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

**4.5 55**

**Sierra Sign Co.**
Nonpriority Creditor's Name
**330 N Santa Fe**
**Visalia, CA 93292**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____       **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.5 56**

**Signal Fluid Solutions, Inc.**
Nonpriority Creditor's Name
**3403 Niki Way**
**Riverside, CA 92507**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____       **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.5 57**

**Silvas Oil Company, Inc.**
Nonpriority Creditor's Name
**PO Box 1048**
**Fresno, CA 93714**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____       **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                Case number (if known)  **19-14644-A-7**

| | |
|---|---|
| **4.5 58** | |

**Small Busainess Administration**
Nonpriority Creditor's Name
**PO Box 740192**
**Atlanta, GA 30374-0192**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| | |
|---|---|
| **4.5 59** | |

**Smart Produce**
Nonpriority Creditor's Name
**700 W Hillsboro Blvd., St. 4-100**
**Deerfield Beach, FL 33441**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| | |
|---|---|
| **4.5 60** | |

**Smith's Auto Parts, Inc.**
Nonpriority Creditor's Name
**216 South Bridge Street**
**Visalia, CA 93291**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

<table>
<tr><td>4.5<br>61</td><td></td></tr>
</table>

**Social Security Administration**

Nonpriority Creditor's Name

**Office of the General Counsel,
Region IX
160 Spear St. Ste 800
San Francisco, CA 94105-1545**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice for possible and potential debts owed.*

---

<table>
<tr><td>4.5<br>62</td><td></td></tr>
</table>

**Software Support Services**

Nonpriority Creditor's Name

**1965 SW Airport Ave
PO Box 3012
Corvallis, OR 97339-3012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

<table>
<tr><td>4.5<br>63</td><td></td></tr>
</table>

**Southern Advertising**

Nonpriority Creditor's Name

**14 Bill Drive
Greenville, SC 29610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.5
64**

**Southern Calif. Edision**

Nonpriority Creditor's Name

**PO Box 600
Rosemead, CA 91771-0001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     ***Notice of possible and potential debts owed***

---

**4.5
65**

**Southern Pacific Trans. Co.**

Nonpriority Creditor's Name

**PO Box 3705
Omaha, NE 68103-2487**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     ***Notice of possible and potential debts owed***

---

**4.5
66**

**Speedy Truck Wash LLC**

Nonpriority Creditor's Name

**3846 S Front Ave.
Fresno, CA 93725**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.5 67 | | |
|---|---|---|

**Spherion Staffing LLC**      Last 4 digits of account number          *$0.00*

Nonpriority Creditor's Name
**PO Box 742487**
**Los Angeles, CA 90074-2487**    When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
■ Debtor 1 and Debtor 2 only      ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community debt    ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.5 68 | | |
|---|---|---|

**Stan Boyett & Son Inc.**      Last 4 digits of account number          *$0.00*

Nonpriority Creditor's Name
**Kathleen H Hollowell**
**601 McHenry Ave.**
**Modesto, CA 95350-5411**    When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
■ Debtor 1 and Debtor 2 only      ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community debt    ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.5 69 | | |
|---|---|---|

**Stan Boyett & Son, Inc.**      Last 4 digits of account number          *$0.00*

Nonpriority Creditor's Name
**Bonnie J Anderson**
**1101 Standiford Ave. #B1**
**Modesto, CA 95350-0981**    When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only          ☐ Contingent
■ Debtor 1 and Debtor 2 only      ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed

Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community debt    ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.5 70**

**Stanton Office Machines**

Nonpriority Creditor's Name

**4312 N Selland Ave.**
**Fresno, CA 93722**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          _$0.00_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.5 71**

**Staples Contract & Commercial**

Nonpriority Creditor's Name

**PO Box 414524**
**Boston, MA 02241**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          _$0.00_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

**4.5 72**

**Staples Credit Plan**

Nonpriority Creditor's Name

**Dept. 51- 7813271110**
**PO Box 78004**
**Phoenix, AZ 85062-8004**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          _$0.00_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**

Case number (if known) **19-14644-A-7**

---

**4.5 73**

**Star Petroleum**
Nonpriority Creditor's Name
**PO Box 387**
**Bakersfield, CA 93302**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.5 74**

**State Board of Equalization**
Nonpriority Creditor's Name
**PO Box 942879**
**Sacramento, CA 94279**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

**4.5 75**

**State Compensation Ins.**
Nonpriority Creditor's Name
**PO Box 7854**
**Bakersfield, CA 93302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

| 4.5 76 | **State of Califonia** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential taxes owed*

---

| 4.5 77 | **State Water Res Control Board** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Calif Technology Trade
PO Box 1402
Sacramento, CA 95812-1402**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

| 4.5 78 | **State Wide Opacity Testing** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 1774
Tulare, CA 93275**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

**4.5 79**

**Staunited, Inc**

Nonpriority Creditor's Name

**Dept 177**
**PO Box 21228**
**Tulsa, OK 74121-1228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

**4.5 80**

**Steve Young**

Nonpriority Creditor's Name

**225 N Akers #302**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

**4.5 81**

**Steven Kurtz**

Nonpriority Creditor's Name

**15303 Ventura Blvd Suite 1650**
**Sherman Oaks, CA 91403-6620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  ***Notice of possible and potential debts owed***

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.5 82 | **StoneBridge Analytics, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 25405**
**Saint Paul, MN 55125**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

| 4.5 83 | **Suburban Pipe & Steel, Incl** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**721 E Acequia Avenue**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

| 4.5 84 | **Sun Life Financial** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 7247-0381**
**Philadelphia, PA 19170-0381**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  *Notice of possible and potential debts owed*

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**　　　　　　　　Case number (*if known*)　**19-14644-A-7**

---

| 4.5 85 | **Sun Valley Oil Company** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**3940 Rosedale HWY**
**Bakersfield, CA 93308**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　　*Notice of possible and potential debts owed*

---

| 4.5 86 | **Suncell Electric & Construction** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**Dave Lindsay**
**PO Box 4451**
**Visalia, CA 93278**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　　*Notice of possible and potential debts owed*

---

| 4.5 87 | **Sunnova Solar** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**20 E Green Way Plaza, Suite 475**
**Houston, TX 77046**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　　*Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.5 88 | **Sunny Truck & RV Wash Inc.** | Last 4 digits of account number | _____ | _____ | **$0.00** |

Nonpriority Creditor's Name
**2713 Vinyard Place**
**Fowler, CA 93625**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.5 89 | **Sunset Commuication** | Last 4 digits of account number | _____ | _____ | **$0.00** |

Nonpriority Creditor's Name
**2831 W Caldwell**
**Visalia, CA 93277**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

| 4.5 90 | **Superior Press** | Last 4 digits of account number | _____ | _____ | **$0.00** |

Nonpriority Creditor's Name
**11930 Hamden Place**
**Santa Fe Springs, CA 90670**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    ***Notice of possible and potential debts owed***

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**　　　　　　　　　Case number (*if known*)　**19-14644-A-7**

---

| 4.5 91 | **Synchrony Bank** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o PRA Receivables Mngmt., LLC**
**PO Box 410212**
**Norfolk, VA 23541**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only　　　　　　　　　　☐ Contingent

■ Debtor 1 and Debtor 2 only　　　　☐ Unliquidated

☐ At least one of the debtors and another　☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.5 92 | **Synchrony Bank/ JC Penneys** | Last 4 digits of account number | 9573 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 956060**
**Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?**　**Opened 12/02/69  Last Active 11/04/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only　　　　　　　　　　☐ Contingent

■ Debtor 1 and Debtor 2 only　　　　☐ Unliquidated

☐ At least one of the debtors and another　☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.5 93 | **Tank Specialties of California** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 12907**
**Fresno, CA 93779-2907**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only　　　　　　　　　　☐ Contingent

■ Debtor 1 and Debtor 2 only　　　　☐ Unliquidated

☐ At least one of the debtors and another　☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify　**Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| Debtor 2 | **Janice Marie Rose** |

Case number (*if known*)    **19-14644-A-7**

---

<table>
<tr><td>4.5<br>94</td><td colspan="2"><b>Targa Liquids Marketing</b></td></tr>
</table>

Nonpriority Creditor's Name
**PO Box 7300155**
**Fresno, CA 93779-2907**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

<table>
<tr><td>4.5<br>95</td><td colspan="2"><b>Targray Industries, Inc.</b></td></tr>
</table>

Nonpriority Creditor's Name
**31 Glenn St.**
**Massena, NY 13662**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

<table>
<tr><td>4.5<br>96</td><td colspan="2"><b>TBS Plus, LLC</b></td></tr>
</table>

Nonpriority Creditor's Name
**PO Box 25070**
**Fresno, CA 93729-5070**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (*if known*)　　**19-14644-A-7**

---

| 4.5 97 | | |
|---|---|---|

**TCF Equipment Finance**

Nonpriority Creditor's Name

**11100 Wayzata Blvd., Suite 801**
**Hopkins, MN 55305-5503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.5 98 | | |
|---|---|---|

**Team Green**

Nonpriority Creditor's Name

**Raul Rodriguez**
**PO Box 4185**
**Visalia, CA 93278**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.5 99 | | |
|---|---|---|

**Tech Distribution & Tire Supply**

Nonpriority Creditor's Name

**28300 Industrial Blvd. #E**
**PO Box 56747**
**Hayward, CA 94545**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (*if known*)   **19-14644-A-7**

---

| 4.6 00 | **Ted C & Mary A. Terry** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2073 N. Famersville Blvd.**
**Farmersville, CA 93223**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.6 01 | **Ted Levine Drum Company** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 3246**
**South El Monte, CA 91733-0246**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.6 02 | **Teeco Products, Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 3246**
**South El Monte, CA 91733-0246**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.6<br>03 | **Telepacific Communications** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 526015**
**Sacramento, CA 95852-6015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6<br>04 | **Televent DTN LLC** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**26385 Network Place**
**Chicago, IL 60673-1263**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6<br>05 | **Terminal Air Brake Supply Inc** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2475 S Cherry Ave**
**Fresno, CA 93706-5098**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| Debtor 2 | **Janice Marie Rose** |

Case number (*if known*)   **19-14644-A-7**

---

<table>
<tr><td>4.6<br>06</td><td colspan="2"><b>Tesie Petroleum Inc.</b></td></tr>
</table>

**Tesie Petroleum Inc.**
Nonpriority Creditor's Name
**PO Box 390**
**Lukeville, AZ 85341**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

<table>
<tr><td>4.6<br>07</td><td colspan="2"><b>Tesoro REFG. MKTG & Supply</b></td></tr>
</table>

**Tesoro REFG. MKTG & Supply**
Nonpriority Creditor's Name
**300 Concord Plaza Drive**
**San Antonio, TX 78216**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

<table>
<tr><td>4.6<br>08</td><td colspan="2"><b>Texaco Refining and Marketing</b></td></tr>
</table>

**Texaco Refining and Marketing**
Nonpriority Creditor's Name
**Dept 7877**
**Los Angeles, CA 90088-7877**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**                          Case number (if known)   **19-14644-A-7**

---

| 4.6 09 | **TF Tire & Service, Inc.** | Last 4 digits of account number _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**Central Accounting**
**837 Industrial Ave.**
**Tulare, CA 93274**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.6 10 | **The Alignment Specialist** | Last 4 digits of account number _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 1829**
**Tulare, CA 93275**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.6 11 | **The Diesel Doctor, Inc.** | Last 4 digits of account number _____ _____ | **$0.00** |

Nonpriority Creditor's Name
**4789 South K Street**
**Tulare, CA 93274**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number *(if known)*   **19-14644-A-7**

---

| 4.6 12 | **The Fresno Bee** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1626 E Street**
**PO Box 12466**
**Fresno, CA 93778-2466**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 13 | **The Gas Company** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box C**
**Monterey Park, CA 91756-0001**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 14 | **The Good New Center** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1638 N Dinuba Blvd.**
**Visalia, CA 93291**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.6 15 | **The Home CRC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Dept. 32 2149252789**
**PO Box 9001030**
**Louisville, KY 40290-1030**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6 16 | **The Lakes HOA** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 15007**
**Vallejo, CA 94591**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6 17 | **The Ratican Group LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Peter Ratican**
**112 S Orange Grove Blvd., Ste. 108**
**Pasadena, CA 91105**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

| 4.6 18 | **The Villas at Lovers Lane** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2803 S Lovers Lane**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 19 | **Thomas K Wedell** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Accountcy**
**PO Box 22485**
**Bakersfield, CA 93390**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 20 | **Timothy J Donahue Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Attorney at Law**
**1612 West Mineral King A**
**Visalia, CA 93291-2111**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

| 4.6 21 | **Tires To Go** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 3609**
**Visalia, CA 93278**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

| 4.6 22 | **TLC Ttransportation MGT** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Safety Consultants**
**4709 N El Capitan #207**
**Fresno, CA 93722**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

| 4.6 23 | **Togin-Branch Stationers** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**116 E Main Street**
**Visalia, CA 93291**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                        Case number (if known)    **19-14644-A-7**

---

| 4.6 24 | **TOH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1535-A E Acequia**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 25 | **Tom R Ward Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**Alliance Petroleum Products**
**PO Box 427**
**Visalia, CA 93292**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 26 | **TOSCO- Conocophillips Co** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 52085**
**Firebaugh, CA 93622**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                        Case number (if known)   **19-14644-A-7**

| 4.6 27 | **Total Benefits Services Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 25070**
**Visalia, CA 93279-5070**                    **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
                                                 **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**   ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Notice of possible and potential debts owed**

| 4.6 28 | **Total Knowledge Computer Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1212 W Murry Ave**
**Visalia, CA 93291-4712**                    **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
                                                 **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**   ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Notice of possible and potential debts owed**

| 4.6 29 | **Total Office Producrts** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1212 W Murry Ave.**
**Visalia, CA 93291**                         **When was the debt incurred?**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
■ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
                                                 **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**   ☐ Student loans
**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Notice of possible and potential debts owed**

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

---

| 4.6 30 | **Tower Energy Group** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**1983 W 190th Street Suite 100**
**Torrance, CA 90504**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.6 31 | **Trammo Petroleum Inc** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**1111 Bagby Suite 1920**
**Houston, TX 77002**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice of possible and potential debts owed**

---

| 4.6 32 | **TransUnion** | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**PO Box 6790**
**Fullerton, CA 92834**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice purposes only.**

---

Debtor 1 **Donald Duane Rose**
Debtor 2 **Janice Marie Rose**                    Case number (if known) **19-14644-A-7**

| 4.6 33 | **Transunion LLC** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**555 West Adams**
**Chicago, IL 60661**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify *Notice of possible and potential debts owed*

☐ Yes

---

| 4.6 34 | **Travelers Indemnity** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**& Affiliates**
**PO Box 660307**
**Dallas, TX 75266**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify *Notice of possible and potential debts owed*

☐ Yes

---

| 4.6 35 | **Travis L Clark** | | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**1298 Santa Cruz Ave.**
**Tulare, CA 93274-7908**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify *Notice of possible and potential debts owed*

☐ Yes

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

**4.6 36**

**Trench Plate Rental Co.**
Nonpriority Creditor's Name
**13217 Laureldale Ave**
**Downey, CA 90242**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.6 37**

**Trinity Industries**
Nonpriority Creditor's Name
**PO Box 9517115**
**Dallas, TX 75395-1716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.6 38**

**Truck Parts & Service Co., Inc.**
Nonpriority Creditor's Name
**PO Box 1310**
**Visalia, CA 93279**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

| 4.6 39 | **Truck Tub International Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2111**
**Pismo Beach, CA 93448-2111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

| 4.6 40 | **Tucoemas Federal Credit Union** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5011**
**Visalia, CA 93279**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

| 4.6 41 | **Tul County AG Commissioner** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4437 S Spina St., Suite A**
**Tulare, CA 93274**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

| 4.6 42 | **Tulare Co. Family Support Div.** | Last 4 digits of account number | **2110** | **$0.00** |

Nonpriority Creditor's Name
**PO Box 6000**
**San Francisco, CA 94160-9394**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

■ Other. Specify   *Notice of possible and potential debts owed*

☐ Yes

---

| 4.6 43 | **Tulare County AG Commissioner** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**Sealer of WTS and Measure**
**4437 S LaSpina Street, Suite A**
**Tulare, CA 93274-9585**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

■ Other. Specify   *Notice of possible and potential debts owed*

☐ Yes

---

| 4.6 44 | **Tulare County Health & Human Ser.** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**1845 N Dinuba Blvd.**
**PO Box 5059**
**Visalia, CA 93278**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

■ Other. Specify   *Notice of possible and potential debts owed*

☐ Yes

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

---

| 4.6 45 | **Tulare County Sheriff's Office** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Civil Division**
**221 S. Mooney Blvd. Room 102**
**Visalia, CA 93291**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice for purposes of halting enforcement of any potential or ongoing wage orders.*

---

| 4.6 46 | **Tulare County Tax Collector** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Attn: Cass Cook, Auditor-Controller**
**Treasurer-Tax Collector**
**221 S Mooney Blvs., Room 104-E**
**Visalia, CA 93291-4593**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 47 | **Turner Gas Co.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 26554**
**Salt Lake City, UT 84126-0554**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| Debtor 1 | **Donald Duane Rose** |
|----------|----------------------|
| Debtor 2 | **Janice Marie Rose** |

Case number (*if known*)    ***19-14644-A-7***

---

<table>
<tr><td>4.6<br>48</td><td colspan="2">

**UHL Rubber Company Inc.**
Nonpriority Creditor's Name
**701 E Main Street**
**Visalia, CA 93292**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number _____                    *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

</td></tr>
</table>

---

<table>
<tr><td>4.6<br>49</td><td colspan="2">

**Union Bank of California, N.A.**
Nonpriority Creditor's Name
**Remittance Banking**
**PO Box 85400**
**San Diego, CA 92186-5400**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number _____                    *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

</td></tr>
</table>

---

<table>
<tr><td>4.6<br>50</td><td colspan="2">

**Union Pacific Railroad**
Nonpriority Creditor's Name
**12567 Collections Center**
**Chicago, IL 60693**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

</td><td>

Last 4 digits of account number _____                    *$0.00*

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    ***Notice of possible and potential debts owed***

</td></tr>
</table>

---

Debtor 1   *Donald Duane Rose*
Debtor 2   *Janice Marie Rose*

Case number (*if known*)   *19-14644-A-7*

---

| 4.6 51 | *Unisource* | Last 4 digits of account number _____ | *$0.00* |

Nonpriority Creditor's Name
*PO Box 57006*
*Los Angeles, CA 90074-7006*
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 52 | *United Communications Group* | Last 4 digits of account number _____ | *$0.00* |

Nonpriority Creditor's Name
*PO Box 90608*
*Washington, DC 20077-7637*
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 53 | *United Pacific Energy* | Last 4 digits of account number _____ | *$0.00* |

Nonpriority Creditor's Name
*PO Box 6976*
*Auburn, CA 95604-6976*
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.6 54 | **United States Attorney** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**for Internal Revenue Service**
**2500 Tulare Street Ste. 4401**
**Fresno, CA 93721-1318**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   ***Notice for possible and potential taxes owed***

---

| 4.6 55 | **United States Department of Justice** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**Civil Trail Section, Western Rejion**
**Box 683 Ben Franklin Station**
**Washington, DC 20044**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6 56 | **United States Treasury** | Last 4 digits of account number _____ | *$0.00* |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1236**
**Charlotte, NC 28201-1236**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (if known)    **19-14644-A-7**

| | | |
|---|---|---|
| **4.6 57** | **United Textile, Inc.** | |

| | |
|---|---|
| **United Textile, Inc.** | Last 4 digits of account number _____    *$0.00* |
| Nonpriority Creditor's Name | |
| **14275 Catalina St** | **When was the debt incurred?** _____ |
| **San Leandro, CA 94577** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ Check if this claim is for a community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify    *Notice of possible and potential debts owed* |
| ☐ Yes | |

| | |
|---|---|
| **4.6 58** | **Univar USA Inc.** |

| | |
|---|---|
| **Univar USA Inc.** | Last 4 digits of account number _____    *$0.00* |
| Nonpriority Creditor's Name | |
| **PO Box 740896** | **When was the debt incurred?** _____ |
| **Los Angeles, CA 90074** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ Check if this claim is for a community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify    *Notice of possible and potential debts owed* |
| ☐ Yes | |

| | |
|---|---|
| **4.6 59** | **US Capital Equipment** |

| | |
|---|---|
| **US Capital Equipment** | Last 4 digits of account number _____    *$0.00* |
| Nonpriority Creditor's Name | |
| **Leasing, Inc.** | **When was the debt incurred?** _____ |
| **14742 Plaza Dr., Ste. 203** | |
| **Tustin, CA 92780** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ■ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ■ Check if this claim is for a community debt | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | ■ Other. Specify    *Notice of possible and potential debts owed* |
| ☐ Yes | |

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.6 60 | **US Department of Education** | Last 4 digits of account number | | | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Bankruptcy Section**
**50 Beale Street Ste 900**
**San Francisco, CA 94105-1863**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    *Notice for possible and potential debts owed.*

☐ Yes

---

| 4.6 61 | **US Department of the Treasury** | Last 4 digits of account number | **1512** | | | **$0.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**Bureau of the Fiscal Service**
**PO Box 1686**
**Birmingham, AL 35201-1686**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    *Notice of possible and potential debts owed*

☐ Yes

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                                    Case number (if known)    **19-14644-A-7**

---

| 4.6 62 | **US EPA Region 9 Bankruptcy Contact** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**Office of Regional Counsel ORC-3
75 Hawthorne St.
San Francisco, CA 94105**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice for possible and potential debts owed.**

---

| 4.6 63 | **Utility Trailer Sales** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**of Central CA. Inc.
2680 S East Ave.
Fresno, CA 93760**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.6 64 | **Valero Refining Co** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**PO Box 500
San Antonio, TX 78292-0500**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.6 65 | | | |
|---|---|---|---|

**Valley Electrical Suppliers Inc.**

Nonpriority Creditor's Name

**300 N Cain**
**Visalia, CA 93292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.6 66 | | | |
|---|---|---|---|

**Valley Ind. & Fam. Med. GRP**

Nonpriority Creditor's Name

**225 S Chinowth Rd.**
**Alpaugh, CA 93201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| 4.6 67 | | | |
|---|---|---|---|

**Valley Indsustrial Services Inc.**

Nonpriority Creditor's Name

**335 Washington Street**
**PO Box 70577**
**Bakersfield, CA 93387-0577**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                     Case number (if known)    **19-14644-A-7**

---

| | |
|---|---|
| 4.6 68 | |

**Valley Lube Equipment**                          Last 4 digits of account number _____          **$0.00**

Nonpriority Creditor's Name
**2381 S Sarah St**                                When was the debt incurred? _____
**Fresno, CA 93706-4524**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
                                                   ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   ***Notice of possible and potential debts***
☐ Yes                                                                 ***owed*** _____

---

| | |
|---|---|
| 4.6 69 | |

**Valley Pacific Petroleum Services, Inc.**        Last 4 digits of account number _____          **$0.00**

Nonpriority Creditor's Name
**PO Box 1245**                                    When was the debt incurred? _____
**French Camp, CA 95231-1245**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
                                                   ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   ***Notice of possible and potential debts***
☐ Yes                                                                 ***owed*** _____

---

| | |
|---|---|
| 4.6 70 | |

**Valley Tool & Abrasive, Inc**                    Last 4 digits of account number _____          **$0.00**

Nonpriority Creditor's Name
**216 S Dunworth Str.**                             When was the debt incurred? _____
**Visalia, CA 93292**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent
                                                   ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                   ■ Other. Specify   ***Notice of possible and potential debts***
☐ Yes                                                                 ***owed*** _____

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (*if known*)   **19-14644-A-7**

---

| 4.6 71 | | | |
|---|---|---|---|

**Valley Voice Newspaper, Inc.**
Nonpriority Creditor's Name
**PO Box 571**
**Visalia, CA 93279-0571**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6 72 | | | |
|---|---|---|---|

**Valley Yellow Pages Dept Dept. 33302**
Nonpriority Creditor's Name
**PO Box 39000**
**San Francisco, CA 94139-3302**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6 73 | | | |
|---|---|---|---|

**Van De Pol Enterprises, Inc.**
Nonpriority Creditor's Name
**Rathmann Oil Company**
**PO Box  1107**
**Stockton, CA 95201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                          Case number (*if known*)   **19-14644-A-7**

| | |
|---|---|
| 4.6 74 | |

**Venter Real Estate**                                   Last 4 digits of account number _____          *$0.00*

Nonpriority Creditor's Name
**235 Sylvan Way**                                        **When was the debt incurred?** _____
**Redwood City, CA 94062**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
                                                         ☐ Student loans
■ **Check if this claim is for a community**             ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                                 report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                     ■ Other. Specify   ***Notice of possible and potential debts***
                                                         ***owed***
☐ Yes

| | |
|---|---|
| 4.6 75 | |

**Verizon**                                              Last 4 digits of account number _____          *$0.00*

Nonpriority Creditor's Name
**by American Info Source LP as**                         **When was the debt incurred?** _____
**Agent**
**4515 N Santa Fe Ave**
**Oklahoma City, OK 73118-7901**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
                                                         ☐ Student loans
■ **Check if this claim is for a community**             ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                                 report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                     ■ Other. Specify   ***Notice of possible and potential debts***
                                                         ***owed***
☐ Yes

| | |
|---|---|
| 4.6 76 | |

**Verizon Wireless**                                     Last 4 digits of account number _____          *$0.00*

Nonpriority Creditor's Name
**PO Box 9622**                                           **When was the debt incurred?** _____
**Mission Hills, CA 91346-9622**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
                                                         ☐ Student loans
■ **Check if this claim is for a community**             ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                                 report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                     ■ Other. Specify   ***Notice of possible and potential debts***
                                                         ***owed***
☐ Yes

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**

Case number (*if known*)    **19-14644-A-7**

---

| 4.6 77 | **VICNRG, LLC** | | Last 4 digits of account number | | | | **$0.00** |

Nonpriority Creditor's Name
**1670 Keller Parkway**
**Suite 247**
**Keller, TX 76248-3777**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

| 4.6 78 | **VIS Pipe-Use** | | Last 4 digits of account number | **7600** | | | **$0.00** |

Nonpriority Creditor's Name
**DIV of Hajoca Corp**
**Depat. LA 21143**
**Pasadena, CA 91185-1143**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

| 4.6 79 | **Visa Petroleum Inc.** | | Last 4 digits of account number | | | | **$0.00** |

Nonpriority Creditor's Name
**PO Box 1392**
**Fresno, CA 93716-1392**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1    *Donald Duane Rose*
Debtor 2    *Janice Marie Rose*

Case number (if known)    *19-14644-A-7*

| | | | |
|---|---|---|---|
| 4.6 80 | *Visalia Lumber Co* | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
*PO Box 70*
*Visalia, CA 93279-0070*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

| | | | |
|---|---|---|---|
| 4.6 81 | *Visalia Lumber Co* | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
*PO Box 70*
*Visalia, CA 93279*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

| | | | |
|---|---|---|---|
| 4.6 82 | *Visalia Pipe & Supply* | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
*PO Box 845768*
*Los Angeles, CA 90084-5768*

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    *Notice of possible and potential debts owed*

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

| 4.6 83 | **Visalia Radiator Service** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1119 E main Street**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

| 4.6 84 | **Visalia Times Delta** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 677393**
**Dallas, TX 75267-7393**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

| 4.6 85 | **Vitol Inc. AG** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1100 Louisana St., Ste. 5500**
**Houston, TX 77062**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____　　　　**$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (*if known*) | **19-14644-A-7** |

---

| 4.6 86 | **Vollemer Excavation Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**19760 Rd 222**
**Strathmore, CA 93267**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6 87 | **Volvo Construction Equipment** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 7247-6563**
**Philadelphia, PA 19170-6263**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

| 4.6 88 | **WA Murry Inc.** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4607**
**El Monte, CA 91734-0607**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   ***Notice of possible and potential debts owed***

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**                                    Case number (if known)   **19-14644-A-7**

| 4.6 89 | **Wageworks Inc.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 8363**
**Pasadena, CA 91109-8363**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only          ☐ Contingent
☐ At least one of the debtors and another   ☐ Unliquidated
                                       ☐ Disputed
■ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                       ☐ Student loans
**Is the claim subject to offset?**
                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                      report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                       ■ Other. Specify   **Notice of possible and potential debts**
                                                          **owed** _____

| 4.6 90 | **Warehouse Systems** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**PO Box 2808**
**Fresno, CA 93745**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only          ☐ Contingent
☐ At least one of the debtors and another   ☐ Unliquidated
                                       ☐ Disputed
■ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                       ☐ Student loans
**Is the claim subject to offset?**
                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                      report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                       ■ Other. Specify   **Notice of possible and potential debts**
                                                          **owed** _____

| 4.6 91 | **Wawona Packing** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**12133 Ave 408**
**Cutler, CA 93615-2056**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only          ☐ Contingent
☐ At least one of the debtors and another   ☐ Unliquidated
                                       ☐ Disputed
■ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                       ☐ Student loans
**Is the claim subject to offset?**
                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                      report as priority claims
                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                       ■ Other. Specify   **Notice of possible and potential debts**
                                                          **owed** _____

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　**19-14644-A-7**

---

| 4.6 92 | **Wellls Fargo Bank** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**MAC A0187-081**
**PO Box 7674**
**San Francisco, CA 94120-9729**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.6 93 | **Wells Fargo Bank** | Last 4 digits of account number _____ | _$0.00_ |

Nonpriority Creditor's Name
**MAC 01187-081**
**PO Box 7674**
**San Francisco, CA 94120-7674**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.6 94 | **Wells Fargo Bank N.A.** | Last 4 digits of account number _1380_ | _$0.00_ |

Nonpriority Creditor's Name
**PO Box 29482**
**Phoenix, AZ 85038**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

| 4.6 95 | **Wells Fargo Card Services** | | Last 4 digits of account number _____ | | *$0.00* |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 51963**
**Los Angeles, CA 90051-6263**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 96 | **Wells Fargo Equipment Financig Inc.** | | Last 4 digits of account number _____ | | *$0.00* |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**733 Marquette Ave., Ste. 700**
**Minneapolis, MN 55402**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

| 4.6 97 | **Wells Fargo Home Mortgage** | | Last 4 digits of account number _____ | | *$0.00* |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**POBox 30427**
**Los Angeles, CA 90030-0427**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   *Notice of possible and potential debts owed*

---

Debtor 1　**Donald Duane Rose**
Debtor 2　**Janice Marie Rose**

Case number (if known)　　**19-14644-A-7**

---

| 4.6 98 | **West America Bank** | Last 4 digits of account number _____ _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1260**
**Suisun City, CA 94585**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.6 99 | **West Mark Service CCenters** | Last 4 digits of account number _____ _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 100**
**Los Angeles, CA 90030-0427**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

| 4.7 00 | **Westar Transportation** | Last 4 digits of account number _____ _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**9220 E South Ave.**
**Selma, CA 93662**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Notice of possible and potential debts owed**

---

Debtor 1   **Donald Duane Rose**
Debtor 2   **Janice Marie Rose**

Case number (if known)   **19-14644-A-7**

---

**4.7 01**

**Western Manufaturing Corp**
Nonpriority Creditor's Name
**2476 S Railroad Ave**
**Fresno, CA 93706-5109**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.7 02**

**Western Propane Gas Association**
Nonpriority Creditor's Name
**2131 Capital Ave. #206**
**Sacramento, CA 95816-5755**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.7 03**

**Williams Broderson Pritchtt & Burke LLP**
Nonpriority Creditor's Name
**2222 West Main Street**
**Visalia, CA 93291**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____      $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

Debtor 1  **Donald Duane Rose**
Debtor 2  **Janice Marie Rose**

Case number (if known)  **19-14644-A-7**

---

| 4.7 04 | **Wingfoo Comm Tire Systems LLC** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**7041 Ave 304**
**Visalia, CA 93291**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a **community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.7 05 | **Winston Tire Co** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**Accounts Receivables**
**PO Box 7749**
**Burbank, CA 91510-7749**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a **community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| 4.7 06 | **Wise Engineering Inc.** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name
**PO Box 709**
**Visalia, CA 93279**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a **community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice of possible and potential debts owed**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

---

**4.7 07** | **World Fuel Services, Inc.**

Nonpriority Creditor's Name
**9800 N.W. 41st Street, Suite 400**
**Miami, FL 33178**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.7 08** | **World Wide Alternator**

Nonpriority Creditor's Name
**1730 E Main Street**
**Visalia, CA 93292**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

**4.7 09** | **Worthington Cylinder Corp.**

Nonpriority Creditor's Name
**PO Box 751621**
**Charlotte, NC 28275-1621**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice of possible and potential debts owed**

---

| | |
|---|---|
| Debtor 1 | **Donald Duane Rose** |
| Debtor 2 | **Janice Marie Rose** |

Case number (if known) **19-14644-A-7**

---

**4.7 10**

**Yellowstone Capital**
Nonpriority Creditor's Name
**160 Pearl St. 5th Fl**
**New York, NY 10005-1631**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice of possible and potential debts owed**

---

**4.7 11**

**YP**
Nonpriority Creditor's Name
**PO Box 5021**
**Carol Stream, IL 60197-5021**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice of possible and potential debts owed**

---

**4.7 12**

**Zions Managment Srvc C**
Nonpriority Creditor's Name
**2200 So 3270 West**
**Salt Lake City, UT 84119**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **4446**     $0.00

When was the debt incurred? **Opened 01/07 Last Active 3/25/10**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

| 4.7 13 | **ZNew West Petroleum Inc.** | Last 4 digits of account number | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Dept 33084**
**PO Box 39000**
**San Francisco, CA 94139-3084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    *Notice of possible and potential debts owed*

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 228,031.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 228,031.00 |

**Fill in this information to identify your case:**

Debtor 1      *Donald Duane Rose*
              First Name          Middle Name          Last Name

Debtor 2      *Janice Marie Rose*
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number     *19-14644-A-7*
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
     example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
     and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  *Sunnova Solar*<br>*20 E Green Way Plaza, Suite 475*<br>*Houston, TX 77046* | *Solar Panels* |

| Fill in this information to identify your case: |
|---|

Debtor 1 **Donald Duane Rose**
First Name   Middle Name   Last Name

Debtor 2 **Janice Marie Rose**
(Spouse if, filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number **19-14644-A-7**
(if known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br>_____<br>Number   Street<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br>_____<br>Number   Street<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1 **Donald Duane Rose**

Debtor 2 **Janice Marie Rose**
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number **19-14644-A-7**
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:          Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed  ■ Not employed | ☐ Employed  ■ Not employed |
| Occupation | *Disabled* | *Retired/disabled* |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

**Part 2:          Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ *0.00* | $ *0.00* |
| 3. | Estimate and list monthly overtime pay. | 3. +$ *0.00* | +$ *0.00* |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. $ *0.00* | $ *0.00* |

Debtor 1    **Donald Duane Rose**
Debtor 2    **Janice Marie Rose**                              Case number (*if known*)    **19-14644-A-7**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 2,116.50    $ 982.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 864.13

8h. **Other monthly income.** Specify:    8h.+    $ 0.00 +    $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 2,116.50    $ 1,846.13

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 2,116.50 + $ 1,846.13 = $ 3,962.63
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 3,962.63

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Donald Duane Rose** |
| Debtor 2 (Spouse, if filing) | **Janice Marie Rose** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **19-14644-A-7** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.   Fill out this information for each dependent.............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |
| | _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ 0.00

   **If not included in line 4:**

   | | | | |
   |---|---|---|---|
   | 4a. | Real estate taxes | 4a. $ | 0.00 |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 150.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5. **Additional mortgage payments for your residence,** such as home equity loans

   5. $ _____ 0.00

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (if known) | **19-14644-A-7** |

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a. Electricity, heat, natural gas | 6a. $ | **470.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **48.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **150.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **700.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **200.00** |
| 10. | **Personal care products and services** | 10. $ | **180.00** |
| 11. | **Medical and dental expenses** | 11. $ | **150.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **30.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **896.00** |
| | 15c. Vehicle insurance | 15c. $ | **190.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | **3,414.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **3,414.00** |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,962.63** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **3,414.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **548.63** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: *increase in expenes will be paying rent starting in January*

**Fill in this information to identify your case:**

Debtor 1    *Donald Duane Rose*
First Name      Middle Name      Last Name

Debtor 2    *Janice Marie Rose*
(Spouse if, filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number    *19-14644-A-7*
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  */s/ Donald Duane Rose*
**Donald Duane Rose**
Signature of Debtor 1

X  */s/ Janice Marie Rose*
**Janice Marie Rose**
Signature of Debtor 2

Date  *November 15, 2019*

Date  *November 15, 2019*

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Donald Duane Rose** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Janice Marie Rose** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | **19-14644-A-7** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

| Debtor 1 | *Donald Duane Rose* |
|---|---|
| Debtor 2 | *Janice Marie Rose* |

Case number (*if known*) **19-14644-A-7**

**5.** **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | | *$0.00* | *Retirement Income* | *$9,505.43* |
| | *Social Security Disability* | *$28,885.00* | *Social Security Benefits* | *$14,206.50* |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | | *$0.00* | *Retirement Income* | *$18,674.00* |
| | *Social Security Benefits* | *$31,506.00* | *Social Security Benefits* | *$15,498.00* |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | | *$0.00* | *Retirement Income* | *$9,815.00* |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| *New Rez*<br>*PO Box 740039*<br>*Cincinnati, OH 45274* | *9/2019*<br>*8/2019*<br>*7/2019* | *$3,304.00* | *$315,000.00* | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number *(if known)* | *19-14644-A-7* |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| *Idemitsu Apollo Corporation vs. Donald Rose et, al*<br><br>*1913956*<br>*34-2019-00264739* | *Complaint Breach of Contract* | *Superior Court of California County of Sacramento 720 Ninth Street, Room 101 Sacramento, CA 95814* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| *River City Petroleum, Inc.  vs. Ronald  Rose*<br>*CV19-1615* | *Complaint Breach of Contract* | *Yolo County Superior Court 1000 Main Street Woodland, CA 95695* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| *Kodiak Mining & Minerals and Hellenic Petroleum, LLC v. Trudi Manfredo Chapter 7 Trustee of Don Rose Oil Co.*<br>*17-01086* | *Subpoena to testify at a Deposition or Adversay Proceeding in a CHapter 7 Bankruptcy* | *United States Bankruptcy Court Eastern District of California 2500 Tulare Street Fresno, CA 93711* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number (*if known*) | **19-14644-A-7** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

<h3>Part 5:  List Certain Gifts and Contributions</h3>

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

<h3>Part 6:  List Certain Losses</h3>

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

<h3>Part 7:  List Certain Payments or Transfers</h3>

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| *Law Office of Scott Lyons*<br>*1010 West Main Street*<br>*Visalia, CA 93291*<br>*scottlyons@lyons4justice.com* | **Attorney Fees  $2,250.00**<br>**Filimng fee  $335.00** | *9/30/2019* | *$2,585.00* |

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number *(if known)* | **19-14644-A-7** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   *Donald Duane Rose*
Debtor 2   *Janice Marie Rose*

Case number *(if known)*   **19-14644-A-7**

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| *Don Rose Oil Company* *205 N Ben Maddox Way* *Visalia, CA 93291* | *5438 W Prospect Dr.* *Visalia, CA 93291* | *2012 Chevrolet 1500 Silverado* | *Unknown* |
| *Don Rose Oil Company* *205 N Ben Maddox Way* *Visalia, CA 93291* | *5438 W Prospect Dr.* *Visalia, CA 93291* | *2008 Lincoln Town Car* | *Unknown* |

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1   *Donald Duane Rose*
Debtor 2   *Janice Marie Rose*

Case number *(if known)*   *19-14644-A-7*

☐ **A partner in a partnership**

■ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| *Don Rose Oil*<br>*205 Ben Maddox*<br>*Visalia, CA 93292* | *gasoline, diesel, propane,* | EIN:<br><br>From-To   *7/1972 - 2015* |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Donald Duane Rose*                          */s/ Janice Marie Rose*
**Donald Duane Rose**                            **Janice Marie Rose**
**Signature of Debtor 1**                        **Signature of Debtor 2**

Date   *November 15, 2019*          Date   *November 15, 2019*

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Donald Duane Rose** |
|---|---|
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Janice Marie Rose** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **19-14644-A-7** |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **New Rez** <br><br> Description of property securing debt: **5438 W Prospect Ave. Visalia, CA 93291  Tulare County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Retain property and allow Chapter 7 Trustee to Sell it** | ☐ No <br><br> ■ Yes |
| Creditor's name: **Sunnova Solar** <br><br> Description of property securing debt: **Solar Panels** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Donald Duane Rose** | | |
|---|---|---|---|
| Debtor 2 | **Janice Marie Rose** | Case number *(if known)* | **19-14644-A-7** |

Lessor's name: **Sunnova Solar**

■ No

☐ Yes

Description of leased Property: **Solar Panels**

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Donald Duane Rose**
**Donald Duane Rose**
Signature of Debtor 1

X **/s/ Janice Marie Rose**
**Janice Marie Rose**
Signature of Debtor 2

Date **November 15, 2019**

Date **November 15, 2019**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Donald Duane Rose** |
| Debtor 2 (Spouse, if filing) | **Janice Marie Rose** |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number (if known) | **19-14644-A-7** |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:     Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | *Donald Duane Rose* | |
|---|---|---|
| Debtor 2 | *Janice Marie Rose* | |

Case number (*if known*) **19-14644-A-7**

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ *0.00* | $ *0.00* |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................................................................... $ _____ *0.00*

For your spouse ................................................................ $ _____ *0.00*

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.          $ *0.00*          $ *864.13*

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

. _____          $ *0.00*          $ *0.00*

_____          $ *0.00*          $ *0.00*

Total amounts from separate pages, if any.          + $ *0.00*          $ *0.00*

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ *0.00*   +   $ *864.13*   =   $ *864.13*

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .......................... Copy line 11 here=>          $ *864.13*

Multiply by 12 (the number of months in a year)          **x 12**

12b. The result is your annual income for this part of the form          12b.   $ *10,369.56*

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.          *CA*

Fill in the number of people in your household.          *2*

Fill in the median family income for your state and size of household.          13.   $ *77,167.00*

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  */s/ Donald Duane Rose*          X  */s/ Janice Marie Rose*

**Donald Duane Rose**          **Janice Marie Rose**

Signature of Debtor 1          Signature of Debtor 2

Date  **November 15, 2019**          Date  **November 15, 2019**

MM / DD / YYYY          MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number (*if known*) | *19-14644-A-7* |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period *05/01/2019* to *10/31/2019*.

*Non-CMI - Social Security Act Income*
Source of Income: *Social Security Benefits*
Constant income of *$2,625.50* per month.

| Debtor 1 | *Donald Duane Rose* | | |
|---|---|---|---|
| Debtor 2 | *Janice Marie Rose* | Case number (*if known*) | *19-14644-A-7* |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period *05/01/2019* to *10/31/2019*.

*Line 9 - Pension and retirement income*
Source of Income: *retiremenet*
Constant income of *$864.13* per month.

*Non-CMI - Social Security Act Income*
Source of Income: *Social Security Benefits*
Constant income of *$1,291.50* per month.

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|   |  $200 | filing fee |
|---|------:|------------|
| + |   $75 | administrative fee |
|   |  $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|   |  $235 | filing fee |
|---|------:|------------|
| + |   $75 | administrative fee |
|   |  $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re | **Donald Duane Rose**
**Janice Marie Rose**
_____

Debtor(s)

Case No. | **19-14644-A-7**

Chapter | **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____**2,250.00**

    Prior to the filing of this statement I have received ......................................... $ _____**2,250.00**

    Balance Due ....................................................................................................... $ _____**0.00**

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Motion to Avoid Lien,**
    **Adversary Precedings**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 15, 2019**
_____
Date

**/s/ Scott Lyons**
_____
**Scott Lyons 103931**
Signature of Attorney
**Law Office of Scott Lyons**
**1010 West Main Street**
**Visalia, CA 93291**
**559-636-8122  Fax: 559-636-0463**
**scottlyons@lyons4justice.com**
_____
Name of law firm

---