1    (1) Page
     Scott Lyons, SBN 103931
2    Louis Lyons, SBN 282499
     Attorney at Law
3    1010 West Main Street
     Visalia, Ca 93291
4    Phone: (559) 636-8122
     Facsimile: (559) 636-0463
5
     Attorney for Debtor(s)
6

7              **IN THE UNITED STATES BANKRUPTCY COURT**

8                 **EASTERN DISTRICT OF CALIFORNIA**

9    In re:                              )     Case No: 19-14644-A-7
                                         )
10   DONALD DUANE ROSE                   )
     and                                 )
11   JANICE MARIE ROSE                   )
                                         )     **PROOF OF SERVICE**
12             Debtor(s)                 )
                                         )
13   ────────────────────────────────────

14        I hereby declare under penalty of perjury that I am a citizen of the United States, employed in

15   the United States, employed in the County of Tulare, State of California. I am over the age of 18 years

16   and not a party to the within action. My business address is: 1010 West Main Street, Visalia,

17   California, 93291.

18   On **January 17, 2020**, served the within:

19        **AMENDMENT TO: VOLUNTARY PETITION**

20        **SUMMARY OF SCHEDULES, SCHEDULES A/B & C**

21        **STATEMENT OF FINANCIAL AFFAIRS**

22
          I served this document on all interested parties by electronic placing a true copy thereof,
23
     enclosed in an envelope with postage thereon fully prepaid, in the United States Mail at Visalia, CA
24
     address as follows:
25

26        **David M Souza**              **Office of the U.S. Trustee**
          **Chapter 7 Trustee**          **United States Courthouse**
27        **4112 S Demaree**             **2500 Tulare Street Ste. 1401**
          **Visalia, CA 93277**          **Fresno, CA 93721**
28

1

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is

3

true and correct.

4

5

6    Date: 1-17-20

7    Elisa Magallan
     **Legal Assistant**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -